IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

**WILLIAM L. TALBOTT, JR.,**
**and PAMELA TALBOTT, as**
**husband and wife,**

      Plaintiffs,

v.                                          CIVIL ACTION NO.: 3:15-CV-105
                                              (GROH)

**BEN W. HOOPER, III, Administrator of**
**the Estate of David L. Boling;**
**FRONTIER TRANSPORT CORPORATION;**
**ONLINE TRANSPORT SYSTEM, INC; and**
**ONLINE TRANSPORT, INC.,**

      Defendants.

## ORDER OF REFERRAL

The above-styled matter is now before the Court for consideration of the Defendants' Motions to Compel. ECF Nos. 37 & 38. Having seen and inspected the Defendants' motions, the Court **ORDERS**, pursuant to 28 U.S.C. § 636(b)(1)(A), that these matters are **REFERRED** to United States Magistrate Judge Robert W. Trumble, who is hereby designated and authorized to consider the record, hold a hearing if necessary, enter into the record a written order setting forth the disposition of the motions and otherwise do all things proper to decide these motions.

The Court further **ORDERS** that the Defendants' Motion to Extend Time for Defendants to Conduct Rule 35 Examinations and Disclose Expert Witnesses [ECF No. 40] is **REFERRED** to Magistrate Judge Trumble, who is authorized to issue an order disposing of the Defendants' motion. Magistrate Judge Trumble is authorized to order the parties to

submit a joint proposed modified scheduling order, if necessary. This Court will consider any proposed schedule modification, taking into account the magistrate judge's rulings.

The Clerk is **DIRECTED** to transmit copies of this Order to all counsel of record herein.

**DATED:** April 11, 2016

/s/ Gina M. Groh
GINA M. GROH
CHIEF UNITED STATES DISTRICT JUDGE