IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

| | |
|---|---|
| **WILLIAM L. TALBOTT, JR.,** and **PAMELA TALBOTT,** Plaintiffs, v. **DAVID L. BOLING, et al.,** Defendants. | **CIVIL ACTION NO.: 3:15-CV-105 (GROH)** |

### ORDER CONTINUING EVIDENTIARY HEARING AND ARGUMENT

On April 18, 2016, the undersigned held an evidentiary hearing on Defendants' Motions to Compel IMEs [ECF Nos. 37 & 38]. Megan B. Davis, Esq. appeared on behalf of Defendants and Douglas A. Spencer, Esq. appeared on behalf of Plaintiffs. At the hearing neither party presented additional evidence. Therefore, the evidentiary portion of the hearing was closed. The parties presented oral argument.

Prior to ruling on Defendants' Motions, the Court finds that additional information is necessary. Accordingly, it is:

**ORDERED** that by Thursday, April 21, 2016, prior to the continued hearing scheduled herein, Defense counsel shall provide Plaintiffs' Counsel and the Court the scope of each of the proposed IME's. It is further,

**ORDERED** that Defendants' Motions [ECF No. 37 & 38] to Compel and Defendants' Motion to Extend Time [ECF No. 40] shall be **CONTINUED** to **Thursday, April 21, 2016, at 1:30 p.m.** for a telephonic hearing before the Honorable Robert W. Trumble. Defense Counsel shall initiate one timely conference call, with all lawyers

connecting to the Court at (304) 267-5646, **FIVE MINUTES PRIOR TO** the time of the scheduled proceeding. The conference operator shall have all persons appearing by telephone on the line prior to placing the call to the Court.

The Clerk of the Court is directed to provide a copy of this Order to parties who appear *pro se* and all counsel of record, as applicable, as provided in the Administrative Procedures for Electronic Case Filing in the United States District Court for the Northern District of West Virginia.

DATED: April 19, 2016

ROBERT W. TRUMBLE
UNITED STATES MAGISTRATE JUDGE