# Megan Davis

**From:** David Buchholz <dbuchho@jhmi.edu>
**Sent:** Friday, April 15, 2016 3:22 PM
**To:** Megan Davis
**Subject:** William Talbott

Dear Ms. Davis:

I am available to examine Mr. Talbott on either Thursday, April 28, or Thursday, May 5, 2016 beginning at 9:00 a.m.

Yours sincerely,

David Buchholz, M.D.

EXHIBIT A-2