# Broughton Associates, Inc.

Vocational Rehabilitation

6802 Patterson Avenue • Richmond, Virginia 23226
(804) 282-4199 • (800) 282-4177 • fax (804) 285-0540

April 19, 2016

Megan B. Davis, Esquire
Nelson Mullins Riley & Scarborough LLP
949 Third Avenue, Suite 200
Huntington, West Virginia 25701

Re:   William Talbott, et al v. David Boling, et al
      United States District Court for the Northern District of West Virginia
      Civil Action No.: 3:15-CV-105

*Reason for Vocational Diagnostic Interview*

A Vocational Diagnostic Interview is conducted in order to determine an injured person's employability, placeability, and earning capacity which are defined as:

*Employability is the ability to: (1) meet worker requirements, (2) have access to work KSA's and (3) have the traits or occupational familiarity necessary to perform a job or the kinds and types of jobs on the basis of age, education, work experience and residual functional capacity.*

*Placeability is defined as the worker's potential to be hired or placed within a given job in the local labor market and by one's availability to interview and work.*

*Earning Capacity is defined as the potential of a worker, possessing knowledge, skills, and abilities (KSA's) to work and earn money in a competitive labor market. The most commonly accepted definitions of earning capacity involve the amount of money a person can earn because of age, education, training, work experience and residual functional capacity.*

The interview is a process whereby the Vocational Expert gathers specific information about the person being assessed. Once the information is gathered, an opinion can be given, within a reasonable degree of vocational certainty, as to a person's employability, placeability and earning capacity. This enables the evaluator to determine their transferable skills to the same type of work or other work their skills transfer. Other information is reviewed and considered when forming opinions.


EXHIBIT B-1

I am enclosing the interview sheet which I use, indicating there are questions about:

Personal Data, Family Background, Military Service, Hobbies/Leisure Time Activities, Arrests/Convictions, Education, Work History, Financial Information (not needed in this case), Personal Appearance, Physical/Mental Status (Current Problems), Physical Status (Occurrence of Pain), Present Physical/Mental Treatment, Special Problems with the Environment, Physical Limitations, Emotional Status, Motivation, and Impressions and Comments.

I do not ask questions about a person's financial situation because in this case I am not counseling them on their budget and other services that may be available to them.

The value in conducting a Vocational Diagnostic Interview is that I get to observe the person being assessed as to how they answer questions, how they present themselves, are they having difficulty either physically or mentally doing the assessment. I also can ask additional questions to clarify information about their work history, jobs duties, vocational preferences and determining their attitude to work/returning to work.

In this case I know Mr. Talbott's transferable skills, education, age, past work, medical conditions (described in the medical records I received) and other information I received. However, I like to make sure that the information is accurate.

It is helpful to me if Mr. Talbott answers the questions asked from this form to the best of his ability so that I can get a complete picture of all the factors that affect his ability to find a job, work, and earn money (Employability, Placeability and Earning Capacity). I also get a picture of what he feels he can do physically, any limitations he may have cognitively, and also his attitude concerning returning to work.

If anyone has any questions, please feel free to call me on my cell (804-221-4199) as long as the Judge/Court approves.

Respectfully submitted,

H. Gray Broughton, M.Ed., CRC, CCM, CRP
Diplomate, American Board of Vocational Experts

HGB/pg

Enclosure (1)

# INTERVIEW WORKSHEET

## Personal Data

Client's Name: _____ SS#: _____

Address: _____ Accessible to Public Transport: _____

City: _____ State: _____ Zip: _____

Date of Birth: _____ Age: _____ Sex: _____ Phone: _____

Place of Interview -- Home: _____ Office: _____ Other: _____ City: _____

Interviewing Counselor: _____ Case #: _____ Interview Date: _____

Referral Source: _____ Referral Date: _____

Address: _____ City: _____

Claim #: _____ File #: _____ Case Manager: _____

## Family Background

Place of Birth: _____ How Long at Present Location?: _____

Spouse's Name: _____ Occupation: _____ Age: _____

Marital Status: _____ Previous Marriages? Yes: ____ No: ____ Date of Present Marriage: _____

Number of Children: _____ At Home: _____ Names and Ages: _____

## Military Service

Branch: _____ Years Served: _____ Type discharge: _____

Occupation & duties: _____

Special training: _____

Service connected disability: _____ Percentage: _____

## Miscellaneous Data

Driver's License #: _____ Chauffeur's License #: _____

Hobbies/Leisure Time Activities: _____

_____

Arrests/Convictions: _____

## Education

Last Grade Completed: _____ Name of School: _____

Degree / Certification: _____ Year: _____

Special Training: _____

Location: _____ Year: _____

Employment

Employer when Injured: _____ Job Title: _____

Address: _____ City: _____

Date Started: _____ Date Left: _____ Reason: _____

Supervisor: _____ Salary: _____

Union Member? Yes: ____ No: ____ Name of Union: _____

On previous job was client required to:

| | | | | |
|---|---|---|---|---|
| Walk: | ____ How far: ____ | Drive: | ____ How far: ____ |
| Stand: | ____ How long: ____ | Balance: | ____ How long: ____ |
| Sit: | ____ How long: ____ | Carry: | ____ How much: ____ |
| Lift: | ____ How much: ____ | Push: | ____ How far: ____ |
| Bend: | ____ How often: ____ | Pull: | ____ How far: ____ |
| Kneel: | ____ How often: ____ | Stoop: | ____ How often: ____ |
| Squat: | ____ How often: ____ | Handle: | ____ How often: ____ |
| Climb: | ____ How much: ____ | Work overtime: | ____ How much: ____ |
| Reach: | ____ How far: ____ | | |

