# Megan Davis

| | |
|---|---|
| **From:** | Pam Gentry <pgentry@broughtoninc.com> |
| **Sent:** | Monday, April 18, 2016 10:21 AM |
| **To:** | Megan Davis |
| **Subject:** | Talbott - Vocational Diagnostic Interview |

Dates for Court Exhibit
Re: William Talbott – Dates for Vocational Diagnostic Interview

April:
25th – 1:00 – 4:00
26th & 27th – 9:00 – 4:00 (prefer am)

May:
2nd – 9:00 – 4:00 (prefer am)
6th – 9:00 – 12:00
11th – 9:00 – 4:00 (prefer am)

The interview will last no more than 2 hours, probably 1 ½ hours.
My office is available at 6802 Patterson Avenue, Richmond, VA 23226 (first floor)

If we can help coordinate the meeting, we are glad to do so.


H. Gray Broughton, M.Ed., CRC, CCM, CRP
Diplomate, American Board of Vocational Experts



**BROUGHTON ASSOCIATES, INC.**
6802 Patterson Avenue
Richmond, VA 23226

O - 804.282.4199
F - 804.285.0540
C - 804.982.9055

EXHIBIT B-2