# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
949 Third Avenue / Suite 200 / Huntington, WV 25701
Tel: 304.526.3500  Fax: 304.526.3599
www.nelsonmullins.com

Megan Basham Davis
Tel: 304.526.3527
Fax: 304.526.3599
megan.davis@nelsonmullins.com

April 19, 2016

**VIA Email and U.S. Mail:**
Douglas A. Spencer
Hill, Peterson, Carper, Bee & Deitzler, PLLC
NorthGate Business Park
500 Tracy Way
Charleston, West Virginia 25311-1261
Doug@hpcbd.com

    Re:   *Talbott v. Boling, et al.*
           Civil Action No. 3:15-CV-105
           United States District Court for the Northern District of West Virginia

Dear Doug:

Enclosed please find "Defendants' Expert Witness Disclosures" regarding the above-referenced matter.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

*Megan B. Davis*

Megan B. Davis

Enclosure
cc:   James M. Kessel, Esq.

**EXHIBIT C**

*With offices in the District of Columbia, Florida, Georgia, Massachusetts, New York, North Carolina, South Carolina, Tennessee and West Virginia*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT MARTINSBURG

WILLIAM L. TALBOTT, JR. and
PAMELA TALBOTT as husband and
wife,

       Plaintiffs,  CIVIL ACTION NO. 3:15-CV-105 (Groh)

v.

BEN W. HOOPER, III,
ADMINISTRATOR OF THE ESTATE
OF DAVID L. BOLING, FRONTIER
TRANSPORT CORPORATION,
ONLINE TRANSPORT SYSTEM, INC.
and ONLINE TRANSPORT, INC.,

       Defendants.

## DEFENDANTS' EXPERT WITNESS DISCLOSURE

COME NOW Defendants, Online Transport, Inc., Online Transport System, Inc., Frontier Transport Corporation, and Ben W. Hooper, III, Administrator of the Estate of David L. Boling (collectively, "Defendants"), by and through the undersigned counsel pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure and the Scheduling Order of this Court entered on October 5, 2015, and hereby disclose that the following expert witnesses may be called to offer testimony at the trial of this matter:

  1.  Joseph Cormier, Ph.D., PE
     Biodynamic Research Corporation
     5711 University Heights Blvd., Ste. 107
     San Antonio, TX 78249
     Dr. Cormier has been retained as a biomechanical engineer who will offer opinions about the magnitude of physical forces involved in the subject accident as well as their effect on Plaintiff William L. Talbott, Jr. ("Plaintiff"). A copy of Dr. Cormier's report is attached hereto as Exhibit A. Likewise, a copy of Dr.

Cormier's CV, fee schedule, and record of testimony are attached hereto as Exhibit B.

2. H. Gray Broughton, CRC, CCM
Broughton Associates Incorporation
6802 Patterson Avenue
Richmond, VA 23226

Mr. Broughton has been retained to perform a Rule 35 examination of the Plaintiff and to testify as a vocational expert based upon this examination and the available medical and expert records. A copy of Mr. Broughton's preliminary report is attached hereto as Exhibit C; however, Plaintiffs have objected to a Rule 35 examination. As a result of this refusal to consent to an examination, Defendants have filed a motion seeking an order requiring such an examination as well as a motion seeking an order extending the deadline for disclosure of Defendants' expert opinions. Once the Court orders the Plaintiff to submit to an examination, and such examination is performed, a supplemental report will be prepared and submitted. A copy of Mr. Broughton's CV, fee schedule, and record of testimony are attached hereto as Exhibit D.

3. Marion McBride Herring, MD
Advanced Orthopaedic Centers
Richmond, VA 23294

Dr. Herring has been retained for purposes of performing a Rule 35 examination of Plaintiff with respect to his orthopedic injury claims. A copy of Dr. Herring's report is attached hereto as Exhibit E. A copy of Dr. Herring's CV and fee schedule are attached hereto as Exhibit F. Pursuant to Rule 26(a)(2), Defendants will supplement Dr. Herring's record of testimony upon receipt thereof.

4. David Buchholz, M.D.
Johns Hopkins at Green Spring Station
10753 Falls Road, Suite 315
Lutherville, MD 21093

Dr. Buchholz has been retained for purposes of performing a Rule 35 examination of Plaintiff with respect to his brain injury claims. However, Plaintiffs have objected to such an examination. As a result of this refusal to consent to an examination, Defendants have filed a motion seeking an order requiring such an examination as well as a motion seeking an order extending the deadline for disclosure of Defendants' expert opinions. Once the Court orders the Plaintiff to submit to an examination, and such examination is performed, a report will be prepared and submitted. A copy of Dr. Buchholz's CV is attached hereto as Exhibit G. Pursuant to Rule 26(a)(2), Defendants will supplement Dr. Buchholz's fee schedule and testimonial history upon the court's ruling on Defendants' Motion to Compel and upon receipt thereof.

