**Megan Davis**

---

**From:** David Schretlen <dschret@jhmi.edu>
**Sent:** Wednesday, April 20, 2016 4:44 PM
**To:** Megan Davis
**Subject:** Talbot IME

Ms. Davis,

If I see Mr. Talbot for a neuropsychological examination, the scope of that assessment would include a detailed clinical interview, one that covers not only the plaintiff's symptoms and treatment since the accident, but also his pre-accident history, including his family, social/developmental, educational, work, medical, and psychiatric history. My interview normally takes 2–3 hours.

In addition, I would have a licensed psychometrist or postdoctoral resident administer a battery of cognitive and psychological tests. The tests I would use for my assessment are all widely-recognized instruments with sound psychometric properties, acceptable reliability, and well-documented validity. Specifically, they would include tests of intelligence, academic achievement, processing and psychomotor speed, attention and working memory, expressive language, visual-perceptual and visual-constructional abilities, executive functioning, episodic memory, and cognitive effort. The precise mix of tests can vary depending on an examinee's complaints, history, and clinical presentation. I also would administer some self-report measures to assess psychiatric symptoms, behavior problems, personality, and everyday adaptive functioning. If the plaintiff agrees, I would like to interview a family member or other informant who has known him well and has had frequent contact with him both before and since his accident. I would ask this person to complete two or three brief rating scales to quantify his or her observations.

I am not willing to specify a priori exactly which tests I will administer. Requiring me to do so would be analogous to requiring a radiologist to specify exactly which MRI pulse sequences and acquisition parameters he or she would include in a radiographic study.

Thank you,


David J. Schretlen, PhD, ABPP-CN, FAPA
Professor of Medical Psychology
Department of Psychiatry and Behavioral Sciences
Department of Radiology and Radiological Science
The Johns Hopkins University School of Medicine

Johns Hopkins Hospital
600 North Wolfe Street, Meyer 218
Baltimore, Maryland 21287-7218
Ofc: (410) 614-6341 (direct)
Fax: (410) 955-0504
Email: dschret@jhmi.edu


EXHIBIT D-1