# Megan Davis

| | |
|---|---|
| **From:** | Trisha Spiegel <pspiege2@jhmi.edu> |
| **Sent:** | Wednesday, April 13, 2016 12:12 PM |
| **To:** | David Schretlen; Megan Davis |
| **Cc:** | Anna Johnson |
| **Subject:** | RE: Talbott v. Boling, et al. -- West Virginia litigation |

Megan,

Dr. Schretlen first available date is going to be July 5th or 12th @ 9 AM.  Please let me know if either of these dates work?

Regards,

**Trisha Spiegel**
*Sr. Administrative Coordinator*
*Division of Medical Psychology*
*Jason Brandt, PhD., Director*
*Pspiege2@jhmi.edu*
*410-614-6343 (O)*
*410-955-0504 (F)*

EXHIBIT D-2