

JOHNS HOPKINS
M E D I C I N E

CURRICULUM VITAE

**David J. Schretlen, Ph.D.**

## CONTACT INFORMATION

The Johns Hopkins University School of Medicine
Department of Psychiatry and Behavioral Sciences
600 North Wolfe Street, Meyer 218
Baltimore, Maryland 21287–7218
Office (410) 614–6341
FAX (410) 955–0504
dschret@jhmi.edu

## EDUCATION

| | | | |
|---|---|---|---|
| University of Arizona | Clinical Psychology | Ph.D. | 1986 |
| San Jose State University | Experimental Psychology | M.A. | 1981 |
| San Jose State University | Psychology/Economics | B.A./B.A. | 1978 |

Postdoctoral Residency in clinical neuropsychology and rehabilitation;        1986–1988
    University of California, Los Angeles (UCLA Neuropsychiatric Institute) and
    Daniel Freeman Memorial Hospital

Predoctoral Internship in clinical psychology; McLean Hospital, Harvard        1985–1986
    Medical School

## LICENSE/REGISTRATION/BOARD CERTIFICATION

Licensed Psychologist, State of Maryland (02433)        1988–present

Licensed Psychologist, State of California (PSY10399; inactive)        1987–present

National Register of Health Service Providers in Psychology        1990–2005

Diplomate in Clinical Neuropsychology,        2001–present
    American Board of Professional Psychology

## PROFESSIONAL EXPERIENCE

Professor, Department of Psychiatry and Behavioral Sciences,        2013–present
    The Johns Hopkins University School of Medicine

Updated 3/25/2016

EXHIBIT
D-3

David J. Schretlen, Ph.D., ABPP (CN)                                                    Page 2

| | |
|---|---|
| <u>Founder and Director</u>, The International Neuropsychological Normative Database Initiative (www.inndi.org) | 2012–present |
| <u>Associate Professor</u>, Russell H. Morgan Department of Radiology and Radiological Science, The Johns Hopkins University School of Medicine | 2003–present |
| <u>Associate Professor</u>, Department of Psychiatry and Behavioral Sciences, The Johns Hopkins University School of Medicine | 1995–2013 |
| <u>Director of Neuropsychology</u>, The Johns Hopkins Schizophrenia Center | 2006–present |
| <u>Interim Director of Clinical Services</u>, Division of Medical Psychology, Department of Psychiatry and Behavioral Sciences, Johns Hopkins University School of Medicine and Johns Hopkins Hospital | 1999–2001 |
| <u>Assistant Professor</u>, Department of Psychiatry and Behavioral Sciences, The Johns Hopkins University School of Medicine | 1988–1995 |
| <u>Associate Director for Clinical Services</u>, Medical Psychology Clinic and Cortical Function Laboratory; Division of Medical Psychology, Department of Psychiatry, The Johns Hopkins University School of Medicine and Johns Hopkins Hospital | 1991–1999 |
| <u>Affiliate Medical Staff</u>, The Johns Hopkins Hospital | 1988–present |
| <u>Education Staff</u>, Baltimore Veterans Administration Medical Center | 1989–1995 |
| <u>Consultant</u>, Maryland Department of Education, Division of Vocational Rehabilitation, Disability Determination Services | 1991–1994 |
| <u>Clinical Supervisor</u>, West Los Angeles Veterans Administration Medical Center, clinical psychology internship program | 1987–1988 |
| <u>Consultant</u>, Bloch Medical Clinic; Los Angeles, California Worker compensation evaluations | 1986–1988 |
| <u>Study Coordinator</u>, Alprazolam vs. cognitive therapy for the treatment of depression in older adults. The University of Arizona Health Sciences Center | 1984 |
| <u>Consultant</u>, University of Arizona, Department of Education Reading Laboratory | 1982–1985 |

**TEACHING, INVITED LECTURES & SYMPOSIA**

| | |
|---|---|
| <u>Lecturer</u>, Seminar in Forensic Psychiatry; University of Maryland Forensic Psychiatry Training Program | 2001–present |
| <u>Lecturer</u>, Seminar in Police Ethics; Police Executive Leadership Program Johns Hopkins University | 1996–2003 |
| <u>Director</u>, Medical Psychology Seminar; Johns Hopkins University | 1998–2002 |
| <u>Lecturer</u>, Introduction to Psychiatry; Johns Hopkins University School of Medicine | 2001 |
| <u>Lecturer</u>, Medical Psychology Seminar; Johns Hopkins University | 1989–present |
| <u>Discussant</u>, Neuropsychology Journal Group; Johns Hopkins University; Baltimore, Maryland | 1989–present |

David J. Schretlen, Ph.D., ABPP (CN)                                                        Page 3

| | |
|---|---|
| Continuing Education Course, "Do 'Effort Tests' Really Test Effort?" Philadelphia Neuropsychological Society, Philadelphia, Pennsylvania | October 2015 |
| Grand Rounds, "Advances in Neuropsychological Assessment." Department of Neuropsychiatry, Sheppard Pratt Health System, Towson, Maryland | October 2015 |
| Continuing Education Course, "The Methods, Potential Uses and Limitations of Neuropsychological Assessment." 2015 Forensic Science Conference The Public Defender Service for the District of Columbia, Washington, DC | June 2015 |
| Invited Talk, "Can tDCS Improve Working Memory and Functional Connectivity in Persons with Autism or Schizophrenia?" Cognitive Remediation in Psychiatry, Columbia University, New York, New York | June 2015 |
| Symposium, "Global Neuropsychology." International Neuropsychological Society; Seattle, Washington | February 2014 |
| Continuing Education Course, "Novel Methods of Inference in Clinical Neuropsychology." Pierre Janet Hospital Center (Le Centre de Formation en Santé Mentale de l'Outaouais); Ottawa, Ontario, Canada | September 2013 |
| Invited Symposium, "The International Neuropsychological Normative Database Initiative (INNDI)." International Neuropsychological Society, Amsterdam, The Netherlands. | July 2013 |
| Continuing Education Course, "Novel Methods of Inference in Clinical Neuropsychology." American Academy of Clinical Neuropsychology. Chicago, Illinois. | June 2013 |
| Special Topics Presentation, "Three Methods of Inference in Clinical Neuropsychology: Is there a Fourth, and Can It Improve Practice?" National Academy of Neuropsychology. Nashville, Tennessee. | November 2012 |
| Continuing Education Course, "Increasing the Precision and Validity of Neuropsychological Assessment in Clinical Practice." Sheppard & Enoch Pratt Hospital, Baltimore, Maryland. | October 2012 |
| Continuing Education Course, "Science and Eyewitness Memory: What Have We Learned, and Where Are We Going?" Maryland State Bar Association Annual Conference, Ocean City, Maryland. | June 2012 |
| Continuing Education Course, "Threats to the Validity of Inference in Neuropsychology and Novel Methods of Practice to Overcome Them" American Academy of Clinical Neuropsychology, Washington, DC | June 2011 |
| Lecturer, Basic Neurosciences; Sheppard and Enoch Pratt Hospital | 1990–1998 |
| Invited Lecture, "Clinical Reasoning and Methods of Inference in Neuropsychology" Dartmouth Psychiatric Research Center, Hanover, NH. | May 2010 |
| Invited Lecture, "Can We Learn about Semantic Networks by Listening to Persons with Schizophrenia?" Department of Psychiatry Research Seminar, Johns Hopkins University School of Medicine. | April 2010 |

David J. Schretlen, Ph.D., ABPP (CN)                                                                      Page 4

| | |
|---|---|
| Symposium, "When Should We Consider or Disregard a Person's Background for Neuropsychological Assessment?" Thirty-eighth Annual Meeting of the International Neuropsychological Society. Symposium Chair | February 2010 |
| Continuing Education Test-Focused Workshop, "The Hopkins Neuropsychological Normative System." 2010 National Academy of Neuropsychology Conference, Vancouver, BC, Canada. | October 2010 |
| Special Topics Symposium, "Using Verbal Fluency to Explore Semantic Networks and the Potential of Transcranial Direct Current Stimulation to Enhance Lexical Retrieval." 2010 National Academy of Neuropsychology Conference, Vancouver, BC, Canada. | October 2010 |
| Grand Rounds, Department of Rehabilitation Medicine, NIH, Bethesda, Maryland. | May 2009 |
| Invited Seminar, "Clinical Neuropsychology: Dementia, Depression" Charles University; Prague, Czech Republic. | October 2008 |
| Invited Seminar, "Clinical Neuropsychological Assessment" The 2007 National ASTAR Judges' Science School, Baltimore, Maryland. | October 2007 |
| Invited Address, "What is an Abnormal Neuropsychological Examination?" American Psychological Association, San Francisco, California. | August 2007 |
| Symposium, "Structural Neuroimaging and the Contribution of Brain Reserve to Cognitive Aging." Thirty-sixth Annual Meeting of the International Neuropsychological Society, Waikoloa, Hawaii. | February 2008 |
| Symposium, "Methods of Inference and New Developments in the Practice of Clinical Neuropsychology." Thirty-fifth Annual Meeting of the International Neuropsychological Society. Symposium Chair. | February 2007 |
| Continuing Education, "Clinical Reasoning and New Developments in Neuropsychological Assessment." Sixth Annual Conference and Workshops, American Academy of Clinical Neuropsychology, Boston, Massachusetts. | June 2008 |
| Continuing Education, "The Method and Logic of Inference in Psychodiagnostic Testing." International Neuropsychological Association 2007 Mid-Year Meeting, Bilbao, Spain. | July 2007 |
| Invited Address, "Eyewitness Testimony: What the Experts Know and What They Are Allowed to Tell in Court." Maryland State Bar Association, Annual Meeting 2007, Ocean City, Maryland. | June 2007 |
| Invited Address, "How Do We Know when Cognitive Test Performance is Abnormal? 78th Annual Meeting of the Eastern Psychological Association, Philadelphia, Pennsylvania. | March 2007 |
| Invited Lecture, "Eyewitness Memory from a Neuropsychological Perspective." Department of Psychology Research Colloquium, Ohio State University; Columbus, Ohio. | September 2006 |
| Invited Lecture, "Functional Neuroimaging of Deception and Malingering." Advanced Science and Technology Adjudication Resource Center (ASTAR); Columbus, Ohio. | September 2006 |

David J. Schretlen, Ph.D., ABPP (CN)                                                           Page 5

Invited CE Workshop, "Advanced Topics in Neuropsychological Practice."          June 2006
    American Academy of Clinical Neuropsychology; Philadelphia, Pennsylvania.

Invited CE Workshop, "The Logic and Method of Inference in Clinical            February 2006
    Neuropsychology." International Neuropsychological Society 34th
    Annual Meeting; Boston Massachusetts.

Invited Lecture, "Cognitive and Neuroanatomic Predictors of Event and          January 2006
    Identification Memory." Advanced Science and Technology Adjudication
    Resource Center (ASTAR); Baltimore, Maryland.

Invited CE Workshop, "Historical, Conceptual and Empirical Aspects of Work     February 2004
    Disability in Adults with Neuropsychiatric Disorders."  International
    Neuropsychological Society 32nd Annual Meeting; Baltimore, Maryland.

Invited Lecture, "Eyewitness Memory" Mid–Atlantic Regional Community           November 2002
    Policing Institute; Baltimore, Maryland.

Invited Lecture, "Psychological Assessment in Death Penalty Litigation"        June 2001
    Louisiana Public Defenders Association Annual Conference.

Invited Lecture, "Contributions and Limitations of the Neuropsychological      November 2000
    Evaluation" Maryland Trial Lawyers Association; Baltimore, Maryland.

Invited Lecture, "Role of Neuroimaging in the Assessment of Traumatic Brain    June 1998
    Injury" Congress on Neuropsychiatry of Brain Injury; San Sebastian, Spain.

Invited Lectures, "Evaluation of Simulated Amnesia & Other Memory Impairments  March 1998
    and Dissimulation on the Rorschach & Other Projective Measures" Eighth
    Annual National Symposium: Mental Health and the Law; Miami, Florida

Invited Lecture, "Post–Concussion Syndrome" Neurology for the Primary          December 1997
    Practitioner; Johns Hopkins Department of Neurology.

Lecturer, Neuropsychology Seminar; Johns Hopkins University.                   1995–1996

Invited Lecture, "Neuropsychology of Lesch–Nyhan Disease"                      May 1994
    National Conference on Lesch–Nyhan Disease; Morristown, New Jersey.

Invited Lecture, "Factors that Influence the Reliability of Eyewitness Identification"
    Maryland Office of the Public Defender; Ocean City, Maryland.          April 1994

Invited Lecture, "Higher Cortical Functions" Osler Institute Neurology/        1994, 1996
    Neurosurgery Board Review Course; Baltimore, Maryland.

Director, "Psychological Assessment Seminar" Johns Hopkins University;         1988–1990
    Baltimore, Maryland.

Instructor, "Normal Personality" University of Arizona; Tucson, Arizona        1984

Instructor, "Introduction to Psychology" Pima County Community College; Tucson 1983


## GRANTS, CONTRACTS, AWARDS AND HONORS

*DISC1-dependent defects in neural fate, corticogenesis and cognition in psychosis*
    (Co-Investigator). NIH/NIMH Grant R01 MH105660 ($3,203,200)              2014–2019

David J. Schretlen, Ph.D., ABPP (CN)                                                    Page 6

| | |
|---|---|
| *Biomarker and Drug Target Discovery for Subjects with First Episode Psychosis* (Co-Investigator). Mitsubishi Tanabe Pharmaceutical ($1,793,839) | 2012–2017 |
| *Study of Bipolar Disorder and Related Conditions: Human Cell Approach* (Co-Investigator). Dainippon Pharmaceutical 1705713501 ($580,000) | 2011–2013 |
| *Lesch-Nyhan Disease: Neuroanatomic and Biochemical Bases of the Phenotype* (PI) NICHD Grant R01 HD053312-01A2 ($1,983,209) | 2008–2014 |
| *Bipolar and Schizophrenia Consortium for Parsing Endophenotypes* (Site PI) NIMH Grant 1R01 MH077852 (G. Thaker, PI; $3,267,515) | 2007–2012 |
| *Mechanisms of Dopamine and Serotonin in Tourette Syndrome* (Co-Investigator) NIMH Grant R01 MH078175-04 (D. F. Wong, PI; $600,593 1st year) | 2006–2013 |
| *Employment and Work Disability in Bipolar Disorder* (PI) National Alliance for Research on Schizophrenia and Depression NARSAD Independent Investigator Award ($100,000) | 2004–2006 |
| *Aging, Brain Imaging, and Cognition* (Co–Investigator; Site PI) NIA Grant RO1 AG11859 (G. Pearlson, PI; $1,740,187) | 1999–2006 |
| *Quantitative Structural Neuroimaging in Psychosis* (Co–Investigator; Site PI) NIMH Grant RO1 MH43775 (G. Pearlson, PI; $2,025,453) | 1999–2005 |
| *Brain Opioid Receptors and Cognition in Cocaine Abuse* (Co–Investigator) NIDA Grant R01 DA11774 (J. James Frost, PI; $790,057) | 1999–2002 |
| *Schizophrenia: Sex Differences in Brain Abnormalities* (Co–Investigator; Site PI) NIMH Grant R01 MH52886–04 (G. Pearlson, PI; $2,201,072) | 1999–2004 |
| *The 5–HT Transporter in Parkinson's Disease: A PET Study* (Co–Investigator) NIA Grant R01 AG14400–01 (Z. Szabo, PI; $595,585) | 1997–2000 |
| *Behavior and Neurobiological Correlates of HPRT Deficiency* (Co–Investigator) NICHD Grant R01 HD33095–01A2 (J. Harris, PI; $547,180) | 1997–2001 |
| *Social Security Administration Disability Process Redesign Research and Evaluation* (Consultant) SSA #600–07–32018 | 1997–2002 |
| *Aging, Brain Imaging and Cognition* (Co–Principal Investigator) NIA Grant R01 AG11859–01A (G. Pearlson, PI; $1,336,988) | 1994–1997 |
| *Planning and Developing a Protocol for the Disability Evaluation Study* (Consultant) SSA #600–94–12279 | 1999 and 1994–1995 |
| *Executive Functions and Psychosocial Disability Following Traumatic Brain Injury* (Principal Investigator) NIDRR Grant #H133 C90054 ($50,000) | 1989–1990 |
| *Neurobehavioral Recovery Following Mild Head Injury* (Principal Investigator) NIDRR Mary Switzer Fellowship #133 FH70013 ($32,000) | 1987–1988 |
| *Clinical Trainee in Psychology* NIMH #TF01 MH08242–20 ($5,900) | 1982 |
| Member, Occupational Information Development Advisory Panel *Social Security Administration* http://www.socialsecurity.gov/oidap/index.htm | 2009–2011 |
| Nelson Butters Award, International Neuropsychological Society | 2014 |

