**Megan Davis**

---

| | |
|---|---|
| **From:** | Thomas V. Ryan, Ph.D. <doctvr1@gmail.com> |
| **Sent:** | Wednesday, April 20, 2016 3:48 PM |
| **To:** | Megan Davis |
| **Subject:** | Re: Dr. Ryan - Availability |

Megan,

The dates you listed above are free and clear on his calendar. We look forward to hearing from you pending the judge's decision.

Thank you,

-Catherine

On Wed, Apr 20, 2016 at 3:41 PM, Megan Davis <megan.davis@nelsonmullins.com> wrote:

Catherine,

I spoke with Dr. Ryan this afternoon about scheduling an IME in the Talbott case we discussed. He agreed to schedule Plaintiff's examination on June 1, 3, 6, 10, 13, or 16, depending upon Mr. Talbott's availability. Please confirm that these dates are available.

Thank you,

Megan


Megan Basham Davis | Attorney

Nelson Mullins Riley & Scarborough LLP

megan.davis@nelsonmullins.com

T: 304.526.3527 | F: 304.526.3559

1



EXHIBIT E-1