# BLUE RIDGE NEUROPSYCHOLOGY, P.C.

*Thomas V. Ryan, Ph.D., ABPP-Cn*
Diplomate in Clinical Neuropsychology • American Board of Professional Psychology

## Curriculum Vitae

**Thomas V. Ryan, Ph. D., ABPP-Cn**
Diplomate in Clinical Neuropsychology
American Board of Professional Psychology

Blue Ridge Neuropsychology, P. C.
40 Lambert Street, Suite 222
Staunton, VA. 24401

Phone: (540)886-3956 Email: doctvr1@gmail.com
Cell phone and voice mail: 540-256-3009
Fax: (540)886-3975

## EDUCATION

**California School of Professional Psychology,** (Alliant University), San Diego, California
(APA approved), Ph. D., Clinical Psychology, 1986
Doctoral Dissertation: Remediation of Memory Deficits in Moderate to Severe Closed Head Injuries.

**Fairleigh Dickinson University,** Madison, New Jersey
M. A., Clinical Psychology, 1979

**Northern University,** Boston, Massachusetts
B. S., Psychology/Biology, 1976

## CLINICAL EXPEREINCE

**Independent Practice,** Blue Ridge Neuropsychology, P. C., Staunton, VA
September 1989 to Present

Neuropsychological and Psychological assessments for Pediatric, Adult, and Geriatric patients. Forensic evaluations/consultation pertaining to both civil and criminal issues relevant to local, state and federal courts. Complete Pre-employment screenings and Fitness-for-duty psychological evaluations for local Police Departments. Provide individual psychotherapeutic services for Police Officers deemed fit for duty. Conduct workplace violence risk Assessments for both large and small corporations, private and public schools, as well as a variety of community services agencies. Collaborate with colleagues from local Universities on various research projects, with particular emphasis on forensic issues.

EXHIBIT E-2

Thomas V. Ryan, Ph. D., ABPP-Cn

**Visiting Clinical Assistant Professor**
The Department of Psychiatry and Neurobehavioral Sciences
Neurocognitive Assessment Laboratory
University of Virginia Health System
Charlottesville, Virginia
July 1987 to May 2015

Primary responsibilities included adult neuropsychological consultation, teaching, and research in the Neurocognitive Assessment Laboratory, as well as with the University of Virginia's Institute of Law, Psychiatry, and Public Policy.

**Part-time Assistant Professor, Department of Graduate Psychology**
James Madison University
Harrisonburg, Virginia
September 2010 to 2012

Primary practicum supervisor for graduate students focusing on clinical assessment techniques, psychological as well as neuropsychological measures utilized, interpretation, report writing, and career development.

**Postdoctoral Fellow**
University of Virginia School of Medicine
August 1986 to July 1987

Evaluated a wide variety of neurological, neurosurgical, psychiatric, pediatric, adolescent and adult patients under the supervision of Jeffrey T. Barth, Ph. D., ABPP. Coordinated neuropsychology grand rounds. Supervised pre-doctoral interns and conducted clinical research. Collaborated on interdepartmental referrals and was the assigned liaison with the Institute of Law, Psychiatry, and Public Policy, essentially interfacing with the subspecialties of Forensic Clinical Neuropsychology and Forensic Psychology.

**Director, Neuropsychology Laboratory**
Woodrow Wilson Rehabilitation Center
Fishersville, Virginia
July 1987 to August 1999

Responsible for the cognitive and behavioral assessment of In-and Outpatient clients with known or suspected neurological and psyhogenic impairments, including congenial anomalies. Performed ongoing consultations with medical as well as nonmedical professions regarding neurobehavioral aspects of adolescent and adult rehabilitation. Conducted individual, group, couples, and family psychotherapy. Supervised yearly post-doctoral Fellows in Clinical Neuropsychology regarding adolescent and adult assessment and interventions. Supervised neuropsychology interns, technical and secretarial staff. Provided educational in-services to various departments Center-wide on a variety of psychological as well as neuropsychological topics.

