

R. Edison Hill
James C. Peterson*
W. Kent Carper
C. Michael Bee
Harry G. Deitzler
Sandra Brenneman Harrah
Douglas A. Spencer
Aaron L. Harrah

# HPCB & D

## Hill, Peterson, Carper, Bee & Deitzler, PLLC

NorthGate Business
500 Tracy Way
Charleston, WV 25311-12t

Phone (304) 345-5667
Fax (304) 345-1519
Toll Free (800) 822-5667
http://www.hpcbd.com

April 1, 2016

Writer's E-Mail Address:
Doug@hpcbd.com

Robert L. Massie, Esq.
Nelson Mullins Riley & Scarborough, LP
949 Third Avenue, Suite 200
Huntington, WV 25701

RECEIVED

APR 4 16

NELSON
MULLINS

Re:   *Talbott v. Boling, et al.*
      Civil Action No.: 15-C-295

Dear Bob:

Enclosed for your file, please find a CD of the PET scan performed by Dr. Mehr.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

Douglas A. Spencer

DAS/mds
Enclosure as stated above
cc:   James Kessel, Esq. (w/enclosure)
00475990

EXHIBIT
F

* Certified Civil Trial Specialist
  By: National Board of Trial Advocacy
  Licensed Also in Minnesota & Ohio