# Megan Davis

| | |
|---|---|
| **From:** | Jane Cox |
| **Sent:** | Monday, April 18, 2016 4:32 PM |
| **To:** | Megan Davis |
| **Subject:** | GWCC v. Talbott - 15128/01536 |

Megan,

The 4:05 p.m. call was from Allen Waxman @ Cedars. He said he received the CD you sent, but his computer people can't open it. He is calling in experts to get it open and will call you tomorrow. His number is 310-423-3277. J

# Nelson Mullins

**Jane Cox**
Administrative Assistant
jane.cox@nelsonmullins.com

**Nelson Mullins Riley & Scarborough LLP**

949 Third Ave., Suite 200
Huntington, WV 25701
Tel: 304.526.3512

www.nelsonmullins.com

EXHIBIT G-1