Employer Comments: _____

_____
_____
_____
_____
_____

Other Work Experience (Begin with most recent job first)

Employer: _____ Job Title: _____

Address: _____ City: _____

Date Started: _____ Date Left/Reason: _____ Salary: _____

Supervisor: _____ Best Skill: _____

Specific Duties: _____

Union Member: Yes: ____ No: ____ Name of Union: _____

Employer: _____ Job Title: _____

Address: _____ City: _____

Date Started: _____ Date Left/Reason: _____ Salary: _____

Supervisor: _____ Best Skill: _____

Specific Duties: _____

Union Member: Yes: ____ No: ____ Name of Union: _____

Employer: _____ Job Title: _____

Address: _____ City: _____

Date Started: _____ Date Left/Reason: _____ Salary: _____

Supervisor: _____ Best Skill: _____

Specific Duties: _____
_____

Union Member: Yes:____ No:____ Name of Union: _____

## Vocational Information

Employment Interests: _____

Business Practices with which client is familiar (describe):

Bookkeeping: _____

Inventory Control: _____

Shipping/Receiving: _____

Scheduling: _____

Supervising: _____

Instructing: _____

Other: _____

Machines/Equipment with which client is familiar and/or has had experience (describe):

Office Machines: _____

Farm Equipment: _____

Construction Equipment: _____

Hand Tools: _____

Transportation Equipment: _____

Machine/Shop Tools: _____

Special license or certificate (describe):
_____

Possession of special tools or equipment (describe):
_____

Available for work (date): _____ Salary requirements: _____ Minimum wage: _____

Means of transportation: _____ Willing to commute: _____ Willing to relocate: _____

Financial Status

| INCOME | | EXPENSES | |
|---|---|---|---|
| Relatives | $:_____ Month | Auto | $:_____ Month |
| Welfare | $:_____ Month | Personal | $:_____ Month |
| V.A. | $:_____ Month | Insurance | $:_____ Month |
| D.V.R. | $:_____ Month | Telephone | $:_____ Month |
| Cash on hand | $:_____ Month | Counselor | $:_____ Month |
| S.S. | $:_____ Month | Medicine | $:_____ Month |
| Pension | $:_____ Month | Utilities | $:_____ Month |
| W.C. | $:_____ Month | Rent | $:_____ Month |
| Other | $:_____ Month | Food | $:_____ Month |
| | | Transportation | $:_____ Month |
| | | Miscellaneous | $:_____ Month |
| Total Income | $:_____ Month | Total expenses | $:_____ Month |

Personal Appearance

Height:_____ Weight (Pre injury):_____ Weight (Current):_____ Grooming:_____

Outward signs of injury/disabling condition:_____

Mobility - Limp:_____ Stiffness:_____ Posture:_____ Other:_____

Describe:_____

Prosthetic aid (type):_____, Problems:_____

Demonstration of pain – Walking:_____ Standing:_____ Sitting:_____ Arising:_____

Visible scars - Yes:___ No:___ Location:_____

Physical/Mental Status    Previous Problems: (Illness, Injuries, operations)

| Date | Incidents | Residual Problems |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

Physical/Mental Status    Current Problems

| Item | No | Yes | Extent |
|---|---|---|---|
| Headaches/Dizziness | | | |
| Chest Pain/Discomfort | | | |
| Back Pain/Discomfort | | | |
| Stomach/Digestive Problems | | | |
| Urination/Elimination | | | |
| Sexual Dysfunction | | | |
| Other_____ | | | |

Subjective Complaints:_____

Physical Status: Occurrence of Pain

| Pain Location | Pain Frequency | Pain Intensity |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

Present Physical/Mental Treatment

Doctors/Treatments

| Doctor | Treatment | Date |
|---|---|---|
| | | |
| | | |
| | | |

Special techniques to relieve problems -- (hot baths, PT, OT, exercise, traction):

_____
_____

Present Medication/Dosages: _____
_____
_____

Physician Comments: _____
_____
_____
_____

Special problems with environment:

| Condition | No | Yes | Extent |
|---|---|---|---|
| Inside | | | |
| Outside | | | |
| Heat | | | |
| Cold | | | |
| Wet/Humid | | | |
| Dusty/Dirty | | | |
| Noisy | | | |
| Heights | | | |
| Vibrations | | | |

Physical Limitations

| Activity | None | Yes | Extent |
|---|---|---|---|
| Lifting | | | |
| Talking | | | |
| Hearing | | | |
| Sitting | | | |
| Climbing | | | |
| Balancing | | | |
| Stooping | | | |
| Breathing | | | |
| Driving | | | |
| Feeling | | | |
| Reaching | | | |
| Seeing | | | |
| Standing | | | |
| Walking | | | |
| Bending | | | |
| Kneeling | | | |
| Sleeping | | | |

Emotional Status: (include emotional appearance, depression, anxiety, anger, etc.): _____

_____

_____

Motivation: (Include client's effort to recall information, attitude toward interviewer, outside issues affecting interview, pertinent observations and body language):

_____

_____

_____

Impressions & Comments: _____

_____

_____

_____

Date:_____       Consultant:_____

©Developed and copyrighted by Leslie K. Burke, Ph.D., and Everett G. Dillman, Ph.D., 1984.
Distributed by  E & F Vocational Services, Inc.  P.O. Box 1945, Athens, GA 30603