5. Alan D. Waxman, MD
Cedars-Sinai Medical Center
S. Mark Taper Foundation Imaging Center
Division of Nuclear Medicine
8700 Beverly Blvd., Taper Room 1251
Los Angeles, CA 90048

Defendants are in the process of retaining Dr. Waxman to testify as to Plaintiff's brain injury diagnosis, including the utility of PET imaging to diagnose mild traumatic brain injuries. However, Defendants did not receive the PET scan imaging from Plaintiff until April 1, 2016. Due to the dearth of time caused by Plaintiff's disclosure, Defendants have filed a motion seeking an order extending the deadline for disclosure of Defendants' expert opinions. Once the Court rules upon this motion, Defendants reserve the right to submit a report, fee schedule, and record of testimony by Dr. Waxman. A copy of Dr. Waxman's CV is attached hereto as Exhibit H.

6. David J. Schretlen, Ph.D
The Johns Hopkins University School of Medicine
Department of Psychiatry and Behavioral Sciences
600 North Wolfe Street, Meyer 218
Baltimore, MD 21287

Defendants reserve the right to retain Dr. Schretlen for purposes of performing a Rule 35 neuropsychological examination of Plaintiff with respect to his brain injury claims. At this juncture, Defendants do not know if a neuropsychological examination is necessary until Dr. Buchholz can make a recommendation. However, Plaintiffs have objected to such an examination by Dr. Buchholz. As a result of this refusal to consent to an examination, Defendants have filed a motion seeking an order requiring such an examination as well as a motion seeking an order extending the deadline for disclosure of Defendants' expert opinions. Once the Court orders the Plaintiff to submit to an examination, and such examination is performed, Defendants reserve the right to submit a testimonial history and a report by Dr. Schretlen. A copy of Dr. Schretlen's CV and fee schedule are attached hereto as Exhibit I.

7. Thomas Ryan, Ph.D
Blue Ridge Neuropsychology, P.C.
40 Lambert Street, Suite 222
Staunton, VA 24401

Defendants reserve the right to retain Dr. Ryan for purposes of performing a Rule 35 neuropsychological examination of Plaintiff with respect to his brain injury claims. At this juncture, Defendants do not know if a neuropsychological examination is necessary until Dr. Buchholz can make a recommendation. However, Plaintiffs have objected to such an examination by Dr. Buchholz. As a result of this refusal to consent to an examination, Defendants have filed a motion seeking an order requiring such an examination as well as a motion seeking an order extending the deadline for disclosure of Defendants' expert

opinions. Once the Court orders the Plaintiff to submit to an examination, and such examination is performed, Defendants reserve the right to submit a testimonial history and a report by Dr. Ryan. A statement of Dr. Ryan's qualifications is attached hereto as Exhibit J.

8. Defendants reserve the right to call any and all physicians, nurses, health care personnel, healthcare providers or medical experts who were involved in the care and/or treatment of William L. Talbott, Jr.

9. Defendants reserve the right to call any and all witnesses disclosed by "Plaintiffs' Expert Disclosures" on March 22, 2016 and/or any supplemental disclosures filed thereafter;

10. Defendants reserve the right to call additional witnesses in rebuttal to any other party's evidence; and

11. Defendants further reserve the right to supplement or amend this list of expert witnesses in accordance with the orders of this Court and the Federal Rules of Civil Procedure.

BEN W. HOOPER, III, ADMINISTRATOR OF THE ESTATE OF DAVID L. BOLING, FRONTIER TRANSPORT CORPORATION, ONLINE TRANSPORT SYSTEM, INC. and ONLINE TRANSPORT, INC.

By   /s/Robert L. Massie
         Of Counsel

Robert L. Massie, Esquire (WVSBN 5743)
Megan B. Davis, Esquire (WVSBN 12502)
**Nelson Mullins Riley & Scarborough LLP**
P.O. Box 1856
Huntington, WV 25719-1856
Phone: 304.526.3500

Facsimile: 304.526.3599
Email: bob.massie@nelsonmullins.com

**COUNSEL FOR DEFENDANTS BEN W. HOOPER, III, ADMINISTRATOR OF THE ESTATE OF DAVID L. BOLING, FRONTIER TRANSPORT CORPORATION, ONLINE TRANSPORT SYSTEM, INC. and ONLINE TRANSPORT, INC.**