David J. Schretlen, Ph.D., ABPP (CN)                                                   Page 7

| | |
|---|---|
| Fellow, American Psychological Association | 2011 |
| Nelson Butters Award, National Academy of Neuropsychology | 2011 |
| Blue Ribbon Award, Division 40, American Psychological Association | 2007 |
| Member, Program Committee, Eastern Psychological Association | 2000–2003 |
| Chief Postdoctoral Fellow in Neuropsychology, UCLA Neuropsychiatric Institute | 1987 |
| Clinical Fellow in Psychology, Harvard Medical School | 1985 |
| Phi Kappa Phi | 1978 |
| Graduated with Great Distinction, San Jose State University | 1978 |

## PROFESSIONAL SOCIETIES

American Psychological Association, Fellow, Division 40 (Neuropsychology)
Association for Psychological Science (Charter Member)
American Academy of Clinical Neuropsychology
American Board of Assessment Psychology (Diplomate)
International Neuropsychological Society
National Academy of Neuropsychology
Eastern Psychological Association

## PROFESSIONAL ACTIVITIES/PEER REVIEW

| | |
|---|---|
| Member and Subcommittee Chair, Occupational Information Development Advisory Panel, Social Security Administration | 2008–2012 |
| Editorial Board Member, *Journal of Clinical and Experimental Neuropsychology* | 2006–Present |
| Editorial Board Member, *The Open Rehabilitation Journal* | 2008–2009 |
| Editorial Board Member, *Journal of the International Neuropsychological Society* | 2005–2011 |
| Editorial Board Member, *Assessment* | 1999–2003 |
| Editorial Board Member, *Psychological Assessment* | 1994–1997 |
| *Ad hoc* reviewer, *Abnormal Psychology* | |
| *Ad hoc* reviewer, *Alcohol Health and Research World* | |
| *Ad hoc* reviewer, *Alzheimer's & Dementia* | |
| *Ad hoc* reviewer, *American Journal of Epidemiology/Epidemiologic Reviews* | |
| *Ad hoc* reviewer, *Archives of Clinical Neuropsychology* | |
| *Ad hoc* reviewer, *Archives of General Psychiatry* | |
| *Ad hoc* reviewer, *Assessment* | |
| *Ad hoc* reviewer, *Biological Psychiatry* | |
| *Ad hoc* reviewer, *Bipolar Disorders* | |
| *Ad hoc* reviewer, *Brain* | |

David J. Schretlen, Ph.D., ABPP (CN)                                             Page 8

*Ad hoc* reviewer, *Clinical Chemistry*

*Ad hoc* reviewer, *Clinical Psychology: Science and Practice*

*Ad hoc* reviewer, *European Archives of Psychiatry and Clinical Neuroscience*

*Ad hoc* reviewer, *Experimental Gerontology*

*Ad hoc* reviewer, *Journal of the American Medical Association*

*Ad hoc* reviewer, *JAMA Psychiatry*

*Ad hoc* reviewer, *Journal of Alzheimer's Disease*

*Ad hoc* reviewer, *Journal of Clinical and Experimental Neuropsychology*

*Ad hoc* reviewer, *Journal of Clinical Psychology*

*Ad hoc* reviewer, *Journal of the International Neuropsychological Society*

*Ad hoc* reviewer, *Journal of the Neurological Sciences*

*Ad hoc* reviewer, *Neurobiology of Aging*

*Ad hoc* reviewer, *Neurocase*

*Ad hoc* reviewer, *Neuropsychology*

*Ad hoc* reviewer, *Neuropsychobiology*

*Ad hoc* reviewer, *Neuroscience Research*

*Ad hoc* reviewer, *PLoS ONE*

*Ad hoc* reviewer, *Psychological Assessment*

*Ad hoc* reviewer, *Psychological Reports/Perceptual & Motor Skills*

*Ad hoc* reviewer, *Schizophrenia Bulletin*

*Ad hoc* reviewer, *Schizophrenia Research*

*Ad hoc* reviewer, *The Clinical Neuropsychologist*

*Ad hoc* reviewer, *The Journal of Gerontology: Psychological Science*

*Ad hoc* reviewer, Johns Hopkins University Press

*Ad hoc* reviewer, Williams & Wilkins

*Ad hoc* reviewer, Oxford University Press

*Ad hoc* reviewer, Veterans Administration Medical Center Merit Review

*Ad hoc* reviewer, Ontario Mental Health Foundation clinical research proposals

Member, Center for Scientific Review Special Emphasis Panel for Brain          2003–2007
    Disorders & Clinical Neuroscience (BDCN K–10), National Institutes of Health

Member, Data Safety and Monitoring Board for "S–Adenosyl–methionine for the        2003
    treatment of depression associated with Parkinson's disease" (NIH–NCCAM)

Special Emphasis Panel Reviewer for technical evaluation of contract concerning the   2001
    effects of tamoxifen and raloxifene on cognition in elderly women (NIA)

David J. Schretlen, Ph.D., ABPP (CN)                                                                          Page 9

| | |
|---|---|
| Special Emphasis Panel Reviewer for technical evaluation of contract concerning estrogen replacement therapy and cognitive aging, National Institute on Aging (NIA) | 1999 |
| Review Panel to evaluate proposals for Predoctoral Training Fellowships (F31), National Institutes of Health | 1998 |
| Review Panel to evaluate proposals for Research and Training Centers in Traumatic Brain Injury; Department of Education, National Institute on Disability and Rehabilitation research (NIDRR) | 1987–1988 |
| Review Panel to evaluate Field–Initiated Research proposals to the U.S. Department of Education, NIDRR. | 1988, 1991 |
| Site Visitor to evaluate Traumatic Brain Injury Research and Training Center Application; Department of Education, NIDRR. | 1987 |

## PEER-REVIEWED PUBLICATIONS

1. Hicks R, Guista M, **Schretlen D**, Pellegrini R.  Habitual duration of sleep and divergent thinking.  <u>Psychological Reports</u>. 1980; <u>46</u>: 426.

2. Hicks R, **Schretlen D.**  Changes in level of Type A behavior in college students over a four year period.  <u>Psychological Reports</u>. 1981; <u>49</u>: 22.

3. Beutler L, Scogin F, Kirkish P, **Schretlen D**, Corbishley A, Hamblin D, Meredith K, Potter R, Bamford CR, Levenson AI.  Group Cognitive therapy and alprazolam in the treatment of depression in older adults.  <u>Journal of Consulting and Clinical Psychology</u>. 1987; <u>55</u>: 550–556

4. **Schretlen DJ.**  The use of psychological tests to identify malingered symptoms of mental disorder.  <u>Clinical Psychology Review</u>. 1988; <u>8</u>: 451–476.

5. D'Elia L, Satz P, **Schretlen D.**  The Wechsler Memory Scale: A critical appraisal of the normative studies.  <u>Journal of Clinical and Experimental Neuropsychology</u>. 1989; <u>11</u>: 551–568.

6. **Schretlen D,** Arkowitz H.  A psychological test battery to detect prison inmates who fake insanity or mental retardation.  <u>Behavioral Sciences and the Law</u>. 1990; <u>8</u>: 75–84.

7. **Schretlen D.**  A limitation of using the Wiener and Harmon obvious and subtle scales to detect faking on the MMPI.  <u>Journal of Clinical Psychology</u>. 1991; <u>46</u>: 782–786.

8. **Schretlen D**, Brandt J, Krafft L, Van Gorp W.  Some caveats in using the Rey 15–Item Memory Test to detect malingered amnesia.  <u>Psychological Assessment: A Journal of Consulting and Clinical Psychology</u>. 1991; <u>3</u>: 667–672.

9. **Schretlen D**, Wilkins S, Van Gorp W, Hoida, J.  Cross–validation of a psychological test battery to detect faked insanity.  <u>Psychological Assessment: A Journal of Consulting and Clinical Psychology</u>. 1992; <u>4</u>: 77–83.

10. Benedict RH, **Schretlen D,** Bobholz JH.  Concurrent validity of three WAIS–R short forms in psychiatric inpatients.  <u>Psychological Assessment: A Journal of Consulting and Clinical Psychology</u>. 1992; <u>4</u>: 322–328.

11.   **Schretlen D**, Benedict RHB, Bobholz JH.  Composite reliability and standard errors of measurement for a seven subtest short form of the WAIS–R.  Psychological Assessment. 1994; 6: 188–190.

12.   Brandt J, **Schretlen D**.  Post–doctoral training in clinical neuropsychology at the Johns Hopkins University School of Medicine.  Bulletin of the National Academy of Neuropsychology. 1994; 11: 12–14.

13.   **Schretlen D**, Bobholz JH, Brandt J.  Development and psychometric properties of the Brief Test of Attention.  The Clinical Neuropsychologist. 1996; 10: 80–89.

14.   **Schretlen D**, Brandt J, Bobholz JH.  Validation of the Brief Test of Attention in patients with Huntington's disease and amnesia.  The Clinical Neuropsychologist. 1996; 10: 90–95.

15.   Benedict RHB, **Schretlen D**, Groninger L, Dobraski M, Shpritz B.  Revision of the Brief Visuospatial Memory Test: Studies of normal performance, reliability, and validity.  Psychological Assessment. 1996; 8: 145–153.

16.   **Schretlen D**, Ivnik RJ.  Prorating IQ scores for older adults: Validation of a seven–subtest WAIS–R with the Mayo Older Americans Normative Sample. Assessment. 1996; 4: 411–416.

17.   Axelrod BN, Woodard JL, **Schretlen D**, Benedict RHB.  Corrected estimates of WAIS–R short form reliability and standard error of measurement.  Psychological Assessment. 1996; 8: 222–223.

18.   Jayaram G, Samuels J, **Schretlen D**, Gurny P.  The cognitively limited severely mentally ill: Concerns for managed care.  Managed Care Quarterly. 1997; 5: 28–34.

19.   Benedict RHB, **Schretlen D**, Groninger L, Brandt J.  The Hopkins Verbal Learning Test–Revised: Normative data and analysis of inter–form and test–retest reliability.  The Clinical Neuropsychologist. 1998; 12: 43–55.

20.   Shapiro AM, Benedict RHB, **Schretlen D**, Brandt J.  Construct and concurrent validity of the Hopkins Verbal Learning Test–Revised. The Clinical Neuropsychologist. 1999; 13: 348–358.

21.   **Schretlen D**, Pearlson GD, Anthony JC, Aylward EH, Augustine AM, Davis A, Barta P. Elucidating the contributions of processing speed, executive ability, and frontal lobe volume to normal age–related differences in fluid intelligence. Journal of the International Neuropsychological Society. 2000; 6: 52–61.

22.   **Schretlen D**, Neal J, Lesikar S.  Screening for malingered mental illness in a court clinic. American Journal of Forensic Psychology. 2000; 18: 5–16.

23.   **Schretlen D**, Jayaram G, Maki P, Park K, Abebe S, DiCarlo M.  Demographic, clinical, and neurocognitive correlates of everyday functional impairment in severe mental illness. Journal of Abnormal Psychology. 2000; 109: 134–138.

24.   **Schretlen D.**  Do neurocognitive ability and personality traits account for different aspects of psychosocial outcome following traumatic brain injury? Rehabilitation Psychology. 2000; 45: 260–273.

25. **Schretlen DJ**, Pearlson GD, Anthony JC, Yates KO.  Determinants of Benton Facial Recognition Test performance in normal adults. <u>Neuropsychology</u>. 2001; <u>15</u>: 405–410.

26. **Schretlen DJ**, Harris JC, Park K, Jinnah HA, Ojeda N.  Neurocognitive functioning in Lesch–Nyhan disease and partial hypoxanthine–guanine phosphoribosyltransferase deficiency. <u>Journal of the International Neuropsychological Society</u>. 2001; <u>7</u>: 805–812.

27. Bakker A, **Schretlen DJ**, Brandt J.  Testing prospective memory: Does the value of a borrowed item help people remember to get it back?  <u>The Clinical Neuropsychologist</u>. 2001; <u>16</u>: 64–66.

28. **Schretlen DJ**, Munro CA, Anthony JC, Pearlson GD.  Examining the range of normal intra–individual variability in neuropsychological test performance.  <u>Journal of the International Neuropsychological Society</u>. 2003; <u>9</u>: 864–870.

29. Kerenyi L, Ricaurte GA, **Schretlen DJ**, McCann U, Varga J, Aleksic S, Mathews WB, Ravert HT, Dannals RF, Hilton J, Wong DF, Szabo Z.  Positron emission tomography of the serotonin transporter in Parkinson's disease.  <u>Archives of Neurology</u>. 2003; <u>60</u>: 1223–1229.

30. **Schretlen DJ,** Shapiro AM.  A quantitative review of the effects of traumatic brain injury on cognitive functioning.  <u>International Review of Psychiatry</u>. 2003; <u>15</u>: 341–349.

31. Diaz–Asper CM, Pearlson GD, **Schretlen, DJ.**  How well does IQ predict neuropsychological test performance in normal adults?  <u>Journal of the International Neuropsychological Society</u>. 2004; <u>10</u>: 82–90.

32. De Gregorio L, Jinnah HA, Nyhan WL, Harris JC, **Schretlen DJ**, Trombley LM, O'Neill JP.  Lesch–Nyhan disease in a female with a clinically normal monozygotic twin. <u>Molecular Genetics and Metabolism</u>. 2005; <u>85</u>: 70–77.