**Registered Psychological Assistant**
Pain Treatment Center
San Diego, California
August 1985 to July 1986

Under direct supervision, provided clinical psychological and neuropsychological evaluations for adolescents and adults throughout an independent Practice and Teaching Clinic. Conducted initial psychological assessments of chronic and acute pain patients. Provided biofeedback training, stress management, and hypnotherapy with children and adults. Responsible for long-term individual, family, and couples psychotherapy cases.

**Chief Psychometrist**
University of California Medical Center
San Diego, California
August 1985 to July 1987

Assisted in coordinating a multi-center drug study designed to evaluate the effectiveness of a cholingeric, memory-enhancing agent. Evaluated middle cerebral artery stroke patients at the Veterans Hospital in Dan Diego, The University of California Medical Center, Sharp Cabrillo, and Sharp Rehabilitation Centers.

**Clinical Psychology Intern**
Outpatient Training Service
Gifford Mental Health Clinic, University of California
San Diego, California
August 1984 to June 1985

Integrated the use of psychodynamic, cognitive, behavioral, and socio-biological approaches involving assessment and treatment. Clinical populations included individuals, groups, couples, and families..

**Neuropsychology Intern**
University of California Medical Center
San Diego, California
August 1983 to July 1984

Administered, interpreted, and provided individualized feedback as well as treatment planning and referral consultation to professionals for both inpatient and outpatient child, adolescent, and adult clients. Completed neuropsychological assessments for the Department of Neurosurgery, Neurology, Psychiatry, and the Pain Treatment Center. Conducted a weekly supportive psychotherapy group for head trauma patients and their family members. Designed and implemented a protocol for the evaluation of side effects in a new neuroradiological compound undergoing clinical trials.

Thomas V. Ryan, Ph. D., ABPP-Cn

**Psychology Intern**
San Diego Unified School District
San Diego, California
January 1983 to July 1983
Supervised experience involving psychodiagnostics, psychotherapy, parent training, interviewing, behavioral observation, and long-term treatment planning for pre-school, elementary, as well as high school students. Attended and provided diagnostic input during Individualized Educational Planning (IEP) meetings.

## CREDENTIALS

Virginia Board of Psychology, Member, Term July 1, 2012 –June 30, 2016, Ethics Committee. Appointed by the Governor of Commonwealth of Virginia.

Listed in the **National Register of Health Services Providers in Psychology,** (Registrant #44041), Effective June 4, 1996 to present.

**Professional Credentials, Nominations, Memberships, and Community Volunteer Involvement**

*Nominated as Fellow, American Academy of Clinical Neuropsychology*

*Nominated as Fellow, National Academy of Neuropsychology*

*Member, American Psychological Associations Divisions 40, 41, 53*

*Member, International Neuropsychological Society*

*Member, International Association of Chiefs of Police, Psychological Services Section*

*Elected as Member, Ethics Committee, Division 40 (Clinical Neuropsychology) of the American Psychological Association, Term: January 2000 to 2006*

*Ongoing Pro-bono Consultant, Forensic Criminal Cases, (Juvenile and Adult) Commonwealth's Attorney's Office, Augusta County, Virginia*

## PUBLICATIONS

**Ryan T. V.,** Barth, J. T., Spradlin, W., and Anchor, K. N., (1987). Medicine, psychiatry, and the behavioral sciences: Unique approaches and new directions for health care. *Clinical Biofeedback and Health, 10 (1), 43-44.*

**Ryan, T. V., and Ruff, R. M.,** (1988). The efficacy of structured memory retaining in a group

4

Thomas V. Ryan, Ph. D., ABPP-Cn

comparison of head trauma patients. *Archives of Clinical Neuropsychology, 3 (2), 165-179.*

Barth, J. T., Alves, W., **Ryan, T. V.,** Macciocchi, S. N., Rimel, R., Jane, J. A., and Nelson, W., (1989). Mild head injury in sports: Neuropsychological sequelea and recovery of function. In Levin, H. S., Eisenberg, H. M., and Benton, A. L., (Eds.) Mild *Head Injury,* New York Oxford University Press.