33. **Schretlen DJ**, Ward J, Meyer SM, Yun J, Puig JG, Nyhan WL, Jinnah HA, Harris JC.  Behavioral aspects of Lesch–Nyhan syndrome and its variants. <u>Developmental Medicine and Child Neurology</u>. 2005; <u>47</u>: 673–677.

34. Strasser HC, Lilyestrom J, Ashby E, Honeycutt NA, **Schretlen DJ**, Pulver AE, Hopkins RO, DePaulo JR, Potash JB, Schweizer B, Yates KO, Kurian E, Barta PE, Pearlson, GD.  Hippocampal and ventricular volumes in psychotic and nonpsychotic bipolar patients compared with schizophrenia patients and community control subjects: A pilot study.  <u>Biological Psychiatry</u>. 2005; <u>57</u>: 633–639.

35. **Schretlen DJ**, Buffington LH, Meyer SM. Pearlson GD.  The use of word–reading to estimate "premorbid" ability in cognitive domains other than intelligence.  <u>Journal of the International Neuropsychological Society</u>. 2005; <u>11</u>: 784–787.

36. Kingery LR, **Schretlen DJ**, Sateri S, Langley LK, Marano NC, Meyer SM.  Inter–rater and test–retest reliability of a fixed condition design fluency test. <u>The Clinical Neuropsychologist</u>. 2006; <u>20</u>: 729–740.

37. Jinnah HA, Visser JE, Verdu A, Larovere L, Ceballos–Picot I, Neychev V, Torres R, Dulac O, Desguerre I, **Schretlen DJ**, Robey KL, Barabas G, Bloem BR, Nyhan W, de Kremer R, Harris JC, Puig J, Reich SG, Eddey GE.  Delineation of the motor disorder of Lesch–Nyhan disease. <u>Brain</u>. 2006; <u>125</u>: 1201–1217.

38. Wong DF, Kuwabara H, **Schretlen DJ**, Bonson KR, Zhou Y, Nandi A, Brašić JR, Kimes AS, Maris MA, Kumar A, Contoreggi C, Links J, Ernst M, Rousset O, Zukin S, Grace A, Rhode C, Jasinski DR, Gjedde A, London ED.  Increased occupancy of dopamine receptors in human striatum during cue–elicited cocaine craving. Neuropsychopharmacology. 2006; 31(12): 2716–2727.

39. **Schretlen DJ**, Inscore AB, Jinnah HA, Rao V, Gordon B, Pearlson GD.  Serum uric acid and cognitive function in community–dwelling elderly adults. Neuropsychology. 2007; 21(1): 136–140.

40. Rao V, Spiro JR, **Schretlen DJ**, Cascella NG.  Apathy syndrome after traumatic brain injury compared with deficits in schizophrenia. Psychosomatics. 2007; 48: 217–222.

41. **Schretlen DJ**, Cascella NG, Meyer SM, Kingery LR, Testa SM, Munro CA, Pulver AE, Rivkin P, Rao VA, Diaz–Asper DM, Dickerson FB, Yolken RH, Pearlson GD.  Neuropsychological functioning in bipolar disorder vs. schizophrenia. Biological Psychiatry. 2007; 62(2): 179–186.

42. Manning KJ, Gordon B, Pearlson GD, **Schretlen DJ.**  The relationship of recency discrimination to explicit memory and executive functioning.  Journal of the International Neuropsychological Society. 2007; 13(4): 710–715.

43. **Schretlen DJ**, Inscore AB, Vannorsdall TD, Kraut M, Pearlson GD, Gordon B, Jinnah HA.  Serum uric acid and brain ischemia in normal elderly adults. Neurology. 2007; 69: 1418–1423.

44. Wong DF, Brašić JR, Singer HS, **Schretlen DJ**, Kuwabara H, Zhou Y, Nandi A, Maris MA, Alexander M, Ye W, Rousset O, Kumar A, Szabo Z, Gjedde A, Gracy AA. Mechanisms of dopaminergic and serotonergic neurotransmission in Tourette syndrome: Clues from an *in vivo* neurochemistry study with PET.  Neuropsychopharmacology. 2008; 33(6): 1239–1251.

45. **Schretlen DJ**, Testa SM, Winicki JM, Pearlson GD, Gordon B. The frequency and bases of abnormal performance by healthy adults on neuropsychological testing.  Journal of the International Neuropsychological Society. 2008; 14(3): 436–445.

46. Xu L, Backus KM, Pearlson GD, **Schretlen DJ**, Calhoun VD. Source-based morphometry: The use of independent component analysis to identify gray matter differences with application to schizophrenia. Human Brain Mapping. 2008; 30(3): 711-724.

47. Rao V, Spiro J, Vaishnavi S, Rastogi P, Mielke M, Noll K, Cornwell E, **Schretlen DJ**, Makley M.  Prevalence and types of sleep disturbances acutely after traumatic brain injury. Brain Injury. 2008; 22(5): 381-386.

48. Meda SA, Giuliani NR, Calhoun VD, Kanchana J, **Schretlen DJ**, Pulver A, Cascella N, Keshavan M, Kates W, Buchanan R, Sharma T, Pearlson GD.  A large scale (N=400) investigation of gray matter differences in schizophrenia using optimized voxel-based morphometry.  Biological Psychiatry. 2008; 101(1-3): 95–105.

49. Cascella NG, Testa SM, Meyer SM, Rao VA, Diaz–Asper CM, Pearlson GD, **Schretlen DJ.** Neuropsychological impairment in deficit versus non-deficit schizophrenia. Journal of Psychiatric Research. 2008; 42: 930–937.

50.  Vannorsdall TD, Jinnah HA, Gordon B Kraut M, **Schretlen DJ.** Cerebral ischemia mediates the
     effect of serum uric acid on cognitive function. Stroke. 2008; 39: 3418–3420.

51.  Rao V, Rosenberg P, Bertrand M, Salehinia S, Vaishnavi S, Rastogi P, Noll K, Cornwell E,
     **Schretlen DJ**, Brandt J, Makley M, Miles QS.  Aggression after traumatic brain injury:
     prevalence and correlates. Journal of Neuropsychiatry and Clinical Neurosciences. 2009; 21(4):
     420–429.

52.  **Schretlen DJ**, Winicki JM, Meyer SM, Testa SM, Pearlson GD, Gordon B. Development,
     psychometric properties, and validation of the Hopkins Adult Reading Test (HART). The
     Clinical Neuropsychologist. 2009; 23(6): 926–943.

53.  Cascella NG, **Schretlen DJ,** Sawa A.  Schizophrenia and epilepsy: Is there a shared
     susceptibility? Neuroscience Research. 2009; 63: 227–235.

54.  Copersino ML, Fals-Stewart W, Fitzmaurice G, **Schretlen DJ**, Sokoloff J, Weiss RD.  Rapid
     cognitive screening of patients with substance use disorders. Experimental and Clinical
     Psychopharmacology. 2009; 17(5): 337–344.

55.  Vannorsdall TD, Waldstein SR, Kraut M, Pearlson GD, **Schretlen DJ.** White matter
     abnormalities and cognition in a community sample. Archives of Clinical Neuropsychology.
     2009; 24(3): 209–217.

56.  Testa SM, Winicki JM, Pearlson GD, Gordon B, **Schretlen DJ.**  Accounting for estimated IQ in
     neuropsychological test performance with regression-based techniques. Journal of the
     International Neuropsychological Society. 2009; 15(6): 1012–1022.

57.  Parmenter BA, Testa SM, **Schretlen DJ**, Weinstock-Guttman B, Benedict HRB. The utility of
     regression-based norms in interpreting the Minimal Assessment of Cognitive Function in
     Multiple Sclerosis (MACFIMS). Journal of the International Neuropsychological Society. 2010;
     16(1): 6–16.

58.  Christman AL, Vannorsdall TD, Pearlson GD, Hill-Briggs F, **Schretlen, DJ.** Cranial volume,
     mild cognitive deficits and functional limitations associated with diabetes in a community
     sample. Archives of Clinical Neuropsychology. 2010; 25(1): 49–59.

59.  Ishizuka K, Tajinda K, Colantuoni C, Morita M, Winicki J, Le C, Lin S, **Schretlen DJ**, Sawa, A,
     Cascella N. Negative symptoms of schizophrenia correlate with impairment on the University of
     Pennsylvania Smell Identification Test. Neuroscience Research. 2010; 66(1): 106–110.

60.  Bonekamp D, Yassa MA, Munro CA, Geckle RJ, Yousem DM, Barker PB, **Schretlen DJ**,
     Brandt J, Horská A. Gray matter in amnestic mild cognitive impairment: voxel-based
     morphometry. NeuroReport. 2010; 21(4): 259–263.

61.  **Schretlen DJ**, Vannorsdall TD, Winicki JM, Mushtaq Y, Hikida T, Sawa A, Yolken RH,
     Dickerson FB, Cascella NG.  Neuroanatomic and cognitive abnormalities related to Herpes
     Simplex Virus Type 1 in schizophrenia. Schizophrenia Research. 2010; 118: 224–231.

62.  Jinnah HA, Ceballs-Picot I, Torres R, Visser J, **Schretlen DJ**, Verdu A, Lerovere L, Chen C,
     Cossu A, Wu C, Chang S, Dodelson de Kremer R, Nyhan W, Harris JC, Reich S. Attenuated
     variants of Lesch-Nyhan disease. Brain. 2010; 133(3): 671–689.

63.  Tajinda K, Ishizuka K, Colantuoni C, Morita M, Winicki J, Le C, Lin S, **Schretlen D**, Sawa A,
     Cascella NG. Neuronal biomarkers from patients with mental illnesses: a novel method through

nasal biopsy combined with laser-captured microdissection. Molecular Psychiatry. 2010; 15: 231–232.

64. **Schretlen DJ**, van der Hulst EJ, Pearlson GD, Gordon B.  A neuropsychological study of personality: Openness in relation to intelligence, fluency, and executive functioning. Journal of Clinical and Experimental Neuropsychology. 2010; 32(10) 1068–1073.

65. Rao V, Bertrand M, Rosenberg P, Makley M, **Schretlen DJ**, Brandt J, Mielke MM.  Predictors of new-onset depression following mild traumatic brain injury. Journal of Neuropsychiatry and Clinical Neurosciences. 2010; 22(1): 100–104.

66. Vannorsdall TD, Cascella NG, Rao V, Pearlson GD, Gordon B, **Schretlen DJ.**  A morphometric analysis of neuroanatomic abnormalities in traumatic brain injury. Journal of Neuropsychiatry and Clinical Neurosciences. 2010; 22(2): 173–181.

67. Sadleir RJ, Vannorsdall TD, **Schretlen DJ**, Gordon B.  Transcranial direct current stimulation (tDCS) in a realistic head model. NeuroImage. 2010; 51(4): 1310–1318.

68. Cascella NG, Fieldstone SC, Rao VA, Pearlson GD, Sawa A, **Schretlen, DJ**.  Gray matter abnormalities in deficit schizophrenia. Schizophrenia Research. 2010; 120(1-3): 63–70.

69. Jinnah HA, **Schretlen, DJ**.  Reply: Attenuated variants of Lesch-Nyhan disease: the case of King James VI/I. Brain. 2010; 133(11): e154.

70. Benedict RHB, Morrow SA, Weinstock-Guttman B Cookfair D, **Schretlen, DJ**.  Cognitive reserve moderates decline in information processing speed in multiple sclerosis patients. Journal of the International Neuropsychological Society. 2010; 16: 829–835.

71. Sampat R, Fu R, Larovere LE, Torres RJ, Ceballow-Picot I, Fischbach M, de Kremer R, **Schretlen DJ**, Puig JG, Jinnah HA.  Mechanisms for phenotypic variation in Lesch-Nyhan disease and its variants. Human Genetics. 2010; 129: 71–78.

72. Liu CC, Shi C-Q, Franaszczuk PJ, Crone NE, **Schretlen D**, Ohara S, Lenz FA. Painful laser stimuli induce directed functional interactions within and between the human amygdale and hippocampus. Neuroscience. 2011; 178: 208–217.

73. Visser JE, **Schretlen DJ**, Bloem BR, Jinnah HA. Levodopa is not a useful treatment for Lesch-Nyhan disease. Movement Disorders. 2011; 26(4): 746–749.

74. Gansler DA, Vannorsdall TD, Jerram MW, **Schretlen DJ**.  Comparing alternative metrics to assess performance on the Iowa Gambling Task. Journal of Clinical and Experimental Neuropsychology. 2011; 33(9): 1040–1048.

75. Liu CC, Crone NE, Franaszczuk PJ, Cheng D, **Schretlen DJ**, Lenz FA. Fear conditioning is associated with dynamic directed functional interactions between and within the human amygdala, hippocampus, and frontal lobe. Neuroscience. 2011; 189: 359–369.

76. Xu L, Adali T, **Schretlen DJ**, Pearlson GD, Calhoun VD. Structural angle and power images reveal interrelated gray and white matter abnormalities in schizophrenia. Neurology Research International. Vol. 2012, Article ID 735249, 18 pages; doi:101155/2012/735249.

77. Cascella NG, Fieldstone SC, Sawa A, Gerner G, **Schretlen DJ**.  The insula-claustrum region and delusions in schizophrenia. Schizophrenia Research. 2011; 133: 77–81.

David J. Schretlen, Ph.D., ABPP (CN)                                                                                      Page 15

78.  Gansler DA, Jerram MW, Vannorsdall TD, **Schretlen DJ**.  Does the Iowa Gambling Task measure executive function? Archives of Clinical Neuropsychology. 2011; 26(8): 706–717.

79.  Vannorsdall TD, Maroof DA, Gordon B, **Schretlen DJ**.  Ideational fluency as a domain of human cognition. Neuropsychology. 2012; 26(3): 400–405.

80.  Ojeda N, Peña J, **Schretlen DJ**, Sánchez P, Aretouli, E, Elizagárate E, Ezcurra J, Gutiérrez M. Hierarchical structure of cognitive processes in schizophrenia: The fundamental role of processing speed. Schizophrenia Research. 2012; 135: 72–78.

81.  Sung K, Gordon B, Vannorsdall TD, Ledoux K, Pickett EJ, Pearlson GD & **Schretlen DJ**. Semantic clustering of category fluency in schizophrenia examined with singular value decomposition. Journal of the International Neuropsychological Society. 2012; 18(3): 565–575.

82.  Gansler DA, Jerram MW, Vannorsdall TD & **Schretlen DJ**.  Hierarchical organization of cortical morphology of decision-making when deconstructing Iowa Gambling Task performance in healthy adults. Journal of the International Neuropsychological Society. 2012; 18(3): 585–594.

83.  Copersino ML, **Schretlen DJ**, Fitzmaurice G, Lukas SE, Faberman J, Sokoloff J, Weiss RD. Effects of cognitive impairment on substance abuse treatment attendance: predictive validation of a brief cognitive screening measure. American Journal of Drug and Alcohol Abuse. 2012; 38(3): 246–250.

84.  Unschuld PG, Joel SE, Liu X, Shanahan M, Margolis RL, Biglan KM, Bassett SS, **Schretlen DJ**, Redgrave GW, van Zijl PCM, Pekar JJ, Ross CA. Impaired cortico-striatal functional connectivity in prodromal Huntington's disease. Neuroscience Letters. 2012; 514: 204–209.