Barth, J. T., **Ryan, T. V.,** and Hawk, G. L., (1991). Forensic Neuropsychology: A reply to the method skeptics. *Neuropsychology review, 2 (3), 251-266.*

Stutts, M., Kreutzer, J. S., Barth, J. T., **Ryan, T. V.,** Hickman, J., Devany, C. W., and Marwitz, J. H. (1992). Cognitive Impairment in Persons with Recent Spinal Cord Injury: Findings and Implications for Clinical Practice. *Neurorehabilitation, 1, (3), 79 -85.*

Barth, J. T., **Ryan T. V.,** Schear, J. M., and Puente, A. E., (1992). Forensic Assessment and Expert testimony in Neuropsychology. *Physical Medicine and Rehabilitation: State of the Art reviews, 6 (3).*

**Ryan, T. V.,** Scaira, A. D., and Barth, J. T. (1993). Chronic Neuropsychological Impairment Resulting from Disulfiram Oversdose. *The Journal of Studies on Alcohol, 54, (4) 389-392.*

Bishop E. G., Macciocchi, S. N., **Ryan, T. V.,** and Barth, J. T., (1994). Alcohol Abuse and Traumatic Brain Injury in C. N. Simkins (Ed.) *Traumatic Brain Injury.* Washington D. C.; National Head Injury Foundation.

**Ryan, T. V.,** Macciocchi, S. N., and Tawny, P. (1994). Cerebrovascular Disorders: Medical, Neuropsychological, and Practical Implications for Treatment. *Advancement in Medical Psychology, 7.*

**Ryan, T. V.,** LaMarche, J., Barth, J. T., and Boll, T. J., (1996). Neuropsychological consequences and treatment of pediatric head trauma. In E. S. Batchelor and R. S Dean (Eds.). *Pediatric Neuropsychology: Interfacing Assessment and Treatment for Rehabilitation.* Massachusetts: Allyn and Baon.

Guiliano, A. J., Barth, J. T., Hawk, G. L., and **Ryan, T. V.,** (1997). The Forensic Neuropsychologist: Precedents, Roles, and Problems. In R. J. McCaffrey, A. D. Williams, J. M. Fisher, and L. C. Lang (Eds.) *The Practice of forensic Neuropsychology: Meeting Challenges in the Courtroom.* New York: Plenum Publishing Corp.

**Ryan, T. V.,** Crews, W. D., Cowan, L. Goering, A. M., and Barth, J. T., (1998). A Case of Triple X Syndrome Manifesting with the Syndrome of Nonverbal Learning Disabilities. *Child Neuropsychology, 4 (3), 225-232.*

Thomas V. Ryan, Ph. D., ABPP-Cn

Cato., M. A., Brewster, J., **Ryan, T. V.,** and Giuliano, A. J.,(2002). Coaching and the Ability to Simulate Mild Traumatic Brain Injury Symptoms. *The Clinical Neuropsychologist, 16 (4), 524-534.*

---

**PRESENTATIONS, LECLECTURES, AND PANEL DISCUSSIONS**

**Ryan, T. V.,** Barth, J. T., (1991)Forensic Criminal Assessment: Neurologic Impairment in Violent Offenders. Paper presented at the International Neuropsychological Society. Semi-annual convention, Queensland, Australia, July 1991.

Gideon, D. A., Shutty, M. S., Turley, J. s., and **Ryan, T. V.,** (1991) Hemispheric Dysfunction in the Comprehensive of Facial and gestural Affect. Paper presented at the 99th American Psychological Association. San Francisco, California, August 1991.

Ryan, T. V., (1993). Vocational Outcomes Following Traumatic Brain Injury, Paper presented at the Annual Conference on Adolescent Head Injury. Children's Specialized Hospital, Mountainside New Jersey, April 1993.