85.  Munro CA, Winicki JM, **Schretlen DJ**, Gower EW, Turano KA, Muñoz B, Keay L, Bandeen-Roche K, West SK. Sex differences in cognition in healthy elderly individuals. Aging, Neuropsychology, and Cognition. 2012; 19(6): 759–768.

86.  Vannorsdall TD, **Schretlen DJ**, Andrejczuk M, Ledoux K, Bosley LV, Weaver JR, Skolasky RL, Gordon B. Altering automatic verbal processes with transcranial direct current stimulation. Frontiers in Neuropsychiatric Imaging and Stimulation. 2012; 3:73. doi: 10.3389/fpsyt.2012.00073

87.  Sadleir RJ, Vannorsdall TD, **Schretlen DJ,** Gordon B. Target optimization in transcranial direct current stimulation. Frontiers in Neuropsychiatric Imaging and Stimulation. 2012; 3:90. doi: 10.3389/fpsyt.2012.00090

88.  **Schretlen DJ**, Peña J, Artouli E, Orue I, Cascella NG, Pearlson GD, Ojeda N. Confirmatory factor analysis reveals a latent cognitive structure common to bipolar disorder, schizophrenia, and healthy adults. Bipolar Disorders. 2013; 15: 422–433.

89.  Rao V, McCann U, Bergey A, Han D, Eisenberger J, **Schretlen DJ,** Brandt J. Rates and correlates of apathy one year after traumatic brain injury. Psychosomatics. 2013; 54(4): 403–404.

90.  Neufeld KJ, Leoutsakos J-MS, Sieber FE, Wanamaker BL, Chambers JJG, Rao VC, **Schretlen DJ,** Needham DM. Outcomes of early delirium diagnosis after general anesthesia in the elderly. Anesthesia & Analgesia. 2013; 117(2): 471–478.

91. Skudlarski P, **Schretlen DJ**, Thaker G, Stevens MC, Keshavan M, Sweeney J, Tamminga C, Clementz B, Gill A, Buchholz AS, Pearlson GD. Diffusion tensor imaging white matter endophenotypes in patients with schizophrenia or psychotic bipolar disorder and their first-degree relatives. American Journal of Psychiatry. 2013; 170(8): 886–898.

92. Sung K, Vannorsdall TD, Ledoux KA, Gordon B, **Schretlen DJ**. Impaired retrieval of semantic information in bipolar disorder: A clustering analysis category fluency productions. Journal of Abnormal Psychology 2013; 122(3): 624–634.

93. Ivleva EI, Bidesi AS, Keshavan MS, Pearlson GD, Meda SA, Dodig D, Moates AF, Lu, H, Francis A, Tandon N, **Schretlen, DJ**, Sweeney JA, Clementz BA, Tamminga CA. Gray matter volume as an intermediate phenotype of psychosis: Bipolar and schizophrenia network on intermediate phenotypes (B-SNIP). American Journal of Psychiatry. 2013; 170(11): 1285–96.

94. Khadkha S, Meda SA, Stevens MC, Glahn DC, Calhoun VD, Sweeney JA, Tamminga CA, Keshavan MS, Thaker G, O'Neil K· **Schretlen DJ**, Pearlson GD. Is aberrant functional connectivity a psychosis endophenotype? A resting state functional connectivity study. Biological Psychiatry. 2013; 74(6): 458–466.

95. **Schretlen DJ**, Varvaris M, Ho TE, Vannorsdall TD, Gordon B, Harris JC, Jinnah HA. A cross-sectional study of regional brain volume abnormalities in Lesch-Nyhan disease and its variants. Lancet Neurology. 2013; 12: 1151–1158.

96. Takayanagi M, Wentz J, Takayanagi Y, **Schretlen DJ**, Ceyhan EL, Wang L, Suzuki M, Sawa A, Barta PE, Ratnanathar JT, Cascella NC. Reduced anterior cingulate gray matter thickness and volume in subjects with deficit schizophrenia. Schizophrenia Research. 2013; 150(2-3): 484–490.

97. Unschuld PG, Liu X, Shanahan M, Margolis RL, Bassett SS, Brandt J, **Schretlen DJ**, Redgrave GW, Hua J, Hock C, Reading SA, van Zijl PCM, Pekar JJ, Ross CA. Prefrontal executive function associated coupling relates to Huntington's disease stage. Cortex. 2013; 49(10) 2661–2673.

98. Takayanagi Y, Gerner GJ, Takayanagi M, Rao V, Vannorsdall TD, Sawa A, **Schretlen DJ**, Cascella NG. Hippocampal volume reduction correlates with apathy in traumatic brain injury but not schizophrenia. Journal of Neuropsychiatry and Clinical Neurosciences. 2013; 25(4): 292–301.

99. **Sung K**, Gordon B, Yang S, **Schretlen DJ**. Evidence of semantic clustering in letter-cued word fluency. Journal of Clinical and Experimental Neuropsychology. 2013; 35(10): 1015–1023.

100. Ledoux K, Vannorsdall TD, Pickett EJ, Sung K, Gordon B, **Schretlen DJ**. Capturing additional information about the organization of lexical entries in the semantic system from verbal fluency productions. Journal of Clinical and Experimental Neuropsychology. 2014; 36(2): 205–220.

101. Reckess GZ, Varvaris M, Gordon B, **Schretlen DJ.** Within-person distributions of neuropsychological test scores as a function of dementia severity. Neuropsychology. 2014; 28(2): 254–260.

102. Fu R, Ceballos-Picot I, Torres R, Larovere L, Yamada Y, Nguyen KV, Hegde M, Visser JE, **Schretlen DJ**, Nyhan WL, Puig JG, O'Neill PJ, Jinnah HA. Genotype-phenotype correlations in neurogenetics: Lesch-Nyhan disease as a model disorder. Brain. 2014; 137(5): 1282–1303.

103. Unschuld PG, Buchholz AS, Varvaris M, van Zijl PMC, Ross CR, Pekar JJ, Hock C, Sweeney JA, Tamminga CA, Keshavan MS, Pearlson GD, Thaker GK, **Schretlen DJ**. Prefrontal brain network connectivity indicates degree of both schizophrenia risk and cognitive dysfunction. Schizophrenia Bulletin. 2014; 40(3): 653–664.

104. Gansler DA, Varvaris M, Swenson L, **Schretlen DJ**. Cognitive estimation and its assessment. Journal of Clinical and Experimental Neuropsychology. 2014; 36(6): 559–568.

105. Vannorsdall TD, Kueider A, Carlson M, **Schretlen DJ**. Higher baseline serum uric acid is associated with poorer cognition but not rates of cognitive decline in women. Experimental Gerontology. 2014; 60: 136–139.

106. Fu R, Sutcliffe D, Zhao H, Huang X, **Schretlen DJ**, Benkovic S, Jinnah HA. Clinical Severity in Lesch-Nyhan Disease: the Role of Residual Enzyme and Compensatory Pathways. Molecular Genetics and Metabolism. 2015; 114(1): 55–61.

107. **Schretlen DJ**, Varvaris M, Vannorsdall TD, Gordon B, Harris JC, Jinnah HA. Brain white matter volume abnormalities in Lesch-Nyhan disease and its variants. Neurology. 2015; 84: 190–196.

108. Del Pino R, Peña J, **Schretlen DJ**, Ibarretxe-Bilbao N, Ojeda N. [Multisite study for norming and standardizing neuropsychological instruments in healthy people for Spanish population: methods and characteristics of Normacog project]. Revista de Neurología. 2015; 61(2): 57–65.

109. Neufeld KJ, Leoutsakos J-MS, Oh E, Siber FE, Chandra A, Ghosh A, **Schretlen DJ**, Needham DM. Long-term outcome of older adults with and without delirium immediately following recovery from general anesthesia for surgery. American Journal of Geriatric Psychiatry. 2015; 23(10): 1067–1074.

110. Meda SA, Wang Z, Ivleva EI, Poudyal G, Keshavan MS, Tamminga CA, Sweeney JA, Clementz BA, **Schretlen DJ**, Calhoun VD, Lui S, Damaraju E, Pearlson GD. Frequency-specific neural signatures of spontaneous low-frequency resting state fluctuations in psychosis: evidence from Bipolar-Schizophrenia Network on Intermediate Phenotypes (B-SNIP) Consortium. Schizophrenia Bulletin. 2015; 41(6): 1336–1348. doi:10.1093/schbul/sbv064

111. del Pino R, Peña J, Ibarretxe-Bilbao N, **Schretlen DJ**, Ojeda N. [Taylor Complex Figure Test: administration and correction according to a normalization and standardization process in Spanish population]. Revista de Neurología. 2015; 61(9): 395–204.

112. Coughlin JM, Tanaka T, Marsman A, Wang H, Bonekamp S, Kim PK, Higgs C, Varvaris M, Edden RAE, Pomper M, **Schretlen DJ**, Barker PB, Sawa A. Decoupling of N-acetyl-aspartate and glutamate within the dorsolateral prefrontal cortex in schizophrenia. Current Molecular Medicine. 2015; 15(2): 176–183.

113. **Schretlen DJ**, Callon W, Ward RE, Fu R, Ho T, Gordon B, Harris JC, Jinnah HA. Do features of the Lesch-Nyhan phenotype correlate more closely with guanine than hypoxanthine phosphoribosyltransferase enzyme activity? Journal of Inherited Metabolic Disease. 2015; Epub ahead of print. DOI 10.1007/s10545-015-9869-x

114. Ojeda N, Aretouli E, Peña J, **Schretlen DJ**. Age differences in cognitive performance: A study of cultural differences in historical context. Journal of Neuropsychology. 2014 Epub ahead of print. DOI: 10.1111/jnp.12059

David J. Schretlen, Ph.D., ABPP (CN)                                                                      Page 18

115. **Schretlen DJ**, van Steenburgh JJ, Varvaris M, Vannorsdall TD, Andrejczuk M, Gordon B. Can transcranial direct current stimulation improve cognitive functioning in adults with schizophrenia? Clinical Schizophrenia & Related Psychoses (in press).

116. Vannorsdall TD, van Steenburgh JJ, **Schretlen DJ**, Jayatillake R, Skolasky RL, Gordon B. Reproducibility of tDCS results: Failure to replicate findings of tDCS-induced enhancement of verbal fluency. Cognitive and Behavioral Neurology. 2016; 29(1): 11–17. DOI: 10.1097/WNN.0000000000000086

117. Sung K, Gordon B, **Schretlen DJ**. Semantic structure can be inferred from category fluency tasks via clustering analyses: reply to Voorspoels et al. Cortex. 2015 Epub ahead of print. http://dx.doi.org/10.1016/j.cortex.2015.02.013

118. Wang Z, Meda SA, Keshavan MS, Tamminga CA, Sweeney JA, Clementz BA, **Schretlen DJ**, Calhoun VD, Lui S, Pearlson GD. Large scale fusion of gray matter and resting-state functional MRI reveals common and shared biological markers across the psychosis spectrum in the B-SNIP cohort. Frontiers in Psychiatry (in press).

119. del Pino R, Peña J, Ibarretxe-Bilbao N, **Schretlen DJ**, Ojeda N. [Modified Wisconsin Card Sorting Test: normalization and standardization in Spanish population]. Revista de Neurologia 2016; 62 (5): 193-202.

120. Peña J, del Pino R, Ibarretxe-Bilbao N, **Schretlen DJ**, Ojeda N. [Perceptual Comparison Test of Salthouse: normalization and standardization in Spanish population]. Revista de Neurologia. 2016; 62(1): 13–22.

121. Coughlin JM, Wang Y, Ambinder E, Ward R, Minn I, Vranesic M, Kim P, Ford C, Higgs C, Hayes L, **Schretlen DJ**, Dannals RF, Kassiou, M, Sawa A, Pomper MG. In vivo markers of inflammatory response in recent onset schizophrenia: A combined study using [$^{11}$C]DPA-713 PET and analysis of CSF and plasma. Translational Psychiatry (in press).

## UNDER REVIEW & IN PREPARATION

1. **Schretlen DJ**, Varvaris M. The ubiquity of neuropsychological dysfunction in medicine.

2. **Schretlen DJ**, Ward RE, Callon W, Varvaris M, Eddey G, Gordon B, Harris JC, Jinnah HA. Neural substrates of self-injurious, aggressive, and disinhibited behaviors: Lesch-Nyhan disease as a model.

3. van Steenburgh JJ, Vannorsdall TD, Hernandez J, Gordon B, **Schretlen DJ**. A novel sham procedure to improve blinding to active transcranial direct current stimulation.

4. **Schretlen DJ,** Aretouli E, Gordon B, Ojeda N. Sex differences in manual dexterity asymmetry and cognition.

5. Varvaris, M, Gansler DA, Ward RE, Peechatka AL, **Schretlen DJ**. Thinking the Empire State Building is six million feet tall: The neural correlates of cognitive estimation.

6. Ward RE, Varvaris M, **Schretlen DJ**. Grey matter deficits in psychotic patients attempting suicide.

7. Aretouli E, Ojeda N, Gordon B, Vannorsdall TD, Buchholz AB, Pearlson GD, Lenz FA, **Schretlen DJ.** Further evidence on the neural basis of neuroticism and extraversion.

8. **Schretlen DJ,** Varvaris M, Kraut M, Buchholz AS, Gordon B. Putative compensatory neural structures of highly fluent adults with schizophrenia.

9. **Schretlen DJ,** Varvaris M, Unschuld PG, van Steenburgh JJ, Vannorsdall TD, Gordon B. Functional connectivity predicts response to tDCS brain stimulation in adults with schizophrenia and their first-degree relatives.

10. Reckess GZ, Varvaris M, Ho T, Testa SM, Gordon B, **Schretlen DJ.** How normal is "normal"? Within-person distributions of cognitive test performance by healthy adults.

11. Sullivan C, Varvaris M, Kueider AM, Onyike CU, Sair H, Gordon B., **Schretlen DJ.** Perseverative errors and neuroanatomic abnormalities in adults with schizophrenia.

12. Gansler DA, Varvaris M, **Schretlen DJ.** The use of neuropsychological tests to assess intelligence.

13. Coughlin JM, Tanaka T, Marsman A, Bonekamp S, Higgs C, Kim PK, Edwards JA, Varvaris M, Wang H, Posporelis S, Ma S, Tsujimura T, Edden R, Pomper MG, Sedlak T, Do K, **Schretlen DJ,** Cascella NG, Barker P, Sawa A. Reduction of peripheral glutathione in schizophrenia: its impact on brain glutamate and cognitive function.

14. van Steenburgh JJ, Varvaris M, O'Grady J, Hernandez JM, Vannorsdall TD, **Schretlen DJ,** Gordon B. Transcranial direct current stimulation improves working memory in adults with autism spectrum disorder.

15. Vannorsdall TD, **Schretlen DJ,** Jayatillake R, Skolasky RL, van Steenburgh JJ, Gordon B. A single session of transcranial direct current stimulation enhances cognition in healthy older adults.

16. van Steenburgh JJ, Varvaris M, O'Grady J, Vannorsdall TD, Gordon B, **Schretlen DJ.** Can transcranial direct current stimulation remediate abnormalities of resting state brain functional connectivity in autism?