**Ryan, T. V.,** and Hawk, G. L., (1993). Neurobehavioral Comparison of Closed Head Trauma Patients Based on Cluster Analytically – Derived MMPI Groups. Paper presented at the *International Neuropsychological Society, Semi-annual Convention, Madeira, Portugal, June 23-26, 1993.*

Goode, S. J., Santilli, N., and **Ryan, T. V.,(1993).** Assessment of functional Outcomes after Epilepsy Surgery. Paper presented at the Annual Meeting of the American Epilepsy Society, Miami, Florida, December 1993.

D'Agaro, W. A. R., Macciocchi, S. N., Reid, D. B., and **Ryan, T. V.,** (1994). Preservation of Awareness Following Severe Head Injury: Evidence for a Disturbance in Self-Evaluation. Paper presented at the Annual meeting of the National Academy of Neuropsychology, Orlando, Florida, November 1994.

**Ryan, T. V.,** Guiliano, A. J., Cornell, D. G., Hawk, G. L., and Oram, G., (1995). Capital Murder: Neurocognitive impairment in Comparison to Other Violent and Nonviolent Incarcerated Offenders. Paper presented at the twenty-third annual meeting of the International Neuropsychological Society, Seattle, Washington, February 1995.

Cato, M., Brewster, J., **Ryan, T. V.,** and Guiliano, A., (1998). Can college Students Convincingly Simulate Brain Injury? Paper presented at the twenty-sixth Annual Meeting of the International Neuropsychological Society, Honolulu, Hawaii, February, 1998.

Panel Discussant: Ethics Committee (Division 40), Conversation Hour, **American Psychological Association,** Annual meeting, Washington D. C., August 5, 2000.

Lecturer: Respecting Arab Culture: The Interview. Critical Incidence Response Group, **Federal Bureau of Investigation,** September 27, 2001.

Thomas V. Ryan, Ph. D., ABPP-Cn

Panel Discussant: Representing the Mentally Disabled: Challenges for both the Civil and Criminal Lawyer. **Virginia Bar Association,** Annual Meeting, Williamsburg, Virginia, January 19, 2002.

Lecturer: Overview of Neurological Conditions Relevant to Competencies, Advanced Symposium, **Institute of Law, Psychiatry and Public Policy,** University of Virginia, Charlottesville, Virginia, May 20, 2002.

Lecturer: Assessing Employee Risk for Violence: A Clinician's Perspective, **Federal Bureau of Investigation,** Workplace Violence Symposium, Leesburg, Virginia June 10-14, 2002.

Lecturer: Head Trauma and Neurocognitive Sequelea: Contributing Factors in Understanding Domestic Violence. **Federal Bureau of Investigation,** Family Violence Symposium, Leesburg, Virginia, August 3-8, 2003.

**Ryan, T. V.,** (2007). Neurocognitive Dysfunction and Low Intelligence in False confessions. Paper presented at the 30th International Congress on Law and Mental Health, Padua, Italy, June 25, 2007.

Lecturer: Case Studies in Forensic Neuropsychology: Connecting Legal Standards to Clinical Data in Forensic Mental health Assessments. Symposium, Presented at the Twenty-seventh Annual conference of the **National Academy of Neuropsychology,** Scottsdale, Arizona, November 14, 2007.

Lecturer: New Updates on Psychopathy: Neurobiological Advances. Presented at Thirty-Eighth Annual conference of **The Society for Criminal and Police Psychology,** Birmingham, Alabama, November 8, 2012.

## LICENSURE /BOARD CERTIFICATION

Diplomate in Clinical Neuropsychology, American Board of Professional Psychology #4578

Virginia Board of Psychology (Clinical Psychologist) #1474

North Carolina Licensed Psychologist and Health Services Provider #1446

## EDITORIAL BOARD ACTIVITIES

Archives of Clinical Neuropsychology, Invited Peer Review, 2009 to Ongoing

## REFERENCES

Furnished Upon Request

(Vitae current as of April 2016)