17. van Steenburgh JJ, Hernandez JM, O'Grady J, **Schretlen DJ,** Gordon B. Evidence for the reliability of transcranial direct stimulation effects on working memory in adults with autism.


## BOOKS, BOOK CHAPTERS, TESTS, SOFTWARE & REVIEWS

1. **Schretlen D.** (1996). Dissimulation on the Rorschach and other projective tests. In R Rogers (Ed.), Clinical assessment of malingering and deception (2nd Edition). New York: Guilford Publications, Inc, pp. 208–222.

2. Cercy SP, **Schretlen D,** Brandt, J (1996). Differentiation of organic memory impairments from functional and dissimulated aberrations of memory. In R Rogers (Ed.), Clinical assessment of malingering and deception (2nd Edition). New York: Guilford Publications, Inc, pp. 85–107.

3. **Schretlen D.** (1997). The Brief Test of Attention professional manual. Odessa, Florida: Psychological Assessment Resources, Inc.

David J. Schretlen, Ph.D., ABPP (CN)                                                                          Page 20

4.  **Schretlen D.** (1997).  Catastrophic brain injury: new bases for optimism  Review of HS Levin,
    AL Benton, JP Muizelaar, & HM Eisenberg (Eds.), <u>Catastrophic brain injury</u> in <u>Contemporary
    Psychology</u>, <u>42</u>, 720–721.

5.  Harris JC, Wong DF, Jinnah HA, **Schretlen D,** Barker, P. (2002). Neuroimaging studies in
    Lesch–Nyhan syndrome and Lesch–Nyhan variants.  In SR Schroeder, ML Oster–Granite & T
    Thompson (Eds.), <u>Self–injurious behavior: Gene–brain–behavior relationships</u>. Washington,
    DC: American Psychiatric Association Books, pp. 269–278.

6.  Visser JE, **Schretlen DJ,** Harris JC, Jinnah HA. (2005). Lesch–Nyhan disease. In CR Reynolds
    & S Goldstein (Eds.), <u>Handbook of Neurodevelopmental and Genetic Disorders in Adults</u>. New
    York: Guilford Publications, Inc.

7.  Kingery LR, **Schretlen DJ.** (2007). Functional neuroimaging of deception and malingering. In
    K Boone (Ed.), <u>Assessment of feigned cognitive impairment: a neuropsychological perspective</u>.
    New York: The Guilford Press.

8.  **Schretlen DJ.**  The nature and significance of cognitive impairment in schizophrenia. <u>Advanced
    Studies in Medicine</u>. 2007; 7(3): 72–78.

9.  Vannorsdall TD, **Schretlen DJ.** (2010). Late-onset depression vs. dementia.  In JE Morgan, IS
    Baron & JH Ricker (Eds.), <u>Casebook of clinical neuropsychology</u>. New York: Oxford
    University Press.

10. **Schretlen DJ,** Testa SM, Pearlson GD. (2010). <u>Calibrated Neuropsychological Normative
    System professional manual</u>. Lutz, Florida: Psychological Assessment Resources, Inc.

11. **Schretlen DJ,** Vannorsdall TD. (2010). <u>Calibrated Ideational Fluency Assessment professional
    manual</u>. Lutz, Florida: Psychological Assessment Resources, Inc.

12. **Schretlen DJ.** (2010). <u>Modified Wisconsin Card Sorting Test professional manual</u>. Lutz,
    Florida: Psychological Assessment Resources, Inc.

13. Vannorsdall TD, **Schretlen DJ.** (2012). Late-onset schizophrenia. In Lisa D Ravdin & Heather
    L Katzen, <u>Clinical handbook on the neuropsychology of aging and dementia</u>. New York:
    Springer (pp. 487–500).

14. **Schretlen DJ,** Sullivan AC. (2013). Intra-individual variability in cognitive test performance. In
    S Koffler, J Morgan, IS Baron and M Greiffenstein (Eds.), <u>Neuropsychology science and
    practice, volume 1</u>. New York: Oxford University Press (pp. 39–60).

15. Gordon B, Livengood J, van Steenburgh JJ, Jayatillake R, Vannorsdall TD, **Schretlen DJ.**
    Transcranial direct current stimulation and language. In <u>International encyclopedia of the social
    and behavioral sciences, second edition</u>. Oxford: Elsevier (pp. 533–544).

## ABSTRACTS & NATIONAL/INTERNATIONAL PRESENTATIONS

1.  Scogin F, Hamblin D, **Schretlen D,** Corbishley A. (1985, August). <u>Bibliotherapy for depressed
    older adults; a self–help alternative</u>. Poster presented at the annual meeting of the American
    Psychological Association; Los Angeles, California.

David J. Schretlen, Ph.D., ABPP (CN)                                                                 Page 21

2.  **Schretlen D**, Bates J. (1991). Executive functions and psychosocial disability following traumatic brain injury. Proceedings and Abstracts of the Annual Meeting of the Eastern Psychological Association, 62, 8.

3.  **Schretlen D**, Bates J. (1991). Development of a handbook to detect malingering on the Bender Gestalt. Proceedings and Abstracts of the Annual Meeting of the Eastern Psychological Association, 62, 24.

4.  Benedict RHB, **Schretlen D**, Bobholz J. (1991). A comparison of three short forms of the WAIS–R. The Clinical Neuropsychologist, 5, 269.

5.  **Schretlen D**, Bobholz JH. (1992). Reliability and initial validation of a brief test of executive attentional ability. Journal of Clinical and Experimental Neuropsychology, 14, 65.

6.  **Schretlen D.** (1992). Accounting for variance in long term recovery from traumatic brain injury with executive abilities and injury severity. Journal of Clinical and Experimental Neuropsychology 14, 77.

7.  **Schretlen D**, Bobholz JH, Benedict RHB. (1992, August). How useful is WAIS–R profile analysis for predicting psychiatric diagnoses? Presented at the annual meeting of the American Psychological Association. Washington, D.C.

8.  **Schretlen D,** Benedict RHB, Bobholz JH. (1993). A short form of the WAIS–R may yield more reliable IQ scores than the complete battery. Journal of Clinical and Experimental Neuropsychology, 15, 63.

9.  **Schretlen D,** Neal J, Hochman S. (1993). An application of two psychometric tests to detect malingered mental illness in a forensic setting. Proceedings and Abstracts of the Annual Meeting of the Eastern Psychological Association, 64, 15.

10. Jayaram G, Samuels J, **Schretlen D.** (October 1993). Cognitive impairment and severe mental illness: Results from an inpatient sample. Presented at the 45th Institute on Hospital and Community Psychiatry.

11. **Schretlen D.** (February 1994). Personality characteristics of traumatic brain injury survivors. International Neuropsychological Society Twenty–Second Annual Meeting Program and Abstracts, p. 82.

12. Wilkins SS, Tanzy TS, **Schretlen D.** (February 1994). Detecting feigned insanity: A comparison of the Rey–Osterrieth Complex Figure and the Rey 15–Item Memory Test. International Neuropsychological Society Twenty–Second Annual Meeting Program and Abstracts, p. 54.

13. **Schretlen D**, DiCarlo M. (1994). The impact of affective illness, emotional distress, and personality on pain–related disability. Proceedings and Abstracts of the Annual Meeting of the Eastern Psychological Association, 65, 23.

14. Harris J, **Schretlen D**, Wong D. (October 1994). Reduced dopamine transporter binding and the Lesch–Nyhan behavioral phenotype. Paper presented at the Annual Meeting of the Academy of Child and Adolescent Psychiatry.

15. **Schretlen D,** Harris JC, Wong DF, DiCarlo MA. (1995). A preliminary study of cognition in Lesch–Nyhan disease. Journal of the International Neuropsychological Society, 1, 130.

16. Bylsma FW, Bobholz JH, **Schretlen D**, Correa DD. (1995). A brief, reliable approach to coding *how* subjects copy the Rey–Osterrieth Complex Figure (CFT). Journal of the International Neuropsychological Society, 1, 125.

17. **Schretlen D**, Correa DD, Slodzinski MT, DiCarlo MA. (1995). Learning, forgetting, and components of recognition memory in depressed vs. non-depressed elderly adults. Journal of the International Neuropsychological Society, 1, 167.

18. **Schretlen D**, Rexroad T. (1995). The contributions of age, speed of processing, and working memory to the development of deductive reasoning in children. Proceedings and Abstracts of the Eastern Psychological Association, 66, 22.

19. Maki PM, Smith Y, **Schretlen D**, Zubieta J, Brandt J, Zucar HA. (1996). Relations among estrogen, neuropsychological test performance and mood. Journal of the International Neuropsychological Society, 2, 32.

20. **Schretlen D**, Eaton E, Benedict RHB, Wynkoop T, Heitzman T. (1996). Affective distress and memory impairment in depressed vs. demented elderly adults. Journal of the International Neuropsychological Society, 2, 32–33.

21. Zubieta JK, Smith YR, Maki PM, Del Carmen MG, **Schretlen D**, Brandt J, et al. (1996). Mu opioid receptor binding in women: Relationship with neuropsychological testing scores. The Society of Nuclear Medicine 43rd Annual Meeting.

22. Carlson M, **Schretlen D**, Pearlson GD, Picarello KA, Honeycutt NA, Malach SA. (1996).The contributions of perceptual comparison speed and attentional shifting to age–related differences in learning and memory. Third Annual Meeting of the Society for Cognitive Neuroscience.

23. Harris JC, **Schretlen D**, Bryan N, Wong DF. (1996). Magnetic resonance imaging in Lesch–Nyhan disease: correlation of caudate nucleus volume and cognitive functioning. Society of Neuroscience 26th Annual Meeting Program, 55.

24. **Schretlen D**, Jayaram G, Maki P, Robinson H, de Villiers C. (1997). Functional correlates of neurocognitive deficits in adults with severe mental disorders. Journal of the International Neuropsychological Society, 3, 25.

25. Bylsma FW, Carlson MC, **Schretlen D**, Zonderman A, Resnick S. (1997). Rey–Osterrieth Complex Figure Test (CFT) Q–Score Performance in 328 healthy adults aged 20 to 94. Journal of the International Neuropsychological Society, 3, 70.

26. **Schretlen D**, Ojeda N, Honeycutt NA, Barta PE, Smith P, Pearlson GP. (1997). Brain size and intelligence in normal adults. Proceedings and Abstracts of the Eastern Psychological Association, 68, 15.

27. Ojeda N, **Schretlen D**, Arria A, Frederikse M, Honeycutt N, Barta P, Pearlson G. (1997). The contributions of age, education, and brain volume to fluid and crystallized intelligence. Fourth Annual Meeting of the Cognitive Neuroscience Society.

28. Park K, **Schretlen D**, Jayaram G, Abebe S, Robinson HJ. (May 1998). Determinants of everyday functional impairment in patients with severe mental illness. Tenth Annual Meeting of the American Psychological Society. Washington, D.C.

29.  **Schretlen D,** Pearlson G, Augustine A, Ojeda N. (May 1998). A model of cognitive aging that incorporates cognitive abilities and neuroanatomic differences. Tenth Annual Meeting of the American Psychological Society. Washington, D.C.

30.  Kitko V, **Schretlen D,** Murray R, Carlson M. (May 1998). Processing speed and lexical retrieval make independent contributions to design fluency. Tenth Annual Meeting of the American Psychological Society. Washington, D.C.

31.  Caulfield C, **Schretlen D,** Murray R, Kitko V. (May 1998). Openness correlates more strongly with crystallized intelligence than with divergent thinking. Tenth Annual Meeting of the American Psychological Society. Washington, D.C.

32.  Stone SV, **Schretlen D,** Langer C, Brandt J, Lenz FA. (May 1998). Pathology of dominant hemisphere predicts learning and memory deficits in Parkinson's disease. Tenth Annual Meeting of the American Psychological Society. Washington, D.C.

33.  **Schretlen D,** Park KS, Harris JC. (1998). Evidence of cognitive impairment in patients with partial HPRT deficiency. Fifth Annual Meeting of the Society for the Study of Behavioral Phenotypes.

34.  Park KS, **Schretlen D,** Harris JC. (1998). Personality trait characteristics of patients with Lesch–Nyhan Disease (LND). Fifth Annual Meeting of the Society for the Study of Behavioral Phenotypes.

35.  **Schretlen D,** Pearlson GD, Anthony JC. (1998). Normal differences in frontal and hippocampal volume contribute to cognitive aging. American College of Neuropsychopharmacology 37th annual meeting scientific abstracts.

36.  **Schretlen D,** Honeycutt N, Li Q, Anthony JC, Pearlson G. (1999). Explicit and working memory show different correlations with hippocampal and frontal lobe volumes in normal adults. Journal of the International Neuropsychological Society, 5, 113.

37.  Honeycutt N, **Schretlen D,** Li Q, Salter B, Pearlson G. (1999). Sex differences in hippocampal and amygdaloid volumes across the life span: A cross–sectional study. Journal of the International Neuropsychological Society, 5, 153.

38.  Kerenyi L, Ricaurte GA, **Schretlen D,** Park K, Matthews B, Ravert HT, et al. (1999). Clinical features and monoaminergic degeneration in Parkinson's diseaseBA PET study. Society for Neuroscience 29th Annual Meeting.

39.  Harris JC, Wong DF, Jinnah H, **Schretlen D,** Dannals R, et al. (1999). Dopamine transporter binding of WIN35,428 correlates with HPRT level and extent of movement disorder but not with self injurious behavior. Society for Neuroscience 29th Annual Meeting.

40.  **Schretlen D,** Pearlson GD, Marano N. (2000). Cognitive, neurologic, and neuroanatomic correlates of everyday functional independence among community–dwelling adults. Journal of the International Neuropsychological Society, 6, 178.

41.  Park KS, **Schretlen D,** Harris JC. (2000). Aberrant behaviors in Lesch–Nyhan disease. Proceedings and Abstracts of the Annual Meeting of the Eastern Psychological Association, 71, 21.

42.   Honeycutt NA, Li Q, Yates KO, Augustine A, **Schretlen D,** Barta PE, Pearlson GD. (2000). Gender differences in hippocampal, amygdaloid and frontal volumes across the lifespan: a cross–sectional study. Biological Psychiatry, 47, 98S.

43.   Waldeck TL, **Schretlen D,** Fontenot C. (2000). Self–rated symptoms of depression and learning/memory in elderly patients with dementia, depression, and dementia with depression. Proceedings and Abstracts of the Annual Meeting of the Eastern Psychological Association, 71, 9.

44.   Marano N, **Schretlen D,** Langley L. (2000). Improving inter–rater reliability of the Design Fluency Test. Proceedings and Abstracts of the Annual Meeting of the Eastern Psychological Association, 71, 17.

45.   Marsh L, Vaughan C, **Schretlen D,** Brandt J, Mandir A. (2000). Psychomotor aspects of mood disorders in Parkinson's disease. Society of Biological Psychiatry Annual Meeting.

46.   Harris JC, Jinnah HA, **Schretlen D,** O'Neill P, Lilyestrom JM, Yokoi F, Brasic J, Wong DF. (2000). A female case of Lesch–Nyhan Syndrome (LNS) with a normal twin: Clinical, neuropsychological and radiological findings. Society for Neuroscience 30th Annual Meeting.

47.   Strasser HC, Morris HM, Yates KO, **Schretlen D,** Pulver A, Barta P, et al. (2001). Ventricular volumes and memory in schizophrenia and bipolar persons. Biological Psychiatry, 49, 695.

48.   Pearlson GD, DePaulo JR, Potash JB, Strasser HC, Barta PE, Calhoun VD, Yates KO, Rivkin PR, Pulver AE, Miller E, **Schretlen D.** (2001). Schizophrenia and psychotic affective disorder: anatomic overlap? Biological Psychiatry, 49, 69S.

49.   Yates KO, Morris HM, Strasser HC, Honeycutt NA, Velasques D, Kurian E, Ashby ER, **Schretlen D,** Barta P, Calhoun V, Pearlson GD. (2001). Linear regression model of magnetic resonance imaging (MRI) measures of ventricular volume on age and sex in normal adults. Biological Psychiatry, 49, 95S.

50.   Wong DF, Endres C, Brašić J, Gay O, Ernst M, **Schretlen D,** Bonson K, Kimes AS, London ED. (2001). Changes in intrasynaptic dopamine induced by cocaine–related cues. Drug and Alcohol Dependence, 63, S172.

51.   **Schretlen DJ,** Munro CA, Pearlson GD. (2002). How much intra–individual variability in cognitive test performance is normal? Journal of the International Neuropsychological Society, 8, 157.

52.   **Schretlen DJ,** Kerenyi L, Lilyestrom JM, Ricaurte GA, McCann U, Aleksic A, Matthews WB, Szabo Z. (2002). Clinical correlates of dopamine and serotonin transporter binding in PD. Journal of the International Neuropsychological Society, 8, 316–317.

53.   Diaz–Asper CM, **Schretlen DJ,** Lilyestrom JM, Pearlson GD. (2002). How well does IQ predict neuropsychological test performance in normal adults? Journal of the International Neuropsychological Society, 8, 147–148.

54.   Horská A, Brandt J, **Schretlen D,** Kawas C, Barker PB. (2002). Proton MRSI study of normal aging: Correlations with neuropsychological test scores. International Society for Magnetic Resonance in Medicine.

David J. Schretlen, Ph.D., ABPP (CN)                                                    Page 25

55.  Strasser HD, Honeycutt NA, **Schretlen DJ**, DePaulo JR, Pulver AE, Anthony JC, et al. (2002). Amygdala volumes in psychotic versus nonpsychotic bipolar disorder and schizophrenia. Biological Psychiatry, 51, 139–140S.

56.  **Schretlen DJ,** Munro CA, Meyer S, Pearlson GD. (2003). Using the NART to "postdict" IQ scores obtained five years earlier. Journal of the International Neuropsychological Society, 9, 157.

57.  Assaf M, Yassa MA, Pearlson GD, **Schretlen DJ.** (2003). Demographic and cognitive correlates of performance on the Iowa Gambling Task in a community sample of adults. Proceedings and Abstracts of the Annual Meeting of the Eastern Psychological Association, 74, 28.

58.  Scott DJ, Yassa MA, Honeycutt N, Pearlson GD, **Schretlen DJ.** (2003). A voxel–based morphometric analysis of normal adults age– and sex–differences in neuroanatomy. Proceedings and Abstracts of the Annual Meeting of the Eastern Psychological Association, 74, 28.

59.  Meyer SM, Munro CA, Pearlson GD, **Schretlen DJ.** (2003). Do premorbid IQ estimates improve the diagnostic accuracy of neuropsychological tests for dementia? Proceedings and Abstracts of the Annual Meeting of the Eastern Psychological Association, 74, 28

60.  **Schretlen DJ,** Sadler C, Meyer, SM, Pearlson GD. (2003). Age, confidence, and memory test performance account for individual differences in the accuracy with which eyewitnesses remember a staged crime. Proceedings and Abstracts of the Annual Meeting of the Eastern Psychological Association, 74, 28–29.

61.  Yassa MA, Kweku J, Scott D, Honeycutt N, Rivkin P, Pearlson GD, **Schretlen DJ.** (2003). Cognitive and neuroanatomic correlates of schizoid personality traits in an adult community sample. Proceedings and Abstracts of the Annual Meeting of the Eastern Psychological Association, 74, 28.

62.  Newell A, Munro CA, Meyer S, **Schretlen DJ.** (2003). Functional ability and insight: The role of depression and cognitive functioning. Proceedings and Abstracts of the Annual Meeting of the Eastern Psychological Association, 74 suppl, 13.

63.  Caballero, P, Meyer, S.M, Pearlson GD, **Schretlen DJ.** (2003). Neuroanatomic differences associated with normal aging and performance on the Wisconsin Card Sorting Test in an adult community sample. Proceedings and Abstracts of the Annual Meeting of the Eastern Psychological Association, 74 suppl, 13–14.

64.  Wong DF, Lee JS, Zhou Y, Brašić J, Alexander M, Dogan S, **Schretlen D,** Kimes A, Ernst M, Jasinski D, London ED. (2003). Cue induced cocaine craving and dopamine release: Methodology and correlates. Journal of Nuclear Medicine, 44 (suppl 5), 67P.

65.  Strasser HC, Kim A, Rao V, **Schretlen D,** Cascella N. (March 2003). MRI study of basal ganglia volume in deficit schizophrenia and apathy induced by traumatic brain injury. The International Congress on Schizophrenia Research. Colorado City, Colorado.

66.  Cascella NG, Diaz–Asper C, Rao V, Kim A, Meyer S, Strasser HC, Pearlson G, **Schretlen D.** (March 2003). Neuropsychological impairments in deficit schizophrenia and apathy after traumatic brain injury. The International Congress on Schizophrenia Research. Colorado City, Colorado.

David J. Schretlen, Ph.D., ABPP (CN)                                                          Page 26

67.  Ojeda N, **Schretlen DJ,** Apalategui E, Pearlson G. Cross cultural equivalence of two tests of attention. <u>Journal of the International Neuropsychological Society</u>. 2004; <u>10</u>(S1): 86.

68.  Buffington A, Meyer S, Graham P, **Schretlen D.** A limitation in using the NART–R to predict neuropsychological test performance. <u>Journal of the International Neuropsychological Society</u>. 2004; <u>10</u>(S1): 102.

69.  Meyer S, Baerwald J, Johnson–Greene D, **Schretlen D.** Correlates of return to work following stroke. <u>Journal of the International Neuropsychological Society</u>. 2004; <u>10</u>(S1): 93.

70.  Caballero P, Cascella N, Rao V, Pearlson G, **Schretlen D.** Cognitive correlates of striatal volume reductions in schizophrenia. <u>Journal of the International Neuropsychological Society</u>. 2004; <u>10</u>(S1): 149.

71.  Kingery L, Langley L, Marano N, **Schretlen D.** Hippocampal volume asymmetry correlates with word vs. design fluency in normal adults. <u>Journal of the International Neuropsychological Society</u>. 2004; <u>10</u>(S1): 30.

72.  **Schretlen D,** Shapiro, A. Use of meta–analysis to estimate cognitive domain–specific recovery following TBI. <u>Journal of the International Neuropsychological Society</u>. 2004; <u>10</u>(S1): 174.

73.  Rao V, Spiro JR, **Schretlen DJ,** Meyer SM, Cascella N (2004). Comparisons between deficit schizophrenia and post–TBI apathy.

74.  Kingery LR, **Schretlen DJ,** Graham S, Meyer S, Pearlson GD. (2004). Demographic and cognitive predictors of letter and category fluency. <u>Proceedings and Abstracts of the Annual Meeting of the Eastern Psychological Association</u>, <u>75</u>, 26.

75.  Meyer SM, Kingery LR, Graham S, Pearlson GD, **Schretlen DJ.** (2004). Does the Cognitive Estimation Test measure executive functioning? <u>Proceedings and Abstracts of the Annual Meeting of the Eastern Psychological Association [Addit.]</u>, <u>75</u>, 15.

76.  Jinnah HA, Visser JE, Torres RJ, Puig JG, **Schretlen DJ,** Harris JC. (2004). The motor disorder of variant Lesch–Nyhan disease. <u>Movement Disorders</u>, <u>19 [Supp]</u>, S87.

77.  Jinnah HA, Harris JC, **Schretlen DJ,** Torres RJ, Puig JG, Wong DF. (2004). PET imaging reveals profound loss of dopamine transporters in Lesch–Nyhan disease and its variants. <u>Movement Disorders</u>, <u>19 [Supp]</u>, s384.

78.  Wong DF, Brasic J, Singer H, Kumar A, Kuwabara H. Zhou Y, Ye W, Alexander M, **Schretlen D.** (2004). Pre, post, and intrasynaptic PET measures of the dopamine and serotonin systems in Tourette syndrome. <u>Neuropsychopharmacology</u>, <u>29</u>(1), S198.

79.  Munro CA, **Schretlen DJ,** Meyer SM, Pearlson GD. (2004). Alcoholics and non–alcoholics are indistinguishable on cognitive and structural brain measures. <u>Alcoholism Clinical and Experimental Research</u>, <u>28 [Supp]</u>, 19A.

80.  **Schretlen DJ.** (October, 2004). Quantitative structural neuroimaging in schizophrenia. Symposium presentation at VIII National Psychiatric Congress. Bilbao, Spain.

81.  Inscore A, **Schretlen DJ.** Serum uric acid and cognitive functioning in a community sample. <u>Journal of the International Neuropsychological Society</u>. 2005; <u>11</u>(S1): 66.

82.   Buffington AL, **Schretlen DJ.** Discrepancies in self– vs. informant–rated neuroticism and openness correlate with psychosocial outcome following TBI. Symposium presentation. <u>Journal of the International Neuropsychological Society</u>. 2005; <u>11</u>(S1): 70.

83.   Kingery LR, Sateri S, **Schretlen DJ.** Word and design fluency constitute a distinct cognitive factor. <u>Journal of the International Neuropsychological Society</u>. 2005; <u>11</u>(S1): 80.

84.   Sateri S, Kingery LR, Langley LK, Meyer SM, **Schretlen DJ.** Inter–rater and test–retest reliability of the Design Fluency Test. <u>Journal of the International Neuropsychological Society</u>. 2005; <u>11</u>(S1): 80.

85.   Lu L, Yun J, Meyer SM, **Schretlen DJ.** Inter–rater reliability, construct validity, and normative data for the clock drawings of normal adults. <u>Journal of the International Neuropsychological Society</u>. 2005; <u>11</u>(S1): 80.

86.   Meyer SM, Kingery LR, Yun J, Axelrod BN, Pearlson GD, **Schretlen DJ.** A voxel–based morphometric investigation of cognitive estimation in healthy adults. <u>Journal of the International Neuropsychological Society</u>. 2005; <u>11</u>(S1): 118.

87.   Kingery LR, Meyer SM, Cascella NG, Yun J, Pearlson GD, **Schretlen DJ.** A voxel–based morphometric study and gray matter concentration in patients with schizophrenia and healthy adults. <u>Journal of the International Neuropsychological Society</u>. 2005; <u>11</u>(S1): 176.

88.   Wong DF, Brašić J, Kuwabara H, Zhou Y, **Schretlen D,** Kumar, A, et al. (2005). Abnormalities of dopamine and serotonin neuroreceptors documented with PET in Tourette syndrome. <u>Journal of Nuclear Medicine</u>, <u>48</u>, 182P.

89.   Cascella NG, Kingery LR, Meyer SM, Pearlson GD, **Schretlen DJ.** (2005). Neuropsychological functioning in deficit vs. nondeficit schizophrenia. <u>Schizophrenia Bulletin</u>, <u>31</u>, 320.

90.   Meyer SM, Cascella N, Kingery LR, Pearlson GD, **Schretlen DJ.** (2005). Does the Cognitive Estimation Test measure executive functioning schizophrenia and bipolar disorder? <u>Schizophrenia Bulletin</u>, <u>31</u>, 335.

91.   **Schretlen DJ,** Cascella NG, Meyer SM, Kingery LR, Munro CA, Rivkin P, Rao V, Diaz–Asper, CM, Pulver AE, Pearlson GD. (2005). <u>Schizophrenia Bulletin</u>, <u>31</u>, 343.

92.   Kingery LR, Cascella NG, Meyer SM, Pearlson GD, **Schretlen DJ.** (2005). A voxel–based morphometric study the correlation between gray matter concentration and symptom severity in schizophrenia. <u>Schizophrenia Bulletin</u>, <u>31</u>, 395–396.

93.   Cascella NG, Kingery LR, Meyer SM, Kuzu C, Newell A, Mushtaq Y, Stallings C, Dickerson F, Boronow J, Yolken R, **Schretlen DJ.** Viral markers and brain structure features in schizophrenia: A voxel-based morphometry study. 35th Annual Meeting of the Society for Neuroscience. Washington, DC (November 2005).

94.   Meyer SM, Kingery LR, Pearlson GD, **Schretlen DJ.** (2006). Combining word–reading and demographics to predict neuropsychological test performance. <u>Journal of the International Neuropsychological Society</u>. 2006; <u>12</u>(S1): 35.

95.  Vannorsdall TD, Assaf, M, Pearlson GD, **Schretlen DJ.** Demographic and neuropsychological correlates of Iowa Gambling Task performance in healthy adults. Journal of the International Neuropsychological Society. 2006; 12(S1): 34.

96.  Yun J, Kingery LR, Lu L, Meyer SM, **Schretlen DJ.** Clock drawing to detect cognitive versus functional impairment in elderly adults. Journal of the International Neuropsychological Society. 2006; 12(S1): 36.

97.  **Schretlen DJ,** Kingery LR, Meyer SM, Jinnah HA, Mushtaq Y, Kuzu CH, Harris JC. Quantitative structural brain abnormalities in Lesch–Nyhan disease and its variants. Journal of the International Neuropsychological Society. 2006; 12(S1): 132.

98.  Inscore AB, Vannorsdall TD, Kraut M, Pearlson GD, **Schretlen DJ.** Serum uric acid and aggregate volume of cerebral white matter hyperintensities. Journal of the International Neuropsychological Society. 2006; 12(S1): 154.

99.  Manning K, Kingery LR, Kuzu CH, Meyer SM, **Schretlen DJ.** Construct validity of a recency discrimination task in healthy adults. Journal of the International Neuropsychological Society. 2006; 12(S1): 172.

100. Vannorsdall TD, Kraut M, Kingery LR, Stern S, Waldstein SR, Pearlson GD, **Schretlen DJ.** Relationship of white matter hyperintensity volumes with cognitive function in a community sample. Journal of the International Neuropsychological Society. 2006; 12(S1): 199–200.

101. Testa SM, **Schretlen DJ.** (2006). The frequency of abnormal neuropsychological test performance following demographic adjustment in healthy adults. The Clinical Neuropsychologist, 20, 207.

102. Testa SM, **Schretlen DJ.** (2006). Diagnostic utility of regression–based norms in schizophrenia. The Clinical Neuropsychologist, 20, 206.

103. van der Hulst EJ, Gordon B, Pearlson GD, **Schretlen DJ.** Trait openness correlates more highly with crystallized intelligence than with executive functioning. Journal of the International Neuropsychological Society. 2007; 13(S1): 23.

104. Meyer SM, Gordon B, **Schretlen DJ.** Preliminary results of measures designed to increase the accuracy and range of premorbid IQ estimates. Journal of the International Neuropsychological Society. 2007; 13(S1): 109.

105. Winicki JM, Gordon B, van der Hulst EJ, **Schretlen DJ.** Psychometric properties and initial validation of the Mental Status Exam–Telephone Version (MSE–TV). Journal of the International Neuropsychological Society. 2007; 13(S1): 112.

106. **Schretlen DJ,** van der Hulst EJ, Pearlson GD, Gordon B. Development and properties of two equivalent short forms of the Beery VMI. Journal of the International Neuropsychological Society. 2007; 13(S1): 112.

107. van der Hulst EJ, Gordon B, Pearlson GD, **Schretlen DJ.** Cognitive and neuroanatomic determinants of visual-motor integration. Journal of the International Neuropsychological Society. 2007; 13(S1): 255.

108. Brašić JR, Wong DF, Singer HS, Kumar A, Kuwabara H, Zhou Y, Ye W, Alexander M, **Schretlen DJ,** Nandi A, Gjedde AH, Grace AA. The absence of a sex difference in Tourette's syndrome for dopamine release in the right ventral striatum. 54th Annual Meeting of the Society of Nuclear Medicine. Washington, DC (June 2007).

109. Kuwabara H, **Schretlen D,** Kumar A, Brašić J, Ye W, Nandi A, Wong DF. Attention of dopamine system in attention to novel visual stimuli as revealed by [11C]Raclopride PET scans. 54th Annual Meeting of the Society of Nuclear Medicine. Washington, DC (June 2007).

110. Vannorsdall TD, Kingery LR, Rao, V, **Schretlen DJ.** Cerebral white matter atrophy and cognitive dysfunction following traumatic brain injury. 115th Annual Convention of the American Psychological Association. San Francisco, California (August 2007).

111. Vannorsdall TD, Jinnah HA, Gordon B, Kraut M, Inscore A, **Schretlen DJ.** Cerebral ischemia mediates the serum uric acid and cognition association. 132nd Annual Meeting of the American Neurological Association. Washington, D.C. (October 2007).

112. **Schretlen DJ,** Testa SM, Winicki JM, Gordon B. Abnormal neuropsychological test performance by normal healthy adults. Journal of the International Neuropsychological Society. 2008; 14(S1): 1.

113. **Schretlen DJ,** Winicki JM, Vannorsdall TD, Meda SA, Pearlson GD, Gordon B. Voxel-based morphometric analysis of Iowa Gambling Task performance in healthy adults. Journal of the International Neuropsychological Society. 2008; 14(S1): 191.

114. Winicki JM, Gordon B, Pearlson GD, **Schretlen DJ.** Reliability, validity and normative data for the Hopkins Ideational Fluency Battery. Journal of the International Neuropsychological Society. 2008; 14(S1): 194.

115. Vannorsdall TD, Rao V, Winicki JM, Gordon B, **Schretlen DJ.** A voxel-based morphometry analysis of neuroanatomic abnormalities in traumatic brain injury. Journal of the International Neuropsychological Society. 2008; 14(S1): 241.

116. **Schretlen DJ,** Pearlson GD, Gordon B. Structural neuroimaging and the contribution of brain reserve to cognitive aging. Journal of the International Neuropsychological Society. 2008; 14(S1): 127.

117. Griss ME, **Schretlen DJ,** Pearlson GD. (2008). Factors associated with performance of complex tasks of daily living in community-living older adults. American Association for Geriatric Psychiatry, Orlando, FL.

118. Christman A, Vannorsdall T, Hill-Briggs F, **Schretlen DJ.** (2008). Cognition, Self-Care Behavior, and Cerebral Reserve in Older Adults with Diabetes. Diabetes, (in press).

119. Vannorsdall TD, Winicki JM, Gordon B, **Schretlen DJ.** (2008). Grey and white matter correlates of intelligence in healthy adults. The Clinical Neuropsychologist. 2008, 22(3): 433.

120. Winicki JM, Meda SA, Gordon B, Pearlson GD, **Schretlen DJ.** (2008). Abnormal neuropsychological performance by healthy adults does not correlate with gray matter abnormalities on brain imaging. The Clinical Neuropsychologist. 2008, 22(3): 434.

David J. Schretlen, Ph.D., ABPP (CN)                                                                      Page 30

121. Ledoux K, Vannorsdall TD, Pickett R, Fieldstone SC, **Schretlen DJ,** Gordon B. Development, reliability, and construct validity of a new approach to analyzing qualitative aspects of speeded lexical retrieval. <u>Journal of the International Neuropsychological Society</u> 2009; <u>15</u>(S1): 121.

122. Munro CA, Winicki JM, **Schretlen DJ,** Zhang L, Turano KA, Munoz B, Keay L, Gower EW, Bandeen-Roche K, West S. Sex differences in cognitive test performance persist into old age. <u>Journal of the International Neuropsychological Society</u> 2009; <u>15</u>(S1): 16.

123. Peña J, Cascella NG, Rao V, Ojeda del Pozo N, Pearlson GD, **Schretlen DJ.** Confirmatory factor analysis reveals a latent cognitive structure common to schizophrenia, bipolar disorder, and unaffected adults. <u>Journal of the International Neuropsychological Society</u> 2009; <u>15</u>(S1): 221–222.

124. Peña J, Ojeda del Pozo N, Pearlson GD, **Schretlen DJ.** Do performance differences on the Trail Making Test and Brief Test of Attention in Spain vs. the USA reflect culture or neurology? <u>Journal of the International Neuropsychological Society</u> 2009; <u>15</u>(S1): 24.

125. Vannorsdall TD, Pearlson GD, Gordon B, **Schretlen DJ.** White and grey matter correlates of processing speed in healthy adults. <u>Journal of the International Neuropsychological Society</u> 2009; <u>15</u>(S1): 29.

126. Sadleir RJ, Vannorsdall TD, **Schretlen DJ,** Gordon B. Transcranial direct current stimulation (tDCS): Predicted current densities in a realistic head model. <u>Annals of Neurology</u> 2009; <u>16</u>(S1): S42.

127. Sung K, Ledoux K, Pickett EJ, Vannorsdall TD, Fieldstone SC, **Schretlen DJ,** Gordon B. Verbal fluency and its semantic basis: A latent semantic analysis. <u>Annals of Neurology</u> 2009; <u>16</u>(S1): S42.

128. Vannorsdall TD, Ledoux K, Pickett EJ, Fieldstone SC, Gordon B, **Schretlen DJ.** Different neuroanatomic correlates of phonemic and semantic fluency in healthy adults. <u>Annals of Neurology</u> 2009; <u>16</u>(S1): S44.

129. Pickett EJ, Ledoux K, Vannorsdall TD, Sung K, Fieldstone SC, **Schretlen DJ,** Gordon B. Production time differences as evidence for automatic vs. controlled word selection processes. <u>Annals of Neurology</u> 2009; <u>16</u>(S1): S42.

130. Peña J, **Schretlen DJ,** Ojeda N, Sánchez P, Elizagárate E, Ezcurra J, Gutiérrez M. CFA confirmation of a latent cognitive structure common to Spanish and North American patients with schizophrenia. <u>Journal of the International Neuropsychological Society</u> 2009; <u>15</u>(S2): 21–22.

131. Sung K, Ledoux K, Pickett E, Fieldstone S, Vannorsdall TD, **Schretlen DJ,** Gordon B. Semantic representations in healthy adults and persons with schizophrenia. Presented at the 50th Annual Meeting of the Psychonomic Society, Boston, MA (November 2009).

132. Vannorsdall TD, Rao V, Cascella NG, Gordon B, **Schretlen DJ.** A morphometric analysis of neuroanatomic correlates of cognitive dysfunction following traumatic brain injury. <u>Journal of the International Neuropsychological Society</u> 2010; <u>16</u>(S1): 218.

133. Fieldstone SC, Vannorsdall TD, Gordon B, **Schretlen DJ.** Validation of the 15-item Geriatric Depression Scale for clinical use with young and middle-aged adults. Journal of the International Neuropsychological Society 2010; 16(S1): 41.

134. Vannorsdall TD, Fieldstone SC, Kedoux K, Pickett E, Gordon B, **Schretlen DJ.** Neuroanatomic correlates of automatic and controlled processes in verbal fluency. Journal of the International Neuropsychological Society 2010; 16(S1): 84.

135. Testa SM, **Schretlen DJ.** The impact of test score adjustment in neuropsychiatric disorders. Journal of the International Neuropsychological Society 2010; 16(S1): 187–188.

136. Fieldstone SC, Vannorsdall TD, Lassen-Greene C, Gordon B, **Schretlen DJ.** Clinical use of the Geriatric Depression Scale (GDS-15) in young and middle-aged adults with bipolar disorder. The Archives of Clinical Neuropyschology 2010; 25(6): 555.

137. Riccio C, Banville F, **Schretlen D,** Wahlberg A, Vannorsdall T, Yoon H, Sung K, Simek A, Gordon B, Vaughn C. Use of the Continuous Performance Test, Go/No-Go, and Stop Signal tasks with high functioning autism/Asperger. The Archives of Clinical Neuropsychology 2010; 25(6): 578.

138. Sung K, Ledoux K, Pickett EJ, Vannorsdall TD, Fieldstone SC, Gordon B, **Schretlen DJ.** (November 2010). Deficit in semantic clustering of clustering of category examples generated by people with bipolar disorder. Presented at the 51st Annual Meeting of the Psychonomic Society, St. Louis, MO (November 2010).

139. Gordon B, Vannorsdall TD, Ledoux K, Pickett EJ, Andrejczuk M, Sung K, **Schretlen DJ.** Transcranial direct current stimulation modifies automatic and controlled verbal fluency. 2nd Annual Neurobiology of Language Conference. San Diego, CA (November 2010).

140. Sung K, Ledoux K, Pickett EJ, Vannorsdall TD, Fieldstone, S, Gordon B, **Schretlen DJ.** Semantic deficits in category fluency in schizophrenia and bipolar disorder. 40th Annual Meeting of the Society for Neuroscience. San Diego, CA (November 2010).

141. Ishizuka K, Kano S-I, Colantuoni C, **Schretlen D,** Cascella NG, Sawa A. Neuronal biomarkers for schizophrenia: Stress-associated molecules and clinical phenotypes. 40th Annual Meeting of the Society for Neuroscience. San Diego, CA (November 2010)

142. Gerner G, Vannorsdall TD, Buchholz AS, **Schretlen DJ.** The contribution of processing speed to neurocognitive deficits associated with schizophrenia. Journal of the International Neuropsychological Society 2011; 17(S1): 27.

143. Aretouli E, Vannorsdall TD, Ho T, Pearlson GD, Gordon B, **Schretlen DJ.** The neural substrates of personality: A voxel-based morphometry study of the big five personality traits. Journal of the International Neuropsychological Society 2011; 17(S1): 56.

144. Ward J, Fieldstone SC, Lassen-Greene C, **Schretlen DJ.** Cerebellar gray matter volume and divided attention/working memory in patients with schizophrenia. Journal of the International Neuropsychological Society 2011; 17(S1): 56.

David J. Schretlen, Ph.D., ABPP (CN)                                                    Page 32

145. Vannorsdall TD, Carlson M, Yu Q, **Schretlen DJ**. Serum uric acid and mild cognitive dysfunction in the Women's Health and Aging Study-II. Journal of the International Neuropsychological Society 2011; 17(S1): 262.

146. Vannorsdall TD, Gordon B. Sung K, Pickett EJ, Lassen-Greene C, Andrejczuk M, Weaver JR, VanDroof L, **Schretlen DJ**. Transcranial direct current stimulation modified processing speed in healthy adults. Journal of the International Neuropsychological Society 2011; 17(S1): 163.

147. Vannorsdall TD, Gordon B, Ledoux K, Sung K, Pickett EJ, Andrejczuk M, Lassen-Greene C, Weaver JR, VanDroof L, **Schretlen DJ**. Altering automatic verbal processes with transcranial direct current stimulation. Journal of the International Neuropsychological Society 2011; 17(S1): 163.

148. Munro CA, **Schretlen DJ,** & Smith GS. The influence of age on sex differences in cognitive test performance and on indices of serotonin function. Journal of the International Neuropsychological Society 2011; 17(S1): 228.

149. **Schretlen DJ.** Threats to the validity of inference in neuropsychology and novel methods of practice to help overcome them. The Clinical Neuropsychologist 2011; 25(4): 509–510.

150. Sheng Xi, **Schretlen DJ.** Practice effects over test-retest intervals of 4 to 8 years. The Clinical Neuropsychologist 2011; 25(4): 566.

151. Gerner G, Vannorsdall TD, Buchholz A, Ho T, Lassen-Greene CL, Thaker GK, **Schretlen DJ.** Neurocognitive correlates of thought disorder in schizophrenia. The Clinical Neuropsychologist 2011; 25(4): 533.

152. Buchholz A, Ho T, Lassen-Greene CL, Gerner G, Vannorsdall TD, Thaker GK, **Schretlen DJ.** Ideational fluency in schizophrenia probands, their first-degree relatives, and unrelated healthy controls. The Clinical Neuropsychologist 2011; 25(4): 522.

153. Morvan Campbell, CI, Gansler DA, Jerram MW, Vannorsdall TD, **Schretlen DJ.** Alternative versus conventional metrics to measure performance on the Iowa Gambling Task. The Clinical Neuropsychologist 2011; 25(4): 552.

154. Sung K, Pickett EJ, Ledoux K, Vannorsdall TD, Elsayed M, Billings NM, Silva J, **Schretlen DJ,** Gordon B. Differences in time interval distributions reveal controlled and automatic contributions to cued word retrieval. Annual Meeting of the American Neurological Association (October 2011) San Diego, California.

155. Bosley LV, Vannorsdall TD, Andrejczuk M, Reese K, **Schretlen DJ,** Gordon B. Transcranial direct current stimulation speeds up automatic word retrieval. Neurobiology of Language Conference (November 2011) Annapolis, Maryland.

156. Visser JE, **Schretlen DJ,** Clif L, Jinnah HA. Patient reported outcomes of deep brain stimulation for Lesch-Nyhan disease (under review).

157. Sung K, Vannorsdall TD, Ledoux K, Pickett EJ, Gordon B, **Schretlen DJ.** A clustering analysis of semantic associations among letter-cued word fluency productions by healthy adults. Journal of the International Neuropsychological Society 2012; 18(S1): 52–53.

David J. Schretlen, Ph.D., ABPP (CN)

158. Vannorsdall TD, Forbes CR, Schretlen CF, Smith K, Gordon B, **Schretlen DJ.** Normative data for an expanded qualitative verbal fluency scoring system. Journal of the International Neuropsychological Society 2012; 18(S1): 78.

159. Weaver JR, Vannorsdall TD, Smith KM, Schretlen CF, Forbes CR, Gordon B, **Schretlen DJ.** Neuroanatomic correlates of clustering on verbal fluency tasks in healthy adults. Journal of the International Neuropsychological Society 2012; 18(S1): 52.

160. Bosley LV, Vannorsdall TD, Reese K, Gordon B, **Schretlen DJ.** Spectrographically-aided measures of inter-word intervals provide support for an expanded assessment of clustering on verbal fluency tasks. Journal of the International Neuropsychological Society 2012; 18(S1): 203).

161. Buchholz AS, Takayanagi Y, Ho T, Gerner GJ, Vannorsdall TD, Thaker GK, **Schretlen DJ.** Word and Design Fluency Show Different Patterns of Association with Cortical Thickness in Adults with Schizophrenia and Healthy Controls.  Journal of the International Neuropsychological Society 2012; 18(S1): 114.

162. Andrejczuk MA, Vannorsdall TD, Weaver JR, Bosley LV, Reese K, Gordon B, **Schretlen DJ.** Amperage and electrode placement contribute to the detection of active transcranial direct current stimulation (tDCS). Journal of the International Neuropsychological Society 2012; 18(S1): 202.

163. Murphy-Bowman SC, Andrejczuk MA, Ho T, Gerner GJ, Gordon B, Jinnah HA, **Schretlen DJ.** Personality characteristics of adults with autism and Lesch-Nyhan disease. Journal of the International Neuropsychological Society 2012; 18(S1): 123.

164. Gerner GJ, Ho T, Vannorsdall TD, Buchholz AS, Harris JC, Jinnah HA, **Schretlen DJ.** Predictors of self-injurious behavior in Lesch-Nyhan disease: Evidence of maladaptive sensation-seeking? Journal of the International Neuropsychological Society 2012; 18(S1): 121-122.

165. Ho T, Takayanagi Y, Gerner GJ, Buchholz AS, Vannorsdall TD, Harris JC, Jinnah HA, **Schretlen DJ.** Cognitive and anatomic brain differences in a female monozygotic twin pair discordant for Lesch-Nyhan disease. Journal of the International Neuropsychological Society 2012; 18(S1): 122.

166. McEntee ML, Vannorsdall TD, Schretlen CF, Smith KM, Forbes CR, Gordon B, **Schretlen DJ.** Cognitive correlates of qualitative aspects of verbal fluency performance. Journal of the International Neuropsychological Society 2012; 18(S1): 52.

167. Sheng X, Buchholz AS, **Schretlen DJ.** Correlates of work stability over the preceding year in outpatients with severe mental illness and healthy adults. Journal of the International Neuropsychological Society 2012; 18(S1): 289.

168. Unschuld PG, Buchholz, Varvaris M, Choe A, van Zijl PCM, Ross CA, Pekar JJ, Pearlson GD, Thaker GK, **Schretlen DJ.** Attention-related functional network integrity in patients with schizophrenia and their first-degree relatives. 67th Annual Scientific Convention of the Society for Biological Psychiatry (May 2012) Philadelphia, Pennsylvania.

David J. Schretlen, Ph.D., ABPP (CN)                                                                            Page 34

169. Unschuld PG, Liu X, Joel SE, Shanahan M, Margolis RL, Bassett SS, **Schretlen DJ,** Reading SA, Bakker A, van Zijl PCM, Pekar JJ, Ross CA. Executive function related network integrity and structural brain changes in early Huntington's Disease. 67th Annual Scientific Convention of the Society for Biological Psychiatry (May 2012) Philadelphia, Pennsylvania.

170. van Steenburgh JJ, Bosley LV, Vannorsdall TD, Reese K, Andrejczuk M, **Schretlen DJ,** Gordon B. Transcranial direct current stimulation of left dorsolateral prefrontal cortex speeds controlled word retrieval during verbal fluency. 19th Annual Meeting of the Cognitive Neuroscience Society (April 2012).

171. Sung K, McEntee M, **Schretlen DJ**, Gordon B. The effect of transcranial direct current stimulation on visual search reaction time. 42nd Annual Meeting of the Society for Neuroscience (October 2012).

172. Weaver, J.R., Varvaris, M., Gordon, B. **Schretlen, D.J.** Neuroanatomic correlates of verbal fluency in schizophrenia. Society for the Neurobiology of Language Conference (October 2012) San Sebastian, Spain.

173. **Schretlen, D.J.**, Varvaris, M., Unschuld, P.G., van Steenburgh, J.J., Vannorsdall, T.D., Gordon, B. Cerebral functional connectivity predicts effect of transcranial direct current stimulation on working memory in schizophrenia. Society for the Neurobiology of Language Conference (October 2012) San Sebastian, Spain.

174. van Steenburgh, J.J., Varvaris, M., Vannorsdall, T.D., Gordon, B., **Schretlen, D.J.** The use of transcranial direct current stimulation to enhance lexical retrieval and working memory in schizophrenia. Society for the Neurobiology of Language conference (October 2012) San Sebastian, Spain.

175. **Schretlen, D.**, Weaver, J., Buchholz, A., Gordon, B. Cognitive dysfunction as an intermediate phenotype of genetic susceptibility to schizophrenia. Archives of Clinical Neuropsychology 2012; 27: 645–646.

176. Reckess, G., Ho, T., Testa, M., Gordon, B., **Schretlen, D.** How are the cognitive test scores of healthy adults distributed? Archives of Clinical Neuropsychology 2012; 27: 660.

177. Wong DF, Brasic JR, Nandi A, Zaidi E, Raymont V, Kuwabara H, Zhou Y, Nestadt G, **Schretlen D**, Mathur A, Gean EG, Gjedde A, Grace AA, Singer H. Dopamine release and serotonin interactions in Tourette's syndrome: new relations to obsessive compulsive Disorder. Journal of Cerebral Blood Flow and Metabolism 2012; 32: S96–S97.

178. Gerner GG, Takayanagi Y, Ho TE, Buchholz A, Varvaris M, Vannorsdall TD, Harris JA, Jinnah HA, **Schretlen DJ.** Cortical thickness abnormalities in Lesch-Nyhan disease. Journal of the International Neuropsychological Society 2013; 19(S1): 276.

179. Gerner GG, Murphy-Bowman A, Ho TE, Vannorsdall TD, Harris JC, Jinnah HA, **Schretlen DJ.** Episodic memory in autism and Lesch-Nyhan disease. Journal of the International Neuropsychological Society 2013; 19(S1): 276.

180. van Steenburgh JJ, Varvaris M, Smith K, Hernandez J, Chambers P, Gordon B, **Schretlen DJ.** Default mode network connectivity with left DLPFC interferes with verbal fluency in schizophrenia. Journal of the International Neuropsychological Society 2013; 19(S1): 14–15.

David J. Schretlen, Ph.D., ABPP (CN)                                                                 Page 35

181. Varvaris M, Unschuld P, Gordon B, **Schretlen DJ.** Compensatory neural structures of high-performing adults with schizophrenia. Journal of the International Neuropsychological Society 2013; 19(S1): 149–150.

182. Sullivan C, Emery L, Barr S, Vannorsdall T, Munro C, **Schretlen D.** Childhood lead ingestion and adult intelligence in a forensic sample. Journal of the International Neuropsychological Society 2013; 19(S1): 7–8.

183. **Schretlen DJ,** Sullivan C, Emery L, Barr S, Vannorsdall T, Munro C. Does childhood lead ingestion predict self-reported depression and antisocial behavior in adults? Journal of the International Neuropsychological Society 2013; 19(S1): 269.

184. Reckess GZ, Varvaris M, Testa M, **Schretlen DJ.** Calibrating performance for age, sex, race, education and estimated premorbid ability can increase the diagnostic precision of cognitive testing. Journal of the International Neuropsychological Society 2013; 19(S1): 130–131.

185. Sung K, Vannorsdall TD, Ledoux K, Gordon B, **Schretlen DJ.** Persons with schizophrenia show aberrant clustering on category word fluency compared to healthy adults with equivalent productivity. Journal of the International Neuropsychological Society 2013; 19(S1): 290.

186. **Schretlen DJ.** The International Neuropsychological Normative Database Initiative. Journal of the International Neuropsychological Society 2013; 19(S2): 85.

187. Munro CA, Sullivan C, Emery L, Barr S, Vannorsdall TD, **Schretlen DJ.** Childhood lead exposure and high school graduation rates in men and women. Journal of the International Neuropsychological Society 2013; 19(S2): 81.

188. Sung K, **Schretlen DJ,** Gordon B. Cued word-retrieval as a non-homogeneous Poisson process: Evidence from inter-response intervals in semantic cued-word recall tasks. Presented at the Society for the Neurobiology of Language annual meeting (November 2013) San Diego, California.

189. Vannorsdall TD, **Schretlen DJ,** Jayatillake R, van Steenburgh JJ, Hernandez J, Kessler J, Chambers P, Varvaris M, Gordon B. Transcranial direct current stimulation improves verbal fluency in healthy older adults. Presented at the American Neurological Association annual meeting (October 2013) New Orleans, Louisiana.

190. Sullivan C, Kueider A, Onyike C, **Schretlen DJ.** Regression-based error analysis in behavioral variant frontotemporal dementia. Journal of the International Neuropsychological Society 2014; 20(S1): 82.

191. van Steenburgh JJ, Varvaris M, Chambers P, Vannorsdall TD, Gordon B, **Schretlen DJ.** Transcranial direct current stimulation changes fronto-parietal control network connectivity associated with working memory performance in high-functioning autism. Journal of the International Neuropsychological Society 2014; 20(S1): 202.

192. Vannorsdall TD, **Schretlen DJ,** Jayatillake R, Skolasky RL, van Steenburgh JJ, Hernandez J, Varvaris M, Gordon B. Improving cognition in healthy older adults with transcranial direct current stimulation. Journal of the International Neuropsychological Society 2014; 20(S1): 56.

193. Sullivan C, Kueider AM, Gordon B, **Schretlen DJ**. Cognitive aging on four continents. Journal of the International Neuropsychological Society 2014; 20(S1): 150.

194. **Schretlen DJ**, Kueider AM, Sullivan C, Gordon B. Cultural differences in the effects of education and illiteracy on animal naming. Journal of the International Neuropsychological Society 2014; 20(S1): 150.

195. **Schretlen DJ**, Kueider AM, Gross AL, Sullivan C, Gordon B. International regression-based norms for animal naming. American Neurological Association 139th Annual Meeting (In press).

196. van Steenburgh JJ, Varvaris M, Vannorsdall TD, **Schretlen DJ**, Gordon B. Transcranial direct current stimulation enhances functional connectivity in high-functioning individuals with autism. American Neurological Association 139th Annual Meeting (In press).

197. **Schretlen DJ**. Can transcranial direct current stimulation (tDCS) help patients with schizophrenia? XVI World Congress of Psychiatry (September 2014), Madrid, Spain.

198. Weaver JR, Treisman G, Varvaris M, **Schretlen DJ**, Vannorsdall TD, Sadleir R, Skolasky RL, Gordon B. Transcranial direct current stimulation (tDCS) may improve level of consciousness in thalamic anoxic injury: a case study. The Clinical Neuropsychologist 2014; 28(3): 410.

199. Ward R, Harris JC, Gordon B, Jinnah HA, **Schretlen DJ**. Phenotypic differences between adults with autism and Lesch-Nyhan disease based on the five-factor model of personality. 17th International Research Symposium of the Society for the Study of Behavioural Phenotypes (October 2014), New York, New York.

200. Varvaris M, Gordon B, Harris JC, Jinnah HA, **Schretlen DJ**. Putative neural substrates of social cognition in adults with autism or Lesch-Nyhan disease compared to healthy controls. 17th International Research Symposium of the Society for the Study of Behavioural Phenotypes (October 2014), New York, New York.

201. Gross AL, Kueider AM, Sullivan C, **Schretlen D**. Comparison of approaches for harmonizing mental status across 41 international studies. (In press). The Gerontological Society of America annual scientific meeting. Washington, DC.

202. **Schretlen DJ**, Kueider AM, Gross AL, Sullivan C, Gordon B. International regression-based norms for animal naming. The American Neurological Association (October 2014). Baltimore, Maryland.

203. van Steenburgh JJ, Varvaris M, Vannorsdall TD, **Schretlen DJ**, Gordon B. Transcranial direct current stimulation enhances functional connectivity in high-functioning individuals with autism. The American Neurological Association (October 2014). Baltimore, Maryland.

204. Gross AL, Kueider AM, Sullivan, **Schretlen DJ**. Equating 7 versions of the MMSE administered in 47 studies across 35 countries. Presented at the 67th Annual Meeting of the Gerontological Society of America. (November 2014). Washington, DC.

205. van Steenburgh JJ, Vannorsdall TD, Hernandez JM, Gordon B, **Schretlen DJ**. Sham procedures that improve blinding to active transcranial direct current stimulation. (In press). 1st Annual Brain Stimulation Conference. (March 2015). Singapore, The Republic of Singapore.

David J. Schretlen, Ph.D., ABPP (CN)                                                    Page 37

206. van Steenburgh JJ, Varvaris M, Chambers P, Vannorsdall TD, Gordon B, **Schretlen DJ**. Transcranial direct current stimulation enhances working memory and selective attention in high-functioning autism. (In press). Journal of the International Neuropsychological Society.

207. van Steenburgh JJ, Varvaris, Vannorsdall TD, **Schretlen DJ**, Gordon B. Beneficial effects of transcranial direct current stimulation on working memory in high-functioning adults with autism. (Under review). 22nd Annual Meeting of the Cognitive Neuroscience Society. (March 2015). San Francisco, California.

208. Coughlin JM, Tanaka T, Marsman A, Wang H, Bonekamp SB, Kim PK, Higgs C, Posporelis S, Varvaris M, Edden RAE, Pomper M, **Schretlen DJ**, Cascella N, Barker PB, Sawa A. Decoupling of N-acetyl-aspartate and glutamate within the dorsolateral prefrontal cortex in schizophrenia. 44th Annual Meeting of the Society for Neuroscience. (November 2014). Washington, DC.

209. Ishizuka K, Horiuchi Y, Ishii S, Gamo N, Saito A, Ratnanather T, Klason S, **Schretlen D**, Kamiya A, Miller M, Okano H, Sawa A. DISC1 serine-713 phosphorylation-dependent neurodevelopmental switch: its impact on anatomy, cognition and mental conditions. 44th Annual Meeting of the Society for Neuroscience. (November 2014). Washington, DC.

210. Sung K, Gordon B, **Schretlen DJ**. Productivity-matched patients with schizophrenia and healthy controls still differ in semantic clustering and relative word frequencies on category-cued verbal fluency tasks. Annual Meeting of the American Neurological Association (September 2015). Chicago, Illinois.

211. Pradhan S, Marsman A, Ward R, Ford C, Lloyd A, **Schretlen DJ**, Sawa A, Barker PB. A 7T MRS study of first episode psychosis: glutamatergic abnormalities and correlations with symptom severity. 24th Annual Meeting of the International Society for the Study of Magnetic Resonance in Medicine (ISMRM) (May 2016). Singapore, The Republic of Singapore.

212. van Steenburgh JJ, Varvaris, Vannorsdall TD, **Schretlen DJ**, Gordon B. Bifrontal transcranial direct current stimulation enhances working memory in adults with high-functioning autism. Presented at the 68th Annual Meeting of the American Association of Neurology (April 2016). Vancouver, British Columbia, Canada.