Curriculum Vitae - Alan D. Waxman, M.D.
Page 1 of 48  *Sept 2015)*

# Alan D. Waxman, MD

Cedars-Sinai Medical Center
S. Mark Taper Foundation Imaging Center
Division of Nuclear Medicine
8700 Beverly Boulevard, Taper Room 1251
Los Angeles, California 90048
Tel:  (310) 423-4216
Fax: (310) 423-0822
Email:  WAXMANA@CSHS.ORG

## PRESENT  POSITION:

Director, Division of Nuclear Medicine
Cedars-Sinai Medical Center
8700 Beverly Boulevard
Los Angeles, California  90048

Clinical Professor of Radiology
LAC/USC Medical Center
Nuclear Medicine Section, Department of Radiology
Los Angeles, California

## Professional Employment and Title:

| 1976 – Present | Director, Division of Nuclear Medicine, Department of Imaging Cedars-Sinai Medical Center, Los Angeles, CA |
| Oct 22, 2003 – Present | Program Director Nuclear Medicine Houstaff Program Cedars-Sinai Medical Center |
| 1998 –  2011 | Co-Chairman, Department of Imaging Cedars-Sinai Medical Center |

## Education:

| 1959 - B.A., Biochemistry | University of Southern California Los Angeles, CA |
| | Phi Beta Kappa, Phi Kappa Phi Blue Key |
| 1963 - M.D. | University of Southern California Medical School Los Angeles, CA Alpha Omega Alpha |

## Post-Graduate Training:

| 1963 – 64 | Internship – Los Angeles County General Hospital Los Angeles, CA |
| 1964 – 65 | Residency - Los Angeles Wadsworth Veterans Administration Medical Center Los Angeles, CA |
| 1965 – 67 | Research - Clinical Associate National Institute of Health Metabolism Service Cancer Institute |

EXHIBIT
G-2

Curriculum Vitae - Alan D. Waxman, M.D.
Page 2 of 48  *Sept 2015)*

**Professional Board Certifications:**

March 1972                American Board of Nuclear Medicine

**Hospital Appointments:**

1976 – Present            Attending Physician
                          Cedars-Sinai Medical Center
                          Los Angeles, CA

1968 – Present            LA County University of Southern
                          California Medical Center
                          Los Angeles, CA

**Academic Appointments:**

1978 – Present            Clinical Professor of Radiology
                          LAC/USC Medical Center
                          Nuclear Medicine Department of Radiology
                          Los Angeles, CA

1976 - 78                 Associate Clinical Professor of Radiology
                          Nuclear Medicine
                          University of Southern California Medical School

1970 – 76                 Associate Professor of Radiology
                          University of Southern California Medical School

1968 – 70                 Assistant Professor of Radiology
                          University of Southern California Medical School

1986 – Present            Central Committee Member for SNM

**Activities in Society of Nuclear Medicine Regional Activities:**

1969 - Present            Membership
                          Chapter Membership
                          Southern California Chapter SNM

1984 - Present            Steering Committee
                          Western Region

1986 - 87                 President - Southern California Chapter
                          SNM

1985 - 86                 President-elect

1984 - 85                 Secretary-Treasurer

Curriculum Vitae - Alan D. Waxman, M.D.
Page 3 of 48  *Sept 2015)*

**National Activities:**

| | |
|---|---|
| 1985 - Present | Past-Chairman and current Co-Chairman of Public Relations Committee |
| 1983 - Present | Past-President and current Board Member Correlative Imaging Council |
| 1988 - 92 | Board of Trustees, SNM |
| 1991 | Secretary Education and Research Foundation |
| 1992 - Present | Education and Research Foundation Board Member, Chairman of Student Scholarship Program |
| 1993 - Present | Board of Directors Brain Imaging Council |
| 1995 | Vice-President elect Brain Imaging Council |
| 1996 | President Elect Brain Imaging Council |
| 1994 -Present | Board of Delegates Society of Nuclear Medicine |
| 1994 | Normal Data Base Subcommittee Brain Imaging Council Society of Nuclear Medicine |
| 1994 | Ethical Subcommittee for Functional Neuroimaging Brain Imaging Council Society of Nuclear Medicine |
| 1995 | Practice Guideline Committee Society of Nuclear Medicine Chairman Brain SPECT Subcommittee |
| 1996 | Committee for Technical Assessment and Outcomes Research, SNM |

**Other Local or National Activities Relating to Nuclear Medicine:**

| | |
|---|---|
| 1999 - Present | Chairman Society of Nuclear Medicine, Education and Research Foundation |
| 1986 | Co-chairman Western Regional Winter Meeting |
| 1988 | Chairman Western Regional Winter Meeting |
| 1986 – Present | Central Committee Western Region Society of Nuclear Medicine |

Curriculum Vitae - Alan D. Waxman, M.D.
Page 4 of 48  *Sept 2015)*

**Other Society Memberships:**  American College of Nuclear Physicians (Fellow)
California Medical Association
LA County Medical Association
Alpha Omega Alpha

**Publications:**

1. Journal Articles          349 published abstracts and
194 published articles

2. Book Chapters          20 book chapters

## PUBLISHED  PAPERS :

1.  Oscillations of hepatic delta-aminoleuvlinic acid synthetase produced in viva by heme. <u>Waxman AD</u>, Collins A, and Tschudy DP: Biochem Biophys Res Commun 22:675, 1966.
2.  Abnormalities of growth hormone regulation in acute intermittent porphyria. Perloth MG, Tschudy DP, <u>Waxman AD</u>, Odell WD: Metab 16:87, 1967.
3.  Oscillation of hepatic delta-aminoleuvlinic synthetase produced by estrogen: A possible role of "rebound induction" in biological clock mechanisms. Tschudy DP, <u>Waxman AD</u>, and Collins A: Proc Nat Acad Sci 58:1944, 1967.
4.  Increased P.B.I. and T.B.G. in acute intermittent porphyria. Hollander CS, Tschudy DP, Perlroth MG, <u>Waxman AD</u>, and Sterling K: New Eng J Med 277:995, 1967.
5.  Isolated adrenocorticotrophic hormone deficiency in acute intermittent porphyria. <u>Waxman AD</u>, Berk P. Schalch D, and Tschudy D: Annals of Int Med 70:317, 1969.
6.  Computer improvement of Anger camera images. <u>Waxman AD</u>, Siemsen JK, Efron E, and Wright J: Computers and Biomed Res 4:548, 1971.
7.  In viva dynamic studies of hepatocyte function: A computer method for the interpretation of Rose Bengal kinetics. <u>Waxman AD</u>, Leins PA, and Siemsen JK: Computers and Biomed Res 5:1, 1972.
8.  Rapid sequential liver imaging: <u>Waxman AD</u>, Apau R. and Siemsen JK: J Nucl Med 13:522, 1972.
9.  Teleprocessing of nuclear medicine data: The use of a typewriter display system. <u>Waxman AD</u>, Coleman C, Wright J, Beeman J, and Siemsen JK: Computers and Biomed Res 6:209, 1973.
10. Nuclear medicine department operational analysis by computer: <u>Waxman AD</u>, Tyron RW, Wilender J, and Siemsen JK: Radiol 107:377, 1973.
11. Dynamic imaging of the spleen. <u>Waxman AD</u>, Telfer N, and Siemsen JK: J Nucl Med 14:582, 1973.
12. Bone scanning in the drug abuse patient: Early detection of hematogenous osteomyelitis: <u>Waxman AD</u>, Bryan D, and Siemsen JK: J Nucl Med 14:647, 1973.
13. Differential diagnosis of brain lesions in gallium scanning: <u>Waxman AD.</u>  J Nucl Med
14. Brain imaging with Tc-99m DTPA: A clinical comparison of early and delayed studies.  Wolfstein RS, Tanasescu D, Sakimura IT, <u>Waxman AD</u>, and Siemsen JK: J Nucl Med 15:1135, 1974.
15. Combined contrast and Radionuclide angiography of the liver: <u>Waxman AD</u>, Finck E, and Siemsen JK: Radiol 113:123, 1974.
16. Scintigraphic evaluation of liver metastasis from thyroid carcinoma: Woolfenden JM, <u>Waxman AD</u>, Wolfstein RS, and Siemsen JK: J Nucl Med 16:669, 1975.
17. Gallium gallbladder scanning in cholecystitis: <u>Waxman AD</u>, and Siemsen JK: J Nucl Med 16:148, 1975.

Curriculum Vitae - Alan D. Waxman, M.D.
Page 5 of 48  *Sept 2015)*

18. Calculation of relative weights in nuclear medicine procedures: Waxman AD, and Siemsen JK: J Nucl Med 16:348, 1975.
19. Evaluation of squamous cell carcinomas of the cervix using In-111 Bleomycin. Woolfenden JM, Waxman AD, DiSaia PJ, and Siemsen JK: J Obst Gyn 16:347, 1975.
20. Evaluation of post-craniotomy patients by Radionuclide scan. Waxman AD, Siemsen JK, Wolfstein RS, and Kurze T: J Neuro Surg 43:471, 1975.
21. Reliability of gallium brain scanning in the detection and differenvtiation of central nervous system lesions: Waxman AD, Siemsen JK, Lee GC, Wolfstein RS, and Moser L: Radiol 116:675, 1975.
22. Are all gallium citrate preparations the same?: Waxman AD, Kawada T, Siemsen JK, and Wolf W: Radiol 117:647, 1975.
23. Gallium-67 tumor imaging: Waxman AD, and Siemsen JK: The Western J of Med 123:388-389, 1975.
24. The abnormal hepatic scan of chronic liver disease: Its relationship to hepatic Hemodynamics and colloid extraction: Horisawa M, Goldstein G., Waxman AD, and Reynolds T: Gastroent 71:210-213, 1976.
25. Transient brain scan abnormalities in renal dialysis patients: Wolfstein RS, Tanasescu DE, Waxman AD, and Siemsen JK: JNM 17:6-8, 1976.
26. Gallium scanning in cerebral and cranial infections: Waxman AD and Siemsen JK: Amer J Roentgenol 127:309-314, 1976.
27. Technetium-99m glucoheptonate as a brain scanning agent: Critical comparison with pertechnetate: Waxman AD, Tanasescu D, Siemsen JK, and JNM 17:345-348, 1976.
28. The use of bone scans in benign disease of bone: Waxman AD: The Western J of Med 126: No.6, 1977.
29. Technetium-99m glucoheptonate as a brain scanning agent: Tanasescu DE, Wolfstein       RS, and Waxman AD: J Nucl Med 18:1037-1039, 1977.
30. Gallium scanning in Paget's disease of bone: A superior parameter in following the response to calcitonin therapy: Waxman AD, Siemsen JK, and Singer F: Med Imaging 2:39-40, 1977.
31. Evaluation of Tc-99m diphosphonate kinetics and bone scans in patients with Paget's disease before and after calcitonin treatment: Waxman AD, Ducker S. McKee D, Siemsen JK, and Singer FR: Radiol 125:761-764, 1977.
32. Localization of Tc-99m pyrophosphate in an islet cell tumor of the pancreas: LeBovic J, Waxman AD, and Siemsen JK: Clin Nucl Med 7:289-291, 1978.
33. Steroid induced suppression of gallium uptake in tumors of the central nervous system: Concise communication: Waxman AD, Beldon JR, Richli W. Tanasescu DE, Siemsen JK: J Nucl Med 19:480-482, 1978.
34. The use of gallium-67 in pulmonary disorders: Siemsen JK, Grebe SF, and Waxman AD: Sem in Nucl Med, Vol. VIII, No. 3, 1978.
35. Rate of redistribution in Tl-201 exercise myocardial scintigraphy: Inverse relationship to degree of coronary stenosis: Berman D, Maddahi J, Charuzi Y. Waxman AD, Diamond G. Swan HJC, and Forrester J: Circ 58:II-63, 1978.
36. A quantitative comparison of cross-sectional echocardiography and Radionuclide angiography in acute myocardial infarction: Charuzi Y. Davidson R. Barrett M, Shah PK, Berman D, Waxman AD, Pichler M, Maddahi J, Corday E, and Swan HJC: Circ 58:II-52, 1978
37. Critical evaluation of Tc-99m glucoheptonate as a brain imaging agent: Tanasescu DE, Wolfetein RS, and Waxman AD: Radiol 130:421-423, 1979.
38. Differences in intrahepatic portal-systemic shunting in alcoholic and non-alcoholic liver disease as assessed by liver scan, portal pressure, and e. cold antibodies: Triger DR, Boyer TD, Redeker AG, Reynold TB, and Waxman AD: Dig Dis Sci 24:509-513, 1979.

Curriculum Vitae - Alan D. Waxman, M.D.
Page 6 of 48 *Sept 2015)*

39.  False-positive lung imaging: Inadvertent injection into a pulmonary artery catheter: Brachman MD, Tanasescu DE, Ramanna L, Berman DS, and Waxman AD: Clin Nucl Med 4:415-416, 1979.

40.  A new technique for assessment of right ventricular ejection fraction by multiple gated equilibrium scintigraphy: Description, validation, and findings in chronic coronary artery disease: Maddahi J, Berman DS, Matsuoka D, Waxman AD, Stankus KE, Forrester JS, and Swan HJC: Circ 60:581-589, 1979.

41.  Scintigraphic and hemodynamic demonstration of transient left ventricular dysfunction immediately after uncomplicated coronary artery bypass graft surgery: Gray R. Maddahi J, Berman DS, Raymond M. Waxman AD, Ganz W. Matloff J, and Swan HJC: J of Thor Cardiovascular Surg 77(4):504-510, 1979.

42.  Hemodynamic and scintigraphic demonstration of transient right ventricular dysfunction immediately after uncomplicated coronary artery bypass graft surgery. Waxman AD.  Am J Cardiol 43:423, 1979.

43.  Noninvasive radionuclide assessment of left ventricular segmental and global function immediately following coronary artery bypass surgery: Gray R. Maddahi J, Raymond M, Berman D, Waxman AD, Ganz W. Matloff J, and Swan HJC: Clin Res 27(1):5A, 1979.

44.  Combination of exercise Tl-201 myocardial scintigraphy and Tc-99m RBC wall motion study: A useful noninvasive predictor of extent and location of coronary artery disease: Elkayam U. Berman D, Maddahi J, Diamond G. Charuzi Y. Waxman AD, Staniloff H. Freeman M, Vas R. Forrester J: Clin Res 27(1):3A, 1979.

45.  Noninvasive radionuclide assessment of left ventricular volumes using multiple gated equilibrium scintigraphy: Urban M, Berman D, Maddahi J, Buchbinder N, Matesuoka D, Waxman AD, Charuzi Y. Forrester J, and Swan HJC: Clin Res 27(1):13A, 1979.

46.  Improved noninvasive assessment of segmental wall motion in acute myocardial infarction by an additional 70 view in multiple gated equilibrium scintigraphy: Freeman M, Pichler M, Berman D, Shah PK, Maddahi J, Waxman AD, Staniloff H. Elkayam U. Anderson A, Swan HJC, and Forrester J: Clin Res 27(1):3A, 1979.

47.  Improved global and regional ventricular performance with nitroprusside in acute myocardial infarction: Shah PK, Berman DS, Pichler M, Shellock F. Maddahi J, Waxman AD, Swan HJC: JNM 20:640, 1979.

48.  Right ventricular ejection fraction at rest and during exercise in normals and in coronary artery disease patients: Assessment by multiple gated equilibrium scintigraphy: Maddahi J, Berman D, Matsuoka D, Charuzi Y. Gray R. Pantaleo N, Swan HJC, Forrester J, and Waxman AD: JNM 20:625, 1979.

49.  Gallium uptake in hilar and mediastinal structures in patients with pulmonary tumors: The significance of cell type on sensitivity and specificity: Waxman AD, Julian P. Komaiko M, Brachman MB, Tanasescu DE, Wolfstein R. and Berman D: JNM 20:645, 1979.

50.  Gallium scanning in Paget's disease of bone: The effects of calcitonin: Waxman AD, McKee D, Siemsen JK, and Singer F: AJR 134:303-306, 1980.

51.  Clinical and parametric evaluation of three large field of view cameras: Chapman DR, Brachman MB, Tanasescu DE, Wolfstein RS, Berman DS, and Waxman AD: J Nucl Med 21:161-164, 1980.

52.  Clinical and parametric evaluation of three large field-of-view cameras: Chapman D, Brachman M, Tanasescu D, Wolfstein R. Berman D, and Waxman AD: JNM 21:161-164, 1980.

53. Single photon emission computer tomography using a multiplane scanner: Garcia EV, Diaz J, Chapman D, Berman D, and Waxman AD: IEEE Transactions in Nuclear Science, Vol. N5-27, No.1, 425-429, 1980.

54. Correlation of contrast angiography and histologic pattern with gallium uptake in primary liver cell carcinoma: Non-correlation with alpha feto protein: Waxman AD, Richmond R. Juttner H. Siemsen JK, Heffelinger MJ, and Fink E: JNM 21 (4):324-327, April 1980.

55. Gallium scanning in cerebral and cranial disorders: Waxman AD: CRC Critical Reviews in Diagnostic Imaging 89-110, July 1980.

56. Misalignment of multiple photopeak analyzer outputs: Effects on imaging: Chapman DR, Garcia EV, Waxman AD: Journal of Nuclear Medicine, Vol. 21, No. 9, September 1980.

57. Gallium scanning in Paget's disease of bone: Effect of calcitonin: Waxman AD, McKee D, Siemsen JK, Singer FR: AJR 134:303-306, February 1980.

58. Clinical and parametric evaluation of three large field-of-view cameras: Chapman DR, Brachman MB, Tanasescu DE, Wolfstein RS, Berman DS, and Waxman AD: J Nucl Med 21:161-164, 1980.

59. Right ventricular ejection fraction during exercise in normal subjects and in coronary artery disease patients: Assessment by multiple-gated equilibrium scintigraphy: Maddahi J, Berman DS, Matsuoka DT, Waxman AD, Forrester JS, Swan HJC: Circulation 62:133140, 1980.

60. Radiographic and Radionuclide imaging in multiple myeloma: The role of gallium scintigraphy: Concise Communication: Waxman AD, Siemsen JK, Levine AM, Holdorf D, Suzuki R. Singer FR, and Bateman J: J Nucl Med 22:232-236, 1981.

82. Enhanced detection of proximal right coronary stenoses with the additional analysis of right ventricular thallium-201 uptake in stress scintigrams: Gutman J, Brachman M, Rozanski A, Maddahi J, Waxman AD, and Berman D: Am J Cardiol 51(8):1256-1260, 1983.

83. Clinical evaluation of seven-pinhole tomography for the detection and localization of coronary artery disease: Comparison with planar imaging using quantitative analysis of myocardial thallium-201 distribution and washout after exercise: Bateman T, Garcia E, Maddahi J, Rozanski A, Pantaleo N, Staniloff H. Freeman M, Waxman AD, and Berman D: Am Heart J 106(2):263-271, 1983.

84. Correlation between wall motion abnormalities and electrocardiographic changes of acute transmural myocardial infarction: Assessment of reciprocal ST-segment depression: Pichler M, Shah PK, Diamond GA, Peter T, Berman D, Maddahi J, Waxman AD, Forrester JS, and Swan HJC: Am Heart J 106(5):1003-1009, 1983.

85. Scintigraphic triad in focal nodular hyperplasia: Tanasescu D, Brachman M, Rigby J, Yadegar J, Ramanna L, and Waxman AD: The American Journal of Gastroenterology, Vol.79, No.1, P61-64, January 1984.

86. Scintigraphy of gastrointestinal hemorrhage: Superiority of Tc-99m red blood cells over Tc-99m sulfur colloid: Bunker SR, Lull RJ, Tanasescu DE, Redwine MD, Rigby J, Brown JM, Brachman MB, McAuley RJ, Ramanna L, Landry A, and Waxman AD: American Journal of Roentgenology, Vol.143, No.3, P543-548, September 1984.

87. Acute gangrenous cholecystitis: Radionuclide diagnosis: Brachman M, Tanasescu De Ramanna L, and Waxman AD: Radiology, Vol.151, P209211, April 1984.

88. Cholescintigraphy in acute acalculous cholecystitis: Ramanna L, Brachman MB, Tanasescu DE, Berman DE, and Waxman AD: The Amer J Gastroenterology, Vol.79, No.8:650-653, August 1984.

89. Gallium scintigraphy in bronchogenic carcinoma: The effect of tumor location on sensitivity and specificity: Waxman AD, Julian PJ, Brachman MB, Tanasescu DE, Ramanna L, Birnbaum F, Berman DB, and Koerner SK: CHEST, Vol.86, P178-184, August 1984

90. Tc-99m DTPA aero~ol and radioactive gases as adjuncts in perfusion scintigraphy in patients with suspected pulmonary embolism: Alderson PO, Biello DR, Gottschalk A, Hoffer PB, Kroop SA, Lee ME, Ramanna L, Siegel BA, and Waxman AD: Radiology 153(2):515-521, 1984.

91. Cholescintigraphy in acute acalculous cholecystitis: Ramanna LR, Brachman MB, Tanasescu DE, Berman DS, and Waxman AD: Am J Gastroent 79(8):650-653, 1984.

92. Contribution of nuclear medicine in the evaluation of neoplasia and diffuse parenchymal disease of the lung: Waxman AD: Current Concepts in Diagnostic Nuclear Medicine, Vol.1, No.1, P11-15, Spring 1984.

93. Nuclear medicine techniques in the evaluation of gastrointestinal bleeding: Waxman AD: Current Concepts in Diagnostic Nuclear Medicine 2(3):13-16, 1985.

94. Quantification of rotational thallium-201 myocardial tomography: Garcia EV, Van Train K, Maddahi J, Prigent F. Friedman J, Areeda J, Waxman AD, and Berman DS: J Nucl Med 26(1):17-26, 1985.

95. Correlation of thyroglobulin measurements and radioiodine scans in the follow-up of patients with differentiated thyroid cancer: Ramanna LR, Waxman AD, Brachman MB, Sensel N, Tanasescu DE, Berman DS, Catz B. and Braunstein GD: Cancer 55(7):1525-1529, 1985.

96. Nuclear medicine techniques in the evaluation of gastrointestinal bleeding: Waxman AD: Current Concepts in Diagnostic Nuclear edicine, Vol.2, No.3, Fall 1985.

97. Osteoblastic metastasis of rib cage causing attenuation on liver scan. Ramanna L, Brachman, MB, Tanasescu DE, and Waxman AD. Clin Nucl Med, 10(9):665-666, Sept. 1985 (interesting case).

98. Evaluation of low-dose radioiodine ablation therapy in postsurgical thyroid cancer patients. Ramanna L, Waxman AD, Brachman MB, Tanasescu DE, Sensel N, and Braunstein GD. Clin Nucl Med, 10(11):791-795, November 1985.

99. Treatment rationale in thyroid carcinoma: Effect of scan dose. Ramanna L, Waxman AD, Brachman MB, Tanasescu DE, Sensel N, Brausntein GD. Clin Nucl Med, 10(10):687-689, 1985.

100. Post-perfusion xenon-133 ventilation scintigraphy with a narrow window. Stern MG, Waxman   AD, Ramanna L, Julien P. and Chappel M. AJR 145:511-515, September 1985.

101. Editorial: The role of nuclear medicine in diagnosing thyroid disorders: Current Concepts in Diagnostic Nuclear Medicine, Vol.3, No.1, P2-3, Spring 1986.

102. An update on the role of nuclear medicine in pulmonary disorders: Waxman AD: Seminars in Nuclear Medicine, Vol.XVI, No.4, P199-231, October 1985.

103. MR Imaging of Pulmonary Emboli: An experimental Study in Dogs: AJR 147:1133-1137, December 1986.

105. Regional comparison of Technetium-99m DTPA aerosol and radioactive gas ventilation (Xenon and Krypton) studies in patients with suspected pulmonary embolism: Ramanna L, Alderson PO, Waxman AD, Berman DS, Brachman MB, Kroop SA, Goldsmith M, and Tanasescu DE: Nucl Med 27(9):1391-1396, September 1986.

106. Nuclear medicine techniques in the evaluation of pulmonary neoplasia: Waxman AD: J of Thoracic Imaging, Vol.2, No.4, P50, October 1987.

107. Failure of episodic high-dose oral verapamil therapy to convert supraventricular tachycardia: a study of plasma verapamil levels and gastric motility: Hamer AW, Tanasescu DE, Marks JW, Peter T, Waxman AD, Mandel WJ: American Heart Journal, 114(2):334-342, 1987.

108. Gallium-67 citrate localization in osteoclast nuclei of Paget's disease of bone: Mill BG, Masuoka LS, Graham CD Jr., Singer FR, and Waxman AD: J Nucl Med 29:1083-1087, 1988.

109. False-Positive iodine-131 body scan caused by a large renal cyst: Brachman MB, Rothman BJ, Ramanna L, Tanasescu DE, Adelberg H. and Waxman AD: Clinical Nuclear Medicine 13:No.6:416-418, 1988.

110. Comparison of magnetic resonance imaging and Radionuclide imaging in the evaluation of renal transplant failure. Goldsmith MS, Tanasescu DE, Waxman AD, Crues JV 3d: Clinical Nuclear Medicine 13:No.4:250-257, 1988.

111. Occult fractures of the proximal femur with MR imaging. Deutsch AL, Mink JH, and Waxman AD: Radiology 170:113-116, 1989.

112. Incidental detection of hematopoietic hyperplasia on routine knee MR imaging. Deutsch AL, Mink JH, and Waxman AD: AJR 152:333-337, 1989.

113. Thallium-201 scintigraphy in bone sarcoma: Comparison with gallium67 and technetium-MDP in the evaluation of chemotherapeutic response: Ramanna L, Waxman AD, Binney G. Waxman S. Mirra J, and Rosen G: J Nucl Med 31:567-572, 1990.

Curriculum Vitae - Alan D. Waxman, M.D.
Page 9 of 48  *Sept 2015)*

114. Thallium-201 scintigraphy in differentiated thyroid cancer: Comparison with radioiodine scintigraphy and serum thyroglobulin determinations: Ramanna L, Waxman AD, and Braunstein G: J Nucl Med 32:441-446, 1991.

115. Nuclear Oncology. Waxman AD. Current Opinion in Radiology (3):871-876, 1991.

116. Thallium-201 in nuclear oncology: Waxman AD: Nuclear Medicine Annual 193-209, 1991.

117. Scintigraphic findings mimicking focal nodular hyperplasia in a case of hepatoblastoma: Tanasescu DE, Waxman AD, and Hurvitz C: Clinical Nuclear Medicine 16(4):236, April 1991.

117. Use of thallium-201 in tumor evaluation: Waxman AD: Western Journal of Medicine 157(1):60, July 1992.

118. Thallium Scintigraphy in the Evaluation of Mass Abnormalities of the Breast: Waxman AD, Ramanna L, Memsic LD, Foster CE, Silberman AW, Gleischman SH, Brenner RJ, Brachman MB, Kuhar CJ, Yadegar J: Journal of Nuclear Medicine 34(1):18-23, Jan 1993.

119. Regional Distribution of Lung Perfusion and Ventilation at Rest and During Steady-State Exercise After Unilateral Lung Transplantation: Ross DJ, Waters PF, Waxman AD, Koerner SK, Moheenifar Z: Chest, 104(1):130-135, July 1993.

120. Serial Thallium-201 Scintigraphy in osteosarcoma:Correlation with Tumor Necrosis After Preoperative Chemotherapy. Rosen G, Loren GJ, Brien EW, Ramana L, Waxman AD, Lowenbraun S, Eckardt JJ, Eilber F, Menendez L, Mirra JM. Clinical Orthopaedics, Vol. 293, p302-306: August 1993.

121. The Rim Sign in Acute Cholecystitis. Comparison of Radionuclide, Surgical, and Pathologic Findings: Brachman MB, Goodman MD, Waxman AD: Clinical Nuclear Medicine 18(10):863-866, Oct 1993.

122. The Safety and Pharmacokinetics in Adult Subjects of an Intravenously Administered $^{99m}$Tc-99-Labeled 17 Amino Acid Peptide (CYT-379). Ben-Haim S, Kahn D, Weiner GJ, Madsen MT, Waxman AD, Williams CM, Clarke-Pearson DL, Coleman RE, Maguire RT. Nuc Med Biol Vol. 21, No.2, p 131-142, 1994.

123. Isogravitational Heterogeneity of Perfusion After Unilateral Lung Transplantation: Ross DJ, Koerner SK, Elashoff J, Waxman AD, Mohsenifar Z: Clinical Science 89(3):285-291, Sept 1995.

124. Tc-99m Pertechnetate Scrotal Imaging of an Inguinal Hernia Simulating Testicular Inflammation: Sokoloff RM, Waxman AD: Clinical Nuclear Medicine, 20(11):1021-1022, 1995 Nov.

125. Technetium-99m Sestabibi Scanning in Multiple Myeloma Stem Cell Transplantation: Look RM, Lim SW, Waxman AD, Gupta PK. Fuerst MP, Kusuanco DA, Lawrence GN. Giles FJ: Leukemia and Lymphoma, Vol.20 (5-6):pp 453-456, April 1995.

126. New Modalities of Brain Imaging and Neurocognitive Assessment: Emerging Areas of Interest and Controversy Related to Applications in Head Injury, neurotoxicology and Environmental Medicine. Moser F, Schaeffer J, Waxman AD, Mayberg, H, Newer MR. Disability, Vol. 4 No. 2, p 1-12: 1995.

127. Comparison of Gallium-67 Citrate and Thallium-201 Scintigraphy in Peripheral and Intrathoracic Lymphoma: Waxman AD. J Nucl Med, 37(1):46-50, January 1996.

128. Assessment of regional VA/Q relationship by SPECT after single lung transplantation: Ross DJ, Kass RM, Waxman AD, Mohsenifar A: Clinical Science.

129. Radionuclide Breast Imaging, February 1996.

130. Technetium-99m Sestamibi Scanning in Multiple Myeloma Stem Cell Transplantation. RM Look, SW Lim, AD Waxman, PK Gupta, MM Fuerst, DA Kusuanco, GN Lawrence, FJ Giles. Leukemia & Lymphoma. 20(5-6):453-456, Feb 1996.

131. Ethical Clinical Practice of Functional Brain Imaging: Waxman AD, Committee Members (acknowledgements): Journal of Nuclear Medicine, 37(7):1256-1258, July 1996.

132. Tc-99m Sestamibi Scintigraphy in Palpable and Non-Palpable Breast Lesions, August 1996.

133. Micro-Simulation to Aid Clinical Evaluation of a New Imaging Technology: the Case of Sestamibi Imaging and Non-Palpable Breast Abnormalities, September 1996.

134. Collimation approaches to 511-kEv Imaging. AD Waxman. Western Journal of Med. 165(5) 305-6, Nov 1996.

135. The Role of Tc-99m Methoxyisobutylisonitrile in Imaging.  Seminars in Nuclear Medicine, Vol. 27, (1), pp 40-54,  January 1997

136. Tumor Quantitation and Monitoring in Whole-Body Planar Technetium-99m Sestamibi Imaging. S Van Kriekinge, G Germano, C Forscher, G Rosen, P Gupta, and AD Waxman. The Journal of Nuclear Medicine, Vol. 38,(3), pp356-361, March 1997.

137. Radionuclide Imaging of the Breast : Clinical Applications, September 1997

138. Comparison of Technetium-99m sestamibi and indium-111 octreotide imaging in a patient with Ewing's sarcoma before and after stem cell transplantation. FJ Giles, AD Waxman, KN Nguyen, MP Fuerst, DA Kusuanco , MM Franco, H Bierman, SW Lim.  Cancer 80:2478-83, Dec 1997.

139. A Perspective on Decision Analysis Modeling as It Relates to Sestamibi Imaging of Nonpalpable Breast Abnormalities: Waxman AD.  J Nucl Med  38(11):1778-1780,  Nov 1997.

140. Chapter 7: "Primary Bone Tumors". AD Waxman, LL Seeger, CA Forscher, G Rosen. Skeletal Nuclear Medicine pp 125-135, 1998.

141. Thallium-201 and Tc-99m MIBI in Nuclear Oncology"; AD Waxman. Diagnostic Nuclear Medicine, 3rd Edition, Volume 2; pp 1261-1274,1998.

142. Procedure guideline for brain perfusion SPECT using technetium-99m radiopharmaceuticals-Society of Nuclear Medicine. JE Juni AD Waxman, MD Devous, RS Tikofsky, M Ichise, RL Van Heertum, BL Holman, RF Carretta, CC Chen. Journal of Nuc Med 39(5):923-6, May 1998.

143. 3rd Edition of Cerebral SPECT/PET Imaging, Oct 1998.

144. 3rd Edition of Cerebral SPECT/PET Imaging RL Van Heertum, RS Tikofsky, AD Waxman. Nov 1998.

145. Fat Tolerance depends on rapid gastric emptying. HC Lin, GW Van Citters, XT Zhao, AD Waxman. Digestive Diseases & Sciences. 44(2):330-5, Feb 1999.

146. The Role Of Nuclear Medicine In Breast Tumors: Chapter 8: Breast Cancer. AD Waxman, C Aktolun. Nuclear Oncology:  pp 143-161, March 1999.

147. Book Chapter: Functional Brain Imaging in the Assessment of Multiple Chemical Sesitivities. Waxman AD. Occupational Medicine Vol. 15, No. 3, p 611-616. July-Sept 2000.

148. Techniques in Thyroidology: Accuracy Considerations When Using Early (4 or 6-hour) Radioactive Iodine Uptake to Predict 24-Hour Values for Radioactive Iodine Dosage in the treatment of Graves' Disease. LF Morris, AD Waxman,  GD Braunstein. Thyroid, Vol. 10, No. 9, p 779-787, 2000.

149. Primary Bone Tumors: Thallium-201, Technetium-99m-Sestamibi, and Fluorine-18-Deoxyglucose: Chapter 39: AD Waxman, and Abdel-Dayam HM. Nuclear Oncology. pp509-524, Jan 2001.

150. Reevaluation of the Impact of a Stringent Low-Iodine Diet on Ablation Rates in Radioiodine Treatment of Thyroid Carcinoma. LF Morris, AD Waxman, MS Wilder, GB Braunstein.  Thyroid. Vol.11: pp749-755, 2001.

151. The Non-Impact of Thyroid Stunning: Remnant Ablation Rates in I-131 Scanned and Non-Scanned Individuals. LF Morris,  AD Waxman, GD Braunstein.  J Clin Endocrinol Metab, Vol. 86: pp3507-3511, 2001.

152. Book Chapter in Publication: Thallium-201 and Technetium 99-m Methoxyisobutyl Isonitrile (MIBI) in Nuclear Oncology. Diagnostic Nuclear Medicine. AD Waxman.  November 2001.

153. Book Chapter: PET: Functional Imaging Applications in Oncology. AD Waxman. Medica Mundi: January 2002.

154. 99m Tc-anti-CD 15 monoclonal antibody (LeuTech) Imaging imprves diagnostic accuracy and clinical management in patients with equivocal presentation of appendicitis. EB Rypins, SL Kipper, F Weiland, C Neal, B Line, R McDonald, A Klonecke, B Barron, C Palestro, AD Waxman, S Bunker, RF Carretta.  Ann Surg 235 (2): 232-239, Feb 2002.

155. FDG-PET Reassures and Reveals High Risk Multiple Myeloma. Durie BGM, Waxman AD, D'Agnolo A, CM Williams. Comprehensive Cancer Center and Imaging Department, Cedars-Sinai Medical Center. J Nucl Med

156. Whole Body F-18 FDG PET Identifies High-Risk Meyloma. BGM Durie, AD Waxman, A D'Agnolo, CM Williams. JNM Vol 43(11), pp 1457-1463,Nov. 2002

157. Fluorodeoxyglucose PET Imaging in Radiation Therapy Planning. AD Waxman, J Yap, J Fontanesi, P Slomka. Medica Mundi 47(3), pp 10-16, Nov 2003.

Curriculum Vitae - Alan D. Waxman, M.D.
Page 11 of 48 *Sept 2015)*

158. Preparing Patients for PET Imaging: The Importance of Prescan Communication. Discussions in PET Imaging newsletter: Feb 2004.

159. Functional Brain Imaging in Dementia: The Transition from SPECT to PET. Medica Mundi. Vol 49, No.1; May 2005.

160. Functional Brain Imaging in Dementia: The Transition from SPECT to PET. Busines Briefing: US Neurology Review 2005 journal. July 2005.

161. Preoperative FDG-PET for axillary metastases in Patients with Breast Cancer. Chung, Alice, Liou, Doug, Karlan, Scott, Waxman, Alan, Fujimoto, Kayo. Arch Surg, 141: 783-789: 2006.

162. Diagnostic Imaging: Nuclear Medicine. Kathryn Morton, MD, Paige Clark, MDCarl Christensen, MD, Janis O'Malley, MD, Todd Blodgett, MD, Alan Waxman, MD, Jeffrey Stevens, MD,Ralph Drosten, Crispin Chinn, MD, Robert Nance, MD, Anita Thomas, MD.,Thomas Heston, MD, FAAFP. Nov 2007

163. Clinical validation of the watershed sign as a marker for neuropsychiatric systemic lupus erythematosus.  Driver, Catherine B. Waxman, Alan D et al. Arthritis & Rheumatism. Arthritis Care & Research. 59(3):332-337, March 15, 2008

164. Use and utility of metaiodobenzylguanidine scintigraphy in pheochromocytoma diagnosis Yu,  Run, Lev, Irina, Kelekar, Gauri , Waxman, Alan. Endocrine Practice. 2009. In printing

165. Metabolic and Receptor Imaging in Patients with Neuroendocrine Tumors: Comparison of FDG-PET with Indium-111 Pentetreotide. Zalom, Martina; Waxman, Alan; Yu, Run; Le,, Jessica; Ih, Grace; Wolin, Edward. Endocrine Practice;15(No. 7) 521, Nov-Dec 2009.

166. Society of Nuclear Medicine Procedure Guideline for FDG PET Brain Imaging. Alan D. Waxman, MD; Karl Herholz, MD; David H. Lewis, MD; Peter Herscovitch, MD; Satoshi Minoshima, MD; PhD, Masanori Ichise, MD; Alexander E. Drzezga, MD; Michael D. Devous, Sr., PhD; James M. Mountz, MD, PhD.Version 1.0, approved February 8, 2009..

167. Procedure Guideline for Brain Perfusion SPECT Using 99mTc Radiopharmaceuticals 3.0 Jack E. Juni, Alan D. Waxman, Michael D. Devous, Sr., Ronald S. Tikofsky, Masanori Ichise, Ronald L. Van Heertum, Robert F. Carretta, and Charles C. Chen. Approved February 8, 2009

168. Principles and Practice of Surgical Oncology. Role of Positron Emission Tomography and PET-CT in Oncology. Commentary by Alan Waxman, MD. Pgs 184 -187.  June 29, 2009.

169. Impact of carbohydrate restriction with and without fatty acid loading on myocardial [18]F-FDG uptake during PET: A randomized controlled trial. Victor Y. Cheng, Piotr J. Slomka, Marie Ahlen, Louise E. J. Thomson, Alan D. Waxman and Daniel S. Berman. Journal of Nuclear Cardiology. December 15, 2009

170.  Metabolic and Receptor Ima ging in Patients with Neuroendocrine Tumors : Comparison of Fludeoxyglucose -Positron Emission Tomography and Computed Tomo grap hy with Indium In 111 Pentetreotide. Martina L. Zalom, MD; Alan D. Waxman, MD; Run Yu, MD, PhD; Jessica Lee, BS; Grace Ih, BS; Edward M. Wolin, MD. Endocr Pract. 2009;15:521-527.

171. Impact of carbohydrate restrictionwith and without fatty acid loading on myocardial 18F-FDG uptake during PET: A randomized controlled trial. Victor Y. Cheng, MD, Piotr J. Slomka, PhD, Marie Ahlen, MD, RD, Louise E. J. Thomson, MD, Alan D. Waxman, MD, and Daniel S. Berman, MD. Dietary control of myocardial FDG uptake: Journal of Nuclear Cardiology: online publication, December 15, 2009.

172. Tc-99m MDP Uptake in a Metastatic Prostate Cancer Lymph Node. Michael E. Witkosky, Louise E.J. Thomson, Alan D. Waxman, Mamata Chithriki, Leland Green.  March 2010 *http://www.diagnosticimaging.com/display/article/113619/1482999?verify=0*

173. Discordant Emptying From Hiatal Hernia and Stomach With Severe Esophageal Reflux Demonstrated by Gastric Scintigraphy. Witkosky, Michael E. and Waxman, Alan D. Clinical Nuclear Medicine • Volume 35, Number 3, March 2010.

174. Use and utility of metaiodobenzylguanidine scintigraphy in pheochromocytoma diagnosis. Lev Irina, Kelekar Gauri, Waxman Alan, Yu Run. Endocr Practice. May-June 2010;16(3):398-407.

175. The Effectiveness of Radioactive Iodine for Treatment of of Low Risk Thyroid Cancer: A Systematic Analysis of the Peer-Reviewed Literature (January 1966-April 2008)". W Sacks, AD Waxman, et al. Thyroid, July 2010.

176. FDG-PET Findings in pathologically identified lymph node, adenoid or splenic hyperplasia M Edmunds, AD Waxman, et al. J Nuclear Medicine, 50(Supplement 2): 642, 2009.

177. ACR Appropriateness Criteria® on Cerebrovascular Disease. Robert L. DeLaPaz, Franz J. Wippold II, Rebecca S. Cornelius, Sepideh Amin-Hanjani, Edgardo J. Angtuaco, Daniel F. Broderick, Douglas C. Brown, Jeffrey L. Creasy, Patricia C. Davis, Charles F. Garvin, Brian L. Hoh, ,Charles T. McConnell Jr, Laszlo L. Mechtler, David J. Seidenwurm, James G. Smirniotopoulos, Paul J. Tobben, Alan D. Waxman, and Greg J. Zipfel. J American College of Radiology 2011;8:532-538.

178. Bone Pain As A Primary Predictor Of Bone Metastasis: A Retrospective Review. Motamedi Daria, Merchant J , Ih G, Craig N, Su A, Lee J , Lyass O, Barondess P,  Bresee C, D'agnolo A, Waxman A. J Clin Nuc Med. 50 (Supplement 2):1729; May 2009.

179. Recommendations for Performance of FDG-PET Imaging: Society of Nuclear Medicine Procedure Guideline for FDG PET Brain Imaging. Alan D. Waxman, MD; Karl Herholz, MD; David H. Lewis, MD; Peter Herscovitch, MD; Satoshi Minoshima, MD; PhD, Masanori Ichise, MD; Alexander E. Drzezga, MD; Michael D. Devous, Sr., PhD; James M. Mountz, MD, PhD. Journal of Nuclear Medicine Technology Review, June 2011.

180. The role of dopaminergic imaging in patients with symptoms of dopaminergic system neurodegeneration. Jeffrey L. Cummings, Claire Henchcliffe, Sharon Schaier, Tanya Simuni, Alan Waxman and Paul Kemp. Review article. Brain:Journal of Neurology. August 2, 2011.

181. ACR Appropriateness Criteria® on cerebrovascular diseaseDeLaPaz, R.L., Wippold II, F.J., Cornelius, R.S., Amin-Hanjani, S., Angtuaco, E.J., Broderick, D.F., Brown, D.C., Creasy, J.L., Davis, P.C., Garvin, C.F., Hoh, B.L., McConnell Jr., C.T., Mechtler, L.L., Seidenwurm, D.J., Smirniotopoulos, J.G., Tobben, P.J., Waxman, A.D., Zipfel, G.J.Journal of the American College of Radiologyvolume 8, issue 8, year 2011, pp. 532 – 538.

182. American College of Radiology. ACR appropriateness criteria®Head trauma. Expert Panel on Neurologic Imaging: Patricia C. Davis, MD; Franz J. Wippold II, MD; Rebecca S. Cornelius, MD; Ashley H. Aiken, MD; Edgardo J. Angtuaco, MD; Kevin L. Berger, MD; Daniel F. Broderick, MD; Douglas C. Brown, MD; Annette C. Douglas-Akinwande, MD; Charles T. McConnell Jr, MD; Laszlo L. Mechtler, MD; J. Adair Prall, MD; Patricia B. Raksin, MD; Christopher J. Roth, MD; David J. Seidenwurm, MD; James G. Smirniotopoulos, MD; Alan D. Waxman, MD. In Progress Jan 2012.

183. The SNM Practice Guideline for Therapy of Thyroid Disease with Iodine 131. Edward B. Silberstein, M.D., M.A. ; Abass Alavi, M.D.; Helena R. Balon, M.D.; Susan E. M. Clarke, M.D.; Chaitanya Divgi, M.D.; Michael J. Gelfand, M.D; Stanley J. Goldsmith, M.D.; Hossein Jadvar, M.D., Ph.D.; Carol S. Marcus, Ph.D.,M.D; William H. Martin, M.D.; J. Anthony Parker, M.D., Ph.D.; Henry D. Royal, M.D; Salil Sarkar, M.D; Michael Stabin, Ph.D; Alan D. Waxman, M.D. Jan 2012.

184. [18]FDG PET-CT:  A Novel Approach for the Diagnosis of Cholecystitis for Equivocal Diagnoses After Ultrasound Imaging.Yosef Nasseri, MD, Ariel J. Ourian, Alan Waxman MD, Alessandro D'Angolo, MD, Louise E. Thomson, MBChB, Daniel R. Margulies, MD.Cedars-Sinai Medical Center, Los Angeles, California. The American Surgeon. Vol. 78. pp 1109-1113. October 2012.

185. Correlation of FDG Brain PET (PET) with Hippocampal Volumetric MRI (VMRI) in Patients with Dementia: Non-Correlation in Alzheimer's Disease (AD). Kightlinger, Blake; Waxman, Alan D.; Ih, Grace; Kohli, Kanchan; Klein, Elizabeth; Moser, Franklin G.; Maya, Marcel; Pressman, Barry. J Nucl Med; 53 (Supplement 1): 2012.

186. Severity of Dyspeptic Symptoms Correlates with Delayed and Early Variables of Gastric Emptying Andres Ardila-Hani, Mane Arabyan, Alan Waxman, Grace Ih, Dror Berel, Mark Pimentel, Jeffrey Conklin, Edy E. Soffer. Dig Dis Sci; August 24, 2012.

187. FDG-PET to predict outcome of patients with liver metastasis treated with Yttrium –90 Radioembolization . Zalom, Martina; Ih, Grace; Friedman, Marc; Wolin, Edward; Yu, Run; Waxman, Alan D. J Nucl Med. 53 (Supplement 1):568. 2012.

188. Evaluation of [F-18]HX4 (a hypoxic tumor marker) to Detect Hypoxia in Tumors: Correlation with FDG PET. Mirhadi, Amin; Waxman, Alan D.; D'Agnolo, Alessandro; Ih, Grace; Kolb, Hartmuth; Hakimian, Behrooz; Burnison, Michele; Sandler, Howard. J Nucl Med. 53 (Supplement 1):394. 2012.

189. Simplified Protocol for FDG-PET in Patients with Suspected Cholecystitis: Technical Aspects

Curriculum Vitae - Alan D. Waxman, M.D.
Page 13 of 48  *Sept 2015)*

Barondess, Paula; Waxman, Alan D; D'Agnolo, Alessandro; Thomson, Louise. J Nucl Med. 53 (Supplement 1): 2514. 2012.

190. Clinical utility of FDG-PET for diagnosis of adrenal mass: a large single-center experience. Allison Pitts, Grace Ih, Meng Wei, Deepti Dhall, Nicholas N. Nissen, Alan Waxman, Run Yu. Hormones. 12(3): 417-427. 2013.

191. Unsuspected Fluorodeoxyglucose Positron Emission Tomography(FDG-PET)YPositive Pancreatic Lesions Prevalence and Significance. Allison Pitts, BS, Nicholas N. Nissen, MD, Alan Waxman, MD, Run Yu, MD, PhD. Pancreas Journal. Volume 42, Number 7, October 2013

192. Severity of dyspeptic symptoms correlates with delayed and early variables of gastric emptying. Ardila-Hani A, Arabyan M, Waxman A, Ih G, Berel D, Pimentel M, Conklin J, Soffer EE. Digestive diseases and sciences. 58 (2):478-87. doi: 10.1007/s10620-012-2355-5. PubMed PMID: 22918685. 2013.

193. A ROC analysis of hippocampal volumetric MRI (VMRI) in determining Alzheimer's disease (AD) in patients with positive FDG brain PET (PET). Blake Kightlinger, MD, Alan Waxman, Grace Ih, Kanchan Kohli, Elizabeth Klein, Frank Moser, Nebil Hassen, Marcel Maya, Barry Pressman. J Nucl Med. (supplement). May 2013.

194. Repeatability of hypoxia PET imaging using [18F]HX4 in lung and head and neck cancer patients: a prospective multicenter trial. Zeger, Catharina, ML, Waxman, A., et al. European Journal of Nuclear Medicine and Molecular Imaging, May 2015.

## PUBLISHED ABSTRACTS:

1. Abnormalities of carbohydrate metabolism in acute intermittent porphyria: <u>Waxman AD</u>, and Tschudy D: J Clin Invest 46:1129, 1967.

2. Hepatic function studies with scintillation imaging devices: Leins PA, <u>Waxman AD</u>, and Siemsen JK: Clin Res 17:112, 1969.

3. Hepatic function as determined by I-131 rose bengal kinetics, computer parameterization techniques: <u>Waxman AD</u>, Leins PA, and Siemsen JK: Clin Res 17:114, 1969.

4. Liver function studies with the multicrystal scanner: Siemsen JK, <u>Waxman AD</u>, and Leins PA: JNM 10:435, 1969

5. Computer analysis of rose bengal kinetics: <u>Waxman AD</u>, Leins PA, and Siemsen JK: Clin Res 18:131, 1970.

6. Isotope kinetic studies of liver disease: <u>Waxman AD</u>, Leins PA, Siemsen JK: Clin Res 18:131, 1970.

7. In vivo dynamic studies of hepatocyte function: <u>Waxman AD</u>, Siemsen JK, and Leins PA. JNM 11:374, 1970.

8. Improvement of Anger camera images by digital techniques: <u>Waxman AD</u>,  Siemsen JK, and Wright J: JNM  11:375, 1970.

9. Rapid sequential evaluation of hepatic lesions using isotope imaging: <u>Waxman AD</u>, Apau R. and Siemsen JK: Clin Res 20:223, 1972.

10. Sequential liver imaging: <u>Waxman AD</u>, Apau R. and Siemsen JK: JNM 13:475, 1972.

11. Arterialization of hepatic malignancies: <u>Waxman AD</u> and Siemsen JK: Clin Res 21:261, 1973.

12. Gallium brain scanning and the differential diagnosis of brain tumors: <u>Waxman AD</u>, Lee G. and Siemsen JK: Clin Res 21:277, 1973.

13. Scintigraphic differentiation of focal hepatic disease: Siemsen JK, <u>Waxman AD</u>, Leins PA, and Mclff B: JNM 14:452, 1973.

14. Gallium brain scanning and thke differential diagnosis of central nervous system lesions: <u>Waxman AD</u>, Lee G. and Siemsen JK: JNM 14:463, 1973.

15. Dynamic imaging of the spleen: <u>Waxman AD</u>, Telfer N, and Siemsen JK: JNM 14:463, 1973.

16. Early detection of hematogenous osteomyelitis: The use of bone scanning techniques: <u>Waxman  AD</u>, Bryan D, and Siemsen JK: Clin Res 2:186, 1974.

17. Gallium scanning of cranial and intracranial infections: <u>Waxman AD</u>, and Siemsen JK:    Clin Res 23:108A, 1975.

18. Correlation of scintigraphic and Sonographic findings in focal liver disease: Lee GL, Wilson RL, Waxman AD, and Siemsen JK: JNM 15:511, 1974.

19. Early diagnosis of hematogenous osteomyelitis: Siemsen JK, and Waxman AD: JNM  15:533, 1974.

20. A combined Radionuclide approach in the evaluation of post craniotomy patients: Waxman AD, Lee GC, Wolfstein RS, and Siemsen JK: JNM 15:542, 1974.

21. Further observations of gallium-67 evaluation of cerebral lesions: Waxman AD, Lee GC, Wolfetein RS, and Siemsen JK: JNM 15:542, 1974.

22. Gallium scanning of the gallbladder: Waxman AD, and Siemsen JK: JNM  15:543, 1974. .

23. The calculation of relative weights for nuclear medicine procedures: Waxman AD, and Siemsen JK: JNM 15:543, 1974.

24. Evaluation of squamous cell carcinoma of the cervix using In-111 bleomycin: Woolfenden JM, Waxman AD, DiSaia PJ, and Siemsen JK: JNM 15:545, 1974.

25. Gallium scanning of cranial and incranial infections: Waxman AD,  Siemsen JK:  Clin  Res 23:108A, 1975.

26. Comparison of delayed 99m-technetium DTPA and pertechnetate camera brain images: Sakimura IT, Waxman AD, and Siemsen JK: JNM 16:564, 1975.

27. Are all Gallium Citrate Preparations the Same? Waxman AD, Kawada T, Siemsen JK, and Wolf W: JNM 16:580, 1975.

28. Gallium scanning of intracranial infections: Waxman AD, and Siemsen JK: JNM 16:580, 1975.

29. Tc-99m glucoheptonate as a brain scanning agent: Waxman AD, Tanasescu D, Siemsen JK, and Wolfstein RS: JNM 15:580-581, 1975.

30. Gallium scanning in Paget's disease of bone: A superior parameter in following the response to calcitonin therapy: Waxman AD, Siemsen JK, and Singer F: JNM 18:621, 1977.

31. Steroid Induced Suppression of Gallium Uptake in Tumors of the Central Nervous Sytem: Waxman AD, Beldon JR, Richli WR, Tanasescu DE, and Siemsen JK: JNM 18:617, 1977.

32. Critical Evaluation of Tc-99m Glucoheptonate as a Brain Scanning Agent: Tanasescu DE, Wolfstein  RS, and Waxman AD: JNM 18:631, 1977.

33. A Method for Evaluating Intracranial Tumor Removal Immediately Following Craniotomy: Waxman   AD, Apuzzo MJ, and Siemsen JK: JNM 18:631, 1977.

34. Transient Left Ventricular Dysfunction Immediately After Uncomplicated Coronary Artery Bypass Graft Surgery: Gray R. Maddahi J, Berman D, Raymond M, Waxman AD, Ganz W. Matloff J, and Swan HJC: Clin Res 26(3):236A, 1978.

35. Relations Between Scintigraphic and Hemodynamic Parameters in Early Acute Myocardial Infarction: Shah PK, Maddahi J, Berman D, Pichler M, Peter T, Waxman AD, Singh B. Swan HJC, and Forrester J: Clin Res 26(3):271A, 1978.

36. Two Minute Multiple Gated Scintigraphic Assessment of Left Ventricular Ejection Fraction and Regional Wall Motion: Validation of the Method: Maddahi J, Berman D, Silverberg R. Gray R. Waxman AD, Charuzi Y. Vas R. Buchbinder N, Shah PK, Swan HJC, and Forrester J: Clin Res 26(3):250A, 1978.

37. Scintigraphic Correlates of Precordial ST Depression in Acute Inferior Myocardial Infarction: Identification of a High Risk Subset: Shah PK, Maddahi J, Berman D, Pichler M, Peter T, Waxman AD, Singh B. Forrester J, Diamond G. and Swan HJC: Clin Res 26(3):271A, 1978.

38. Validation of a Two Minute Techniques for Multiple Gated Scintigraphic Assessment of Left Ventricular Ejection Fraction and Regional Wall Motion: Maddahi J, Berman D, Silverberg R. Charuzi Y. Buchbinder N, Gray N, Waxman AD, Vas R. Shah PK, Swan HJC, and Forrester J: JNM 19:669, 1978.

39. Evaluation of Left Ventricular Function During Sitting Bicycle Exercise by Multiple Gated Scintigraphy: Validation and Clinical Application in Coronary Disease: Berman D, Maddahi J, Charuzi Y. Gray R. Waxman AD, Vas R. Swan HJC, and Forrester J: JNM 19:711, 1978.

40. Scintigraphic and Hemodynamic Demonstration of Transient Left Ventricular Dysfunction Immediately After Uncomplicated Coronary Artery Bypass Graft Surgery: Maddahi J, Gray R. Berman D, Raymond M, Waxman AD, Ganz W. Matloff J, and Swan HJC: JNM 19:735, 1978.

Curriculum Vitae - Alan D. Waxman, M.D.
Page 15 of 48 *Sept 2015)*

41. Scintigraphic Identification of a High Risk Subset of Acute Inferior Myocardial Infarction:Shah PK, Berman D, Maddahi J, Pichler M, Peter T, Waxman AD, Singh B. Forrester IJ, and Swan HJC: JNM 19:680, 1978.

42. Right Ventricular Ejection Fraction Determination by Rapid Multiple Gated Equilibrium Cardiac Blood Pool scintigraphy: Description and validation of a new technique: Maddahi J, Berman DS, Matsuoka D, Waxman AD, Forrester JS, and Swan HJC: Soc of Nucl Med, 3rd Annual Western Regional Meeting, Vancouver, British Columbia, Page H9, 1978.

43. Right ventricular performance immediately after uncomplicated coronary artery bypass graft surgery: Scintigraphic demonstration of transient dysfunction: Maddahi J, Berman DS, Gray R. Raymond M, Waxman AD, Ganz W. Matloff J, Swan HJC: Soc of Nucl Med, 3rd Annual Western Regional Meeting, Vancouver, British Columbia, Page H10, 1978.

44. Response of right ventricular ejection fraction to exercise in normals and coronary artery disease patients: Assessment by a new multiple gated equilibrium Scintigraphic technique: Berman DS, Maddahi J, Matsuoka D, Charuzi Y. Waxman AD, Gray R. Swan HJC, and Forrester JS: Soc of Nucl Med, 3rd Annual Western Regional Meeting, Vancouver, British Columbia, Page HII, 1978.

45. Inverse relationship of the rate of redistribution in thallium-201 exercise myocardial scintigraphy to the degree of coronary stenosis: Berman DS, Maddahi J, Charuzi Y. Waxman AD, Diamond G. Swan HJC, and Forrester JS: Society of Nuclear Medicine, 3rd Annual Western Regional Meeting, Vancouver, British Columbia, Page 15, 1978.

46. Assessment of the right ventricular ejection fraction by rapid multiple gated equilibrium scintigraphy: A new technique: Maddahi J, Berman DS, Matsuoka D, Waxman AD, Forrester JS, and Swan HJC: Circulation 58-II-130, 1978.

47. Right ventricular ejection fraction during exercise in coronary artery disease by multiple gated equilibrium scintigraphy: Maddahi J, Berman D, Mat suoka D, Charuzi Y. Waxman AD, Gray R. Swan HJC, and Forrester JS: Circulation 58-II-131, 1978.

48. Regional and global left ventricular function during sitting bicycle exercise: Assessment of coronary disease by multiple gated equilibrium scintigraphy: Berman D, Maddahi J, Charuzi Y. Gray R. Waxman AD, Silverberg R. Vas R. Swan HJC, Diamond G. and Forrester J: Circulation 58-II-25, 1978.

49. Rate of redistribution in Tl-201 exercise myocardial scintigraphy: Inverse relationship to degree of coronary stenosis: Berman D, Maddahi J, Charuzi Y. Waxman AD, Diamond G. Swan HJC, and Forrester J: Circulation 58: II-63, 1978.

50. A quantitative comparison of cross-sectional echocardiography and Radionuclide angiography in acute myocardial infarction: Charuzi Y. Davidson R. Barrett M, Shah P. Berman D, Waxman AD, Picher M, Maddahi J, Corday E, and Swan HJC: Circulation 58:II-52, 1978.

51. Hemodynamic and scintigraphic demonstration of transient right ventricular dysfunction immediately after uncomplicated coronary artery bypass graft surgery: Maddahi J, Gray R. Berman D, Raymond M, Waxman AD, Matloff J, Ganz W. and Swan HJC: Am J Cardiol 43:423, 1979.

52. Noninvasive Radionuclide assessment of left ventricular segmental and global function immediately following coronary artery bypass surgery: Gray R. Maddahi J, Raymond M, Berman D, Waxman AD, Ganz W. Matloff J, Swan HJC: Clin Res 27(1):5A 1979.

53. Combination of exercise Tl-201 myocardial scintigraphy and Tc-99m-RBC wall motion study: A useful noninvasive predictor of extent and location of coronary artery disease: Elkayam U. Berman D, Maddahi J, Diamond G. Charuzi Y. Waxman AD, Staniloff H. Freeman M, Vas R. Forrester J: Clin Res 27(1):3A, 1979.

54. Noninvasive Radionuclide assessment of left ventricular volumes using multiple gated equilibrium scintigraphy: Urban M, Berman D, Maddahi J, Buchbinder N, Matsuoka D, Waxman AD, Charuzi Y. Forrester J, and Swan HJC: Clin Res 27(1):13A, 1979.

55. Improved noninvasive assessment of segmental wall motion in acute myocardial infarction by.an additional 70 view in multiple gated equilibrium scintigraphy: Freeman M, Pichler M, Berman D, Shah PK, Maddahi J, Waxman AD, Staniloff H. Elkayam U. Anderson A, Swan HJC, and Forrester J: Clin Res 2~7(1):3A, 1979.

Curriculum Vitae - Alan D. Waxman, M.D.
Page 16 of 48 *Sept 2015)*

56. Improved global and regional ventricular performance with nitroprusside in acute myocardial infarction: Shah PK, Berman DS, Pichler M, Shellock F. Maddahi J, <u>Waxman AD</u>, and Swan HJC: J Nucl Med 20:640, 1979.

57. Right ventricular ejection fraction at rest and during exercise in normals and in coronary artery disease patients: Assessment by multiple gated equilibrium scintigraphy: Maddahi J, Berman D, Matsuoka D, Charuzi Y. Gray R. Pantaleo N, Swan HJC, Forrester J, and <u>Waxman AD</u>: J Nucl Med 20:625, 1979.

58. Gallium uptake in hilar and mediastinal structures in patients with pulmonary tumors: The significance of cell type on sensitivity and specificity: <u>Waxman AD</u>, Julian P. Komaiko M, Brachman MB, Tanasescu DE, Wolfetein RS, and Berman DS: J Nucl Med 20:645, 1979.

59. Sequential Bayesian analysis of multiple noninvasive tests for the accurate detection of coronary artery disease: Staniloff H. Diamond G. Hirsch M, Berman D, Charuzi Y. Freeman M, Elkayam U. Vas R. <u>Waxman AD</u>, and Forrester J: J Nucl Med 20:651, 1979.

60. Right ventricular ejection fraction assessment by rapid multiple gated equilibrium scintigraphy: Description, validation, and application of a new technique: Maddahi J, Berman D, Matsuoka D, Forrester J, Swan HJC, and <u>Waxman AD</u>: J Nucl Med 20:666, 1979.

61. Noninvasive assessment of latent mechanical function: Comparison of left ventricular segmental wall motion responses immediately postexercise and following nitroglycerin: Eklayam U. Berman D, Freeman M, Staniloff H. Maddahi J, Swan HJC, Forrester J, and <u>Waxman AD</u>: J Nucl Med 20:667, 1979.

62. Apparent worsening of Tl-201 m;yocardial defects during redistribution - what does it mean? Tanasescu D, Berman D, Staniloff H. Brachman M, Ramanna L, and <u>Waxman AD</u>: J Nucl Med 20:688, 1979.

63. Variable time to redistribution in Tl-201 exercise myocardial scintigraphy: Inverse relationship to degree of coronary stenosis: Berman D, Maddahi J, Freeman M, Staniloff H. Elkayam U. Charuzi Y. Tanasescu D, Brachman M, Swan HJC, Forrester J, and <u>Waxman AD</u>: J Nucl Med 20:688, 1979.

64. Half-inch vs. quarter-inch Anger camera technology: Resolution and sensitivity differences at low photopeak energiers:Chapman D, Newcomer K, Berman D, and <u>Waxman AD</u>:J Nucl Med 20:610,1979.

65. Myocardial perfusion by Tl-201 scintigraphy before and after cardiac rehabilitation: Charuzi    Y., Vyden J, Berman D, Freeman M, Cloobeck S. , <u>Waxman AD</u>, Mickle E, and Forrester J: Clin Res 27(2):158A, 1979.

66. Improved longitudinal and transverse single photon emission computed body tomography using an Anger tomographic scanner: Garcia E, Diaz J, Chapman D, Berman D, and <u>Waxman AD</u>: Proceedings of the 4th Annual Western Regional Meeting, Society of Nuclear Medicine. Abstract B3, 1979.

67. Quantitation of sequential thallium-201 myocardial perfsuion scintigraphy: Garcia E. Staniloff H. Berman D, Brown D, Tapnio P. Maddahi J, and <u>Waxman AD</u>: Proceedings of the 4th Annual Western Regional Meeting, Society of Nuclear Medicine, Abstract H3, 1979.

68. Multiple pinhole tomography for thallium-201 stress myocardial scintigraphy: Comparison with planar imaging in assessment of patients undergoing coronary arteriography: Berman D, Staniloff H. Freeman M, Garcia E, Pantaleo N, Maddahi J, Forretser J, and <u>Waxman AD</u>: Proceedings of the 4th Annual Western Regional Meeting, Society of Nuclear Medicine. Abstract H5, 1979.

70. A new method for quantitation of regional left ventricular wall motion using multiple gated equilibrium scintigraphy: Application in normal volunteers: Garcia E, Greeman M, Pantaleo N, Berman D, Maddahi J, and <u>Waxman AD</u>: Proceedings of the 4th Western Regional Meeting, Society of Nuclear Medicine. Abstract, 1979.

71. Thallium-201 myocardial scintigraphy: Comparison with multiple pinhole tomography with planar imaging in the assessment of patients undergoing coronary arteriography: Berman D, Staniloff H. Freeman M, Garcia E, Pantaleo N, Maddahi J, and <u>Waxman AD</u>: Am J Cardiol 45:481, 1980.

72. Right ventricular dysfunction in early acute myocardial infarction: Hemodynamic correlates and prognostic significance: Maddahi J, Shah PK, Berman DS, Pichler M, Pantaleo N, Forrester J,

Swan HJC, and <u>Waxman AD</u>: Society of Nuclear Medicine, 4th Annual Western Regional Meeting, Monterey, CA, Page A5, 1979.

73. Optimization of I-131 scan dose in patients with thyroid cancer: <u>Waxman AD</u>, Ramanna L, Sensel N, Brachman M, Tanasescu D, Berman DS, Catz B. and Braunstein G: Society of Nuclear Medicine, 4th Annual Western Regional Meeting, Monterey, CA, Page G3, 1979.

74. The assessment of supine and upright bicycle exercise by scintigraphic ventriculography in patients with suspected coronary artery disease: Freeman M, Berman D, Staniloff H. <u>Waxman AD</u>, and Forrester J: Society of Nuclear Medicine, 4th Annual Western Regional Meeting, Monterey, CA, Page J6, 1979.

75. A 70 LAO view overcomes the inadequacies of standard views in the scintigraphic assessment of inferior wall motion: Freeman M, Berman D, Staniloff H. <u>Waxman AD</u>, Maddahi J, Buchbinder N, and Swan HJC: Circ 60:II-136, 1979.

76. Prognosis following acute myocardial infarction is relaated to initial left ventricular ejection fraction: Shah PK, Pichler M, Berman D, Freeman M, <u>Waxman AD</u>, and Swan HJC: Circ 60:II-163, 1979.

77. Scintigraphic assessment of latent mechanical function: Comparison of regional and global ventricular responses immediately after upright exercise and following nitroglycerin: Berman DS, Pantaleo N, Elkayam U. Freeman M, Staniloff H. Maddahi J, Garcia E, <u>Waxman AD</u>, Forrester J, and Swan HJC: Clin Res 28:157A, 1980.

78. An integrated format for multiple testing in coronary artery disease: Staniloff H. Diamond G. Berman D, Freeman M, Elkayam U. <u>Waxman AD</u>, and Forrester J: Am J Cardiol 45:463, 1980.

79. Superiority of a new quantitative analysis of stress Tl-201 myocardial scintigrams for detection and evaluation of extent of coronary artery disease: Maddahi J, Garcia E, Berman D, <u>Waxman AD</u>, Forrester J, and Swan HJC: Clin Res 28(2):193A, 1980.

80. Effects of graded exercise on left and right ventricular ejection fractions: Evaluation by scintigraphic ventriculography in 34 normals: Maddahi J, Berman D, Pantaleo N, Freeman M, Prause J, <u>Waxman AD</u>, Forrester J, and Swan HJC: Clin Res 28(2):193A, 1980.

81. A new method for objective assessment of regional left ventricular wall motion using multiple gated equilibrium scintigraphy: Freeman M, Garcia E, Berman D, Maddahi J, <u>Waxman AD</u>, Forrester J, and Swan HJC: Clin Res 28(2):171A, 1980.

82. Comparison of upright and supine exercise for scintigraphic ventriculography in patients with suspected coronary artery disease**:** Freeman M, Berman D, Maddahi J, Staniloff H. Elkayam U. Pantaleo N, <u>Waxman AD</u>, Forrester J, and Swan HJC: Clin Res 28(2):170A, 1980.

83. An objective and quantitative method for assessment of regional left ventricular wall motion using multiple gated equilibrium scintigraphy: Freeman M, Garcia E, Berman D, Maddahi J, Forrester J, Swan HJC, and <u>Waxman AD</u>: J Nucl Med 21(6):P52, 1980.

84. Space-time quantitation of sequential thallium-201 myocardial scintigrams: Description and application of a new method: Garcia E, Maddahi J, Berman D, and <u>Waxman AD</u>: J Nucl Med 21(6):P62, 1980.

85. Clinical comparison of multiple pinhold tomography with planar imaging for thallium-201 stress myocardial scintigraphy: Berman D, Freeman M, Garcia E, Staniloff H. Pantaleo N, Maddahi J, Forrester J, Swan HJC, and <u>Waxman AD</u>: J Nucl Med 21(6):P70, 1980.

86. Normal responses of left and right ventricular ejection fractions during aerobic and anaerobic phases of upright and supine exercise: Maddahi J, Pantaleo N, Brown H. Freeman M, Koerner S. <u>Waxman AD</u>, and Berman D: J Nucl Med 21(6):P4, 1980.

87. Upright or supine - which position is better for exercise scintigraphic ventriculography? Freeman M, Berman D, Maddahi J, Staniloff H. Elkayam U. Pantaleo N, <u>Waxman AD</u>, Forrester J, and Swan HJC: J Nucl med 21(6):P6, 1980.

88. Regional cerebral blood flow measurements in patients with transient ischemic attacks and stroke: A critical comparison of xenon and technetium techniques: <u>Waxman AD</u>, Siegel E, Brachman M, Tanasescu D, Berman D, Ramanna L, Newcomer K, Chapman D, Swan HJC, and Rose H: J Nucl Med 21(6):P22, 1980.

89. Does coronary bypass surgery improve global and regional left and right ventricular response to exercise? Findings of scintigraphic ventriculography during graded ergometry in 34 normals:

Maddahi J, Berman D, Pantaleo N, Freeman M, Prause J, Forrester J, Swan HJC, and Waxman AD: J Nucl Med 21(6):P5, 1980.

90. What is the normal range for left and right ventricular ejection fraction at different levels of exercise? Findings of scintigraphic ventriculography during graded ergometry in 34 normals: Maddahi J, Berman D, Pantaleo N, Freeman M, Prause J, Forrester J, Swan HJC, and Waxman AD: J Nucl Med 21(6):P5, 1980.

91. Noninvasive assessment of extent and location of coronary artery stenosis by combined exercise thallium-201 and exercise gated equilibrium cardiac blood pool scintigraphy: Weinstein M, Elkayam U. Berman D, Maddahi J, Staniloff H. Freeman M, Swan HJC, Forrester J, and Waxman AD: J Nucl Med 21(6):P83, 1980.

92. Quantitative analysis of stress and redistribution Tl-201 myocardial scintigrams improves detection and evaluation of extent of coronary artery disease: Maddahi J, Garcia E, Berman D, Forrester J, Swan HJC, and Waxman AD: J Nucl Med 21(6):P60, 1980.

93. A reproducible new method for radionuclide assessment of right ventricular ejection fraction using pre-processed multiple gated equilibrium scintigraphic images: Van Train K, Mat suoka D, Freeman M, Maddahi J, Berman D, Waxman AD, and Garcia E: J Nucl Med Tech, June 1980.

94. Quantitative analysis of thallium-201 distribution and washout for comparison of multiple pinhole tomography with planar imaging: Berman D, Garcia E, Maddahi J, Freeman M, Pantaleo N, Waxman AD, and Forrester J: Circ., 1980.

95. Redistribution thallium-201 scintigraphy predicts improvement of left ventricular asynergy following coronary artery bypass surgery: Rozanski A, Berman D, Gray R. Levy R. Raymond M, Maddahi J, Forrester J, Waxman AD, Swan HJC, and Matloff J: Circ, 1980.

96. A comprehensive method for space-time quantitation of sequential thallium-201 myocardial scintigrams: Garcia E, Maddahi J, Berman DS, Waxman AD, and Swan HJC: Circ, 1980.

97. A simple, objective method for measurement of absolute left ventricular end-diastolic volume with multiple gated equilibrium scintigraphy: Pantaleo N, Freeman M, Van Train K, Berman D, Waxman AD, and Garcia E: Clin Nucl Med, 1980.

98. Comparison of multiple pinhole tomography with planar imaging in the detection and localization of coronary artery disease using quantitative analysis of myocardial thallium-201 distribution and washout: Garcia E, Berman D, Maddahi J, Pantaleo N, and Waxman AD: Clin Nucl Med, 1980.

99. Pre-operative assessment of reversible myocardial asynergy: Use of the redistribution thallium-201 scintigram: Rozanski A, Berman D, Gray R. Levy R. Raymond M, Maddahi J, Forrester J, Waxman AD, Swan HJC, and Matloff J: Clin Nucl Med, 1980.

100. Comparison of noninvasive methods in the evaluation of patients with cerebraal vascular insufficiency syndromes: The importance of xenon quantitative techniques: Waxman AD, Siegel E, Brachman M, Tanasescu D, Berman D, Ramanna L, Newcomer K, Chapman D. Swan HJC, and Rose H: Clin Nucl Med, 1980.

101. Evaluation of left ventricular wall motion immediately post-exercise: A scintigraphic method to preoperatively evaluate myocardial viability: Rozanski A, Berman D, Freeman M, Fray R. Raymond M, Maddahi J, Forrester J, Waxman AD, Swan HJC, and Matloff J: Clin Nucl Med, 1980.

102. Noninvasive detection of onset of exercise myocardial ischemia: Comparison of radionucllide ventriculography and electrocardiography: Pantaleo N, Maddahi J, Berman D, Freeman M, Waxman AD, Forrester J, and Swan HJC: Clin Nucl Med, 1980.

103. Acute myocardial infarction with predominant right ventricular dysfunction: Frequency, clinical, hemodynamic and scintigraphic findings: Shah PK, Maddahi J, Berman D, Shellock F. Pichler M, Waxman AD, and Swan HJC: Clin Nucl Med, 1980.

104. Misalignment of multiple photopeak analyzer outputs: Effects on imaging: Chapman DR, Garcia EV, Waxman AD: J Nucl Med, Vol.21, No.9:872-874, September 1980.

105. Correlation of contrast angiography and histologic pattern with gallium uptake in primary liver-cell carcinoma: Non-correlation with alpha-feto protein: Waxman AD, Richmond R. Juttner H. Siemsen JK, Heffelinger MJ, and Fink E: J Nucl Med 21:324-327, April 1980.

106. Gallium scanning in Paget's disease of bone: Effect of calcitonin: Waxman AD, McKee D, Siemsen JK, Singer FR: AJR 134:303-306, February 1980.

107. Clinical and parametric evaluation of three large-field-of view cameras: Chapman DR, Brachman MB, Tanasescu DE, Wolfetein RS, Berman DS, and Waxman AD: J Nucl Med 21:161-164, 1980.

108. Rheumatoid arthritis: Can quantitative joint scanning be used to evaluate the response to therapy? Brachman MB, Wallace DJ, Tanasescu DE, Ramanna L, and Waxman AD: Society of Nuclear Medicine, 5th Annual Western Regional Meeting, Los Angeles, CA, October 9 - 12, 1980, Clin Nucl Med 5:S28, September 1980.

109. Mechanism of improved detection of individual coronary artery stenoses by addition of quantitative assessment of myocardial washout to analysis of thallium-201 scintigrams: Abdulla A, Maddahi J, Garcia E, Gutman J, Waxman AD, Rozanski A, Berman D: Journal of Nuclear Medicine, Vol.22, No.6:P25, June 1981.

110. Quantitative analysis of Tl-201 myocardial stress redistribution and washout improves the identification of left main and triple vessel coronary artery disease: Maddahi J, Abdulla A, Berman D, Garcia E, Rozanski A, Waxman AD, Forrester J, Swan HJC: Journal of Nuclear Medicine, Vol.22, No.6:P25, June 1981.

111. Tomographic blur compensation algorithms for the pho/con-192 scanner: Garcia E, Areeda J, Chapman D, Rudin S. Diaz J, Berman D, and Waxman AD: Journal of Nuclear Medicine, Vol.22, No.6:P62, June 1981.

112. Additive ability of two-view exercise ventriculography and quantitative Tl-201 analysis to accurately assess the extent of coronary artery disease: Rozanski A, Maddahi J, Garcia E, Levy R. Pantaleo N, Waxman AD, and Berman D: Journal of Nuclear Medicine, Vol.22, No.6:P80, June 1981.

113. Improved accuracy of phase analysis for determining the site of onset of ventricular rhythms: Friedman J, Hamer A, Garcia E, Peter T, Mandel W. Rozanski A, Maddahi J, Waxman AD, and Berman D: Journal of Nuclear Medicine, Vol.22, No.6:P81, June 1981.

114. The administration of nitroglycerin: Rozanski A, Berman D, Levy R. Maddahi J, Garcia E, Gutman J, Waxman AD: Journal of Nuclear Medicine, Vol.22, No.6:P83, June 1981.

115. Assessment of right ventricular Tl-201 stress and early redistribution scintigraphy: A method for detecting proximal right coronary artery stenosis: Brachman M, Gutman J, Rozanski A, Tanasescu D, Ramanna L, Abdulla A, Maddahi J, Waxman AD, and Berman D: Journal of Nuclear Medicine, Vol.22, No.6:P83, June 1981.

116. The definition of ablation in patienvts with thyroid cancer: The effects of instrumentation and I-131 scan dose: Waxman AD, Ramanna L, Chapman N, Chapman D, Brachman M, Tanasescu D, Berman D, Katz B. Braunstein G: Journal of Nuclear Medicine, Vol.22,No.6:P85, June 1981.

117. Evaluation of low (29.9 mCi) vs. high dose (100 mCi) I-131 therapy in thyroid carcinoma patients: Ramanna L, Waxman AD, Sensel N, Brachman M, Tanasescu,, Berman D, and Braunstein G: Journal of Nuclear Medicine, Vol.22, No.6:P85, June 1981.

118. Cholescintigraphy in common bile duct (CBD) stone detection: Comparison with operative cholangiography (OC): Ramanna L, Berci G. Brachman M, Tanasescu D, Berman D, and Waxman AD: Journal of Nuclear Medicine, Vol.22, No.6:P87, June 1981.

119. Scintigraphic determination of pulmonary embolism: The value of aerosol in indeterminate studies: Ramanna L, Waxman AD, Brachman M, Julien P. Berman D, Tanasescu D, Koerner S: Journal of Nuclear Medicine, Vol.22, No.6:P92, June 1981.

120. Quantitative analysis of thallium-201 myocardial distribution and washout: Comparisons of definitions of  normal: Garcia E, Maddahi J, Brown D, Waxman AD, Forrester J, and Berman D: Clin Res 29:8A, 1981.

121. Accurate assessment of left ventricular ejection fraction and segmental wall motion by one-minute multiple-gated equilibrium scintigraphy: Validation of the method: Levy R. Rozanski A, Brown D, Van Train K, Garcia E, Pantaleo N, Maddahi J, Waxman AD, Berman D: Clin Res 29:13A, 1981.

122. Noninvasive assessment of reversible asynergy: Comparative use of thallium-201 redistribution scintigraphy and nitroglycerin: Rozanski A, Berman D, Levy R. Pantaleo N, Maddahi J: Forrester J, Waxman AD, Swan HJC: Clin Res 29:18A, 1981.

123. Scintigraphic evaluation of reversible asynergy: Use of the immediate post-exercise ventriculogram: Rozanski A, Berman D, Levy R. Gray R. Raymond M, Maddahi J, Forrester J, Waxman AD, Swan HJC, Matloff J: Clin Res 29:18A, 1981.

124.    Use of combined two view exercise ventriculography and quantitative thallium analysis to evaluate the extent of coronary artery disease: Rozanski A, Maddahi J, Garcia E, Levy R. Waxman AD, Forrester J: Clin Res 29:19A, 1981.

125.    The immediate post-exercise ventriculogram: A scintigraphic tool for the pre-operative assessment of reversible myocardial asynergy: Rozanski A, Berman D, Levy R. Gray R. Raymond M, Maddahi J, Forrester J, Waxman AD, Swan HJC, Matloff J: Am J Cardiol 47:424, 1981.

126.    Quantitative analysis of stress redistribution and washout of Tl-201 myocardial scintigrams: Superiority over visual assessment for evaluation of coronary artery disease: Maddahi J, Garcia E, Berman D, Waxman AD, Swan HJC, Forrester J: Am J Cardiol 47:443, 1981.

127.    One minute multiple-gated equilibrium scintigraphy for assessment of left ventricular ejection fraction and segmental wall motion: Validation with state of the art instrumentation and optimized spacetime smoothing: Levy R. Rozanski A, Brown D, Van Train K, Garcia E, Pantaleo N, Maddahi J, Waxman AD, and Berman D: Am J Cardiol 47:454, 1981.

128.    Thallium-201 redistribution scintigraphy predicts the response to left ventricular asynergic segments to nitroglycerin administration: Rozanski A, Berman D, Levy R. Pantaleo N, Maddahi J, Forrester JS, Waxman AD, and Swan HJC: Am J Cardiol 47:484, 1981.

129.    Combined use of two scintigraphic techniques in the identification of reversible myocardial asynergy: Comparison to the administration of nitroglycerin: Rozanski A, Berman D, Levy R. Maddahi J, Garcia E, Gutman J, Waxman AD: J Nucl Med 22(6):P83, 1981.

130.    Quantitative joint scanning in rheumatoid arthritis: Brachman MB, Wallace DJ, Garcia E, Klinenberg J, Brown DE, Tanasescu DE, Ramanna L, and Waxman AD: Clin Nucl Med, Vol.6, No.9S:P455, September 1981.

131.    Comparison of first-pass and equilibrium Radionuclide ventriculography for assessment of segmental wall motion and rest and exercise left ventricular ejection fraction: Friedman J, Maddahi J, Anderson A, Garcia E, Waxman AD, Rozanski A, Swan HJC, and Berman D: American College of Cardiology, 31st Annual Scientific Session, April 25-29, 1982, Atlanta, Georgia.

132.    Quantitative analysis of Tl-201 redistribution: A new tool for the objective assessment of myocardial viability: Areeda J, Garcia E, Rozanski A, Murphy F. Maddahi J, Abdulla A, Waxman AD, and Berman D: American College of Cardiology, 31st Annual Scientific Session, April 25-29, 1982, Atlanta, Georgia.

133.    Comparative ability of multiple-view exercise ventriculography and quantitative Tl-201 analysis to assess the extent of coronary artery disease: Rozanski A, Maddahi J, Gutman J, Garcia E, Pantaleo N, Levy R. Waxman AD, Swan HJC, and Berman D: American College of Cardiology, 31st Annual Scientific Session, April 25-29, 1982, Atlanta, Georgia.

134.    Liver scintigraphy in colon carcinoma: Correlation with modified Duke's pathologic classification: Tanasescu D, Brachman M, Drickman M, Ramanna L, Berman D, Waisman J, and Waxman AD: J Nucl Med, Vol.23, No.5:P19-20, May 1982.

135.    Treatment rationale in thyroid carcinoma: Effect of scan dose: Ramanna B. Waxman AD, Chapman N, Brachman M, Tanasescu D, Berman D, Chapman D, and Braunstein G: J Nucl Med, Vol.23, No.5:P43, May 1982.

136.    Rheumatoid arthritis: Quantitation of sinovitis for evaluation of therapeutic response: Brachman MB, Wallace DJ, Garcia E, Ramanna L, Tanasescu DE, Klinenberg J, and Waxman AD: J Nucl Med, Vol.23, No.5:P75, May 982.

137.    Evaluation of Tc-99m pipida scintigraphy in acalculous cholecystitis: Ramanna L, Salimpour P. Brachman M, Tanasescu D, Berman D, and Waxman AD: J Nucl Med, Vol.23, No.5:P90, May 1982.

138.    A method for increasing the sensitivity of gallium scintigraphy in the detection of mediastinal metastasis in patients with primary bronchogenic carcinoma: Waxman AD, Ramanna L, Berman D, Kaushik D, Brachman M, Tanasescu D, Chapman D, Brown D, Sensel N, Julien P. and Koerner S: J Nucl Med, Vol.23, No.5:P98, May 1982.

139.    Assessment of efficacy of intracoronary thrombolysis in evolving myocardial infarction by thallium-201 scintigraphy: Maddahi J, Ganz W. Geft I, Mondkar A, Shah PK, Buchbinder N, Hulse S. Swan HJC, Waxman AD, and Berman D: J Nucl Med, Vol.23, No.5:P5, May 1982.

Curriculum Vitae - Alan D. Waxman, M.D.
Page 21 of 48  *Sept 2015)*

140. Improved segmental analysis of thallium-201 myocardial scintigrams: Quantitation of stress distribution, washout, and redistribution: Van Train K, Areeda J, Brown D, Maddahi J, Rozanski A, Waxman AD, Berman D, and Garcia E: J Nucl Med, Vol.23, No.5:P18, May 1982.

141. The staging of lung cancer: A comparison of chest x-ray, linear tomography, computer tomography, and gallium scintigraphy: Julien P. Waxman AD, and Birnberg F: J Nucl Med, Vol.23, No.5:P20, May 1982.

142. A comprehensive method for automatic analysis of rest/exercise ventricular function from radionuclide ventriculography: Garcia E, Areeda J, Van Train K, Brown D, Rozanski A, Waxman AD, and Berman D: J Nucl Med, Vol.23, No.5:P24, May 1982.

143. Pulmonary thallium washout for detection and evaluation of extent of coronary artery disease: Levy R. Rozanski A, Gutman J, Maddahi J, Garcia E, Pantaleo N, Waxman AD, and Berman D: J Nucl Med, Vol.23, No.5:P81, May 1982.

144. A Single Photon Emission Computer Tomography System for Whole Body Analysis: Areeda J, Garcia E, Bachman K, Rudin S. Chapman D, Berman D, and Waxman AD: J Nucl Med, Vol.23, No.5:P92, May 1982.

145. Noncorrelation of Thyroglobulin Levels with 2 and 10 mCi I-131 Scans in the Follow-up Evaluation of Thyroid Cancer Patients: Ramanna L, Waxman AD, Chapman M, Brachman M, Tanasescu D, Berman D, Catz B. and Braunstein G: Clin Nucl Med, Vol.7, No.9S:P37 September 1982.

146. Assessment of the Extent of Coronary Artery Disease Following Myocardial Infarction: Comparative Use of Exercise Radionuclide Ejection Fraction Response and Segmental Wall Motion: Rozanski R. Gutman A, Morris D, Levy R. Maddahi J, Waxman AD, and Berman D: Clin Res 30:P29A, 1982.

148. The Effect of Patient Positioning on the Quantitative Analysis of Myocardial Thallium-201: Brown D, Tapnio P. Van Tain K, Waxman AD, Berman D, and Garcia E: Clin Nucl Med, 7(9S):P48, 1982.

149. Comparison of Two Populations to Obtain the Normal Limits Used in the Quantification of Myocardial Thallium-201 Scintigrams: Van Train K, Garcia E, Maddahi J, Brown D, Waxman AD, Areeda J, and Berman D: Clin Nucl Med, 7(9S):P48, 1982.

150. The Effect of Severity of Stress Defect on Accuracy of Thallium-201 Scintigraphy for Detection of Coronary Artery Disease: Becerra A, Maddahi J, Steuer M, Rozanski A, Waxman AD, and Berman D: Clin Nucl Med, 7(9S):P49, 1982.

151. Comparative Accuracy of Exercise Thallium-201 Scintigraphy in Men and Women for the Evaluation of Coronary Artery Disease: Pantaleo N, Maddahi J, Rozanski A, Abdulla A, Garcia E, Waxman AD, Swan HJC, and Berman D: Clin Res 30(2):212A, 1982.

152. The Intensity of Thallium-201 Myocardial Uptake Following Stress: Its Relationship to the Likelihood of Coronary Artery Disease: Becerra A, Maddahi J, Rozanski A, Waxman AD, and Berman D: Clin Res 31(1):3A, 1983.

153. Comparative Sensitivity of Thallium-201 Scintigraphy in Patients With and Without Myocardial Infarction: Becerra A, Morris D, Maddahi J, Rozanski A, Waxman AD, and Berman D: Clin Res 31(1):3A, 1983.

154. Comparison of Technetium-99m Red Blood Cells and Technetium-99m Sulfur Colloid in the Detection of Gastrointestinal Hemorrhage: Tanasescu D, Rigby J, Brachman M, Ramanna L, and Waxman AD: J Nucl Med, Vol.24, No.5:P48, May 1983.

154. Immediate Assessment of Viability and Necrosis of Reperfused Myocardium Following Thrombolysis Using Dual Intracoronary Injection of Thallium-201 and Technetium-99m-Pyrophosphate: Maddahi J, Geft I, Ganz W. Hulse S. Waxman AD, and Berman D: J Nucl Med 24(5):P4,1983.

155. A Comprehensive Method for the 4-Dimensional Quantification of Rotational Thallium-201 Myocardial Tomograms: Garcia E, Van Train K, Maddahi J, Areeda J, Friedman J, Bietendorf J, Waxman AD, and Berman D: J Nucl Med (5):P34, 1983.

156. The Time of Onset of Stress-Induced Left Ventricular Wall Motion Abnormalities Aids in the Prediction of the Presence and Severity of Coronary Artery Disease: Kimchi A, Rozanski A, Fletcher C, Maddahi J, Waxman AD, Swan HJC, and Berman DS: J Nucl Med, 24(5):P53, 1983.

Curriculum Vitae - Alan D. Waxman, M.D.
Page 22 of 48 *Sept 2015)*

157. Clinical validation of a totally automated method for assessing regional left ventricular function from rest/exercise radionuclide ventriculography: Garcia E, Areeda J, Rozanski A, Van Train K, Prigent F. Weiss T, Waxman AD, and Berman D: J Nucl Med 24(5):P53-54, 1983.

158. Improved methods fo rcharacterizing and monitoring sy stem performance of rotational gamma cameras: Areeda J, Chapman D, Van Tain K, Bietendorf J, Friedman J, Berman D, Waxman AD, and Garcia E: J Nucl Med (5):P58, 1983.

159. Paradoxic improvement of resting myocardial wall motion abnormalities during exercise: Kimchi A, Rozanski A, Fletcher C, Maddahi J, Waxman AD, Swan HJC, and Berman D: J Nucl Med 24(5):P87-88, 1983.

160. Quantitation of pulmonary gallium uptake in patients with interstitial lung disease during emission computer tomography: Waxman AD, Van Train K, Garcia E, Waxman S. Leigh B. Areeda J, Chappel M, Berman D, Julien P. and Koerner S: J Nucl Med 24(5):P114, 1983.

161. Ventilation/perfusion lung imaging in pulmonary embolism: Analysis with considerations of size, number of segments and chest x-ray: Ramanna L, Waxman AD, Brachman MB, Kaushik D, Julien P. Berman DS, and Tanasescu DE: Clin Nucl Med, Vol.8, No.9S:P32, September 1983.

162. Comparison of Tc-99m sulfur colloid in the detection of gastrointestinal hemorrhage: Tanasescu D, Rigby J, Brachman M, Ramanna L, and Waxman AD: J Nucl Med, Vol.24, No.5P48, May 1983.

163. Noncorrelation of thyroglobulin levels with 2 and 10 mCi I-131 scans in the follow-up evaluation of thyroid cancer patients: Ramanna L, Waxman AD, Chapman N, Brachman M, Tanasescu D, Derman D, Catz B. and Braunstein G: J Nucl Med, Vol.24, No.5:P97, May 1983.

164. Comparison of Xenon-133 ventilation and aerosol inhalation imaging using a new commercial generator system in pulmonary embolism: Ramanna L, Waxman AD, Chappel M, Brachman M, Tanasescu D, Berman D: Clin Nucl Med, Vol.8, No.9S:P33, September 1983.

165. Cholescintigraphy: The rim sign in acute gangrenous cholecystitis: Brachman M, Tanasescu D, Ramanna L, Waxman AD: Clin Nucl Med, Vol.8, No.9S:37, September 1983.

166. Gastric empyting in patients with supra-ventricular tachycardia: Tanasescu D, Jamer A, Marks J, Mandel W. Chappel M, Brown D, Chapman D, and Waxman AD: Clin Nucl Med, Vol.8, No.9S:P37, September 1983.

167. Can thyroglobulin measurements replace I-131 scans in the follow-up of thyroid cancer patients? Ramanna L, Waxman AD, Sensel N, Brachman M, Tanasescu D, Berman D, Braunstein G. and Catz B: Clin Nucl Med, Vol.8, No.9S:P40, September 1983.

168. Comparison of pre and post-perfusion Xenon-133 ventilation scintigraphy: A role for computer subtraction in evaluating V/Q abnormalities: Stein M, Waxman AD, Ramanna L, and Julien P: Clin Nucl Med, Vol.8, No.9S:P33, September 1983.

169. Ventilation/perfusion lung imaging in pulmonary embolism: Analysis with consideration of size, number of segments and chest x-ray: Ramanna L, Waxman AD, Brachman M, Kaushik D, Julien P. Berman D, and Tanasescu D: Clin Nucl Med, Vol.9S,:P32, September 1983.

170. A Rapid Method for Assessing Ventilation Post-Perfusion: The Use of Tc-99m DTPA Aerosol and Computer Subtraction: Waxman AD, Ramanna L, Brown D, Chapman D, Brachman M, Tanasescu D, Berman D, and Julien P: J Nucl Med, Vol.25, No.5:P67, May 1984.

171. A Method For Determining Changes in V/Q ratios Due to Intervention: The Effect of Exercise on Resting Levels: Waxman AD, Mohsenifar Z. Ross M, Goldbach P. Brown D, Ramanna L, Berman D, Tanasescu D, Brachman M, and Koerner S: Clin Nucl Med, Vol.9, No.9S:P36, September 1984.

172. Enhanced detection of proximal right coronary artery stenosis with the additional analysis of right ventricular thallium-201 uptake in stress scintigrams: Gutman J, Brachman M, Rozanski A, Maddahi J, Waxman AD, and Berman D: Am J Cardiol 51:1256-1560, 1983.

173. The detection of pulmonary emboli by magnetic resonance imaging (M.R.I.): Crue JV, Stein MG, Bradley W. Kortman K. Andreus T, Waxman AD, Henderson R. and Julien P: Society of Magnetic Resonance in Medicine, 4th Annual Meeting, Barbican Centre, London, 192-23 August 1985.

174. The etiologies of abnormal magnetic resonance imaging (M.R.I.) signal intensity in acute pulmonary emboli: Crues JV, Stein MG, Bradley W. Kortman K, Andrues T, Waxman AD,

Henderson R. and Julien P: Society of Magnetic Resonance in Medicine, 4th Annual Meeting, Barbican Centre, London, 19-23 August 1985.

175. Regional comparison of Tc-99m DTPA aerosol tA) with radioactive gas venvtilation (V) studies in pts with suspected pulmonary embolism (PE): Ramanna L, Alderson PO, Berman DS, Brachman MB, Goldsmith M, Kroop S. Seu M, Tanasescu DE, and Waxman AD: The Society of Nuclear Medicine, 32nd Annual Meeting Program, Albert Thomas Convention Center, Houston, Texas, 2-5 June 1985.

176. Quantitative interpretation of myocardial Tl-201 single photon emission computerized tomograms: A probabilistic approach to the assessment of coronary artery disease: Maddahi J, Prigent F. Staniloff H. Garcia E, Becerra A, Van Train K, Swan HJC, Waxman AD, and Berman D: J Nucl Med 26(5):P60, 1985.

177. Regional comparison of Tc-99m DTPA aerosol (A) with radioactive gas ventilation (V) studies in pts with suspected pulmonary embolism (PE): Ramanna L, Alderson PO, Berman DS, Brachman MB, Goldsmith M, Kroop S. Seu M, Tanasescu DE, and Waxman AD: J Nucl Med 26(5):P59, 1985.

178. Effects and correction of misaligned x-y gains and offsets in dual detector SPECT imaging: Chapman D, Areeda J, Van Train K, Waxman AD, Berman D, and Garcia E: J Nucl NMed 26(5):P51, 1985.

179. Normal initial myocardial distribution and washout of Tl-201 at rest vs. exercise: Maddahi J, Van Train KF, Don Michael TA, Kreager A, Murphy F. Waxman AD, and Berman DS: Clin Nucl Med, Vol.10, No.9S, September 1985.

180. Computerized Assessment of Tl-201 Redistribution and Its Relationship to Washout Rate of Tl-201: Maddahi J, Areeda J, Prigent F. Bassir R. Van Train K, Wong C. Rozanski A, O' Byrne GT, Waxman AD, and Berman D: Clin Nucl Med, Vol.10, No.9S, September 1985.

181. What is the effect of submaximal exercise heart rate on the results of quantitative thallium-201 stress testing? Maddahi J, Don Michael TA, Becerra A, Murphy F. Bateman T, Reisman S. Kreager A, Waxman AD, and Berman DS: Clin Nucl Med, Vol.10, No.9S, September 1985.

182. Changes in Distribution of Lung Perfusion and Ventilation at Rest and During Exercise. Ross DJ,  Waxman AD, Goldbach P, Koerner SK: Chest 87:359-362, 1985.

183. Quantitative analysis of stress thallium-201 myocardial scintigrams: Multicenter trial. Van Train KF, Waxman AD Berman DS, Garcia EV; et al: J Nuclear Med, 27:17, 1986.

184. Myocardial washout of Tl-201 following dipyridamole infusion varies with the infused dose: Implication that adequate myocardial hyperemia may not be achieved by standard dipyridamole dose: O' Byrne GT, Maddahi J, Rozanskiu A, Van Train K, Waxman AD and Berman DS: Clin Nucl Med, No.9S, Vol.ll:P5, September 1986.

185. Comparison of Tl-201, Gallium-67, Technetium-99m MDP and Magnetic Resonance Imaging of musculskeletal sarcoma: Stoller DW, Waxman AD, and Rosen G: Clin Nucl Med, Vol.11, No.9S:P6, September 1986.

186. The first United States experience in normal human myocardial imaging with Tc-99m Methoxy Isoutyl Isonitrile (RP-30): Maddahi J, Roy L, Van Train K, Brown D, Nassar G. Martwick W. Woods B. Mc Lurkin R. Merz R. Waxman AD, and Berman D: Clin Nucl Med, Vol.11, No.9S:P8, September 1986.

187. Parathyroid imaging using Tl-201 with I-123 subtraction: Is subtraction necessary? Brachman MB, Ramanna L, Katz AD, Tanasescu DE, and Waxman AD: Radiology, Vol.161 (P),:P224, Special Edition, 1986.

188. Comparison of MR imaging and Radionuclide scintigraphy in evaluation of renal transplant failure: Goldsmith MS, Tanasescu DE, Crues III JV, and Waxman AD: Radiology, Vol.161 (P):P255, Special Edition, 1986.

189. Gallium tumor scanning: How many days between injection and imaging? Brachman MB, Ramanna  L, Tanasescu DE, and Waxman AD: J Nucl Med, Vol.27, No.6:P1030, June 1986.

190. Reproducibility of gallbladder ejection fraction: Tanasescu DE, Marks JW, Chopra R. Brown D, Brachman M, Ramanna L, Schoenfield L, and Waxman AD: Cedars-Sinai Medical Center, Los Angeles, CA. Clinical Nuclear Medicine, Vol.ll, No.9S:P13, September 1986.

191. Differentiation of tumor versus sarcoidosis using T1-201 in patients with hilar and mediastinal adenopathy: <u>Waxman AD</u>, Goldsmith MS, Greif P. Ramanna L, Brachman MB, Tanasescu DE, Berman DS, Julien P. and Friedman JD: Cedars-Sinai Medical Center, Los Angeles, CA. Clinical Nuclear Medicine, Vol.ll, No.9S:14, September 1986.

192. Evaluation of renal transplant failure with Radionuclide scintigraphy (RNS) and magnetic resonance imaging (MRI): A comparative study. Goldsmith MS, Tanasescu DE, Crues III JV, Ramanna L, Brachman MB, and <u>Waxman AD</u>: Cedars-Sinai Medical Center, Los Angeles, CA. Clin Nucl Med, Vol.ll, No.9S:P16, September 1986.

193. Kidney depth evaluation using Tonnesen Formula as compared to ultrasound: Tanasescu DE, Resser K, McLurkin B. Brown DE, Komaiko M, Brachman MB, Ramanna L, and <u>Waxman AD</u>: Cedars-Sinai Medical Center, Los Angeles, CA. Clinical Nuclear Medicine, Vol.ll, No.9S:P24, September 1986.

194. Increasing specificity of brain scintigraphy using T1-201: Ramanna L, <u>Waxman AD</u>, Binney G. Waxman S. Brachman MB, Tanasescu DE, Tourje JE, and Pressman BD: 34th Annual Society of Nuclear Medicine Meeting, Toronto, Ontario, Canada, June 2-5, 1987. The Journal of Nuclear Medicine, Vol.28, No.4, April 1987.

195. Differentiation of tumor versus sarcoidosis using T1-201 in patients with hilar and mediastinal adenopathy: <u>Waxman AD</u>, Goldsmith MS, Greif PM, Ramanna L, Brachman MB, Tanasescu DE, Berman DS, Julien P. and Friedman JD: 34th Annual Society of Nuclear Medicine Meeting, Toronto, Ontario, Canada, June 2-5, 1987. The Journal of Nuclearl Medicine, Vol.28, No.4, April 1987.

196. The reference level in assessing liquid and solid gastric emptying: Tanasescu DE, Coyne MG, McLurkin B. Brown DE, Brachman MB, Ramanna and <u>Waxman AD</u>: 34th Annual Society of Nuclear Medicine Meeting, Toronto, Ontario, Canada, June 2-5, 1987. The Journal of Nuclear Medicine, Vol.28, No.4, April 1987.

197. Comparison of kidney depth determination using Tonnesen Formula versus ultrasound: Tanasescu DE, Resser K, McLurkin B. Brown D,Komaiko M, Brachman MB, Ramanna L, and <u>Waxman AD</u>: 34th Annual Society of Nuclear Medicine Meeting, Toronto, Ontario, Canada, June 2-5, 1987. The Journal of Nuclear Medicine, Vol.28, No.4, April 1987.

198. Correlation of T1-201 scintigraphy with I-131 scans and thyroglobulin (Tg) assays in the follow-up evaluation of thyroid cancer patients: Ramanna L, <u>Waxman AD</u>, Brachman MB, Tanasescu DE, and Braunstein G: 34th Annual Society of Nuclear Medicine Meeting, Toronto, Ontario, Canada, June 2-5, 1987. The Journal of Nuclear Medicine, Vol.28, No.4, April 1987.

199. Relationship of T1-201 scintigraphy to I-131 scans and thyroglobulin (Tg) assays in follow-up of differentiated thyroid carcinoma (DTC) pts: Ramanna L, <u>Waxman AD</u>, Brachman M, Tanasescu D, and Braunstein G: Clinical Nuclear Medicine, Vol.12, No.9S:P16, September 1987.

200. A systematic approach to visual estimation of left ventricular ejection fraction: Brachman M, Berman D, Roy L, Ramanna, Tanasescu D, <u>Waxman AD</u>, and Maddahi J: Clinical Nuclear Medicine, Vol.12, No.9S:P18, September 1987.

201. Prediction of coronary events by T1-201 quantitation of jeopardized myocardium and clinical and exercise test variables: Maddahi J, Kiat H. Resser K, Areeda J, Van Train K, Cohen I, <u>Waxman AD</u>, Rozanski A, and Berman D: Clin Nuclear Med, Vol.12, No.9S:P21, September 1987.

202. Assessment of prognosis in patients with prior myocardial infarction: A new approach to quantitate interpretation of exercise T1-201 scintigraphy: Maddahi J, Kiat H. Resser K, Areeda J, Van Train K, Kotler T, Cohen I, <u>Waxman AD</u>, and Berman D: Clin Nuclear Med, Vol.12, No.9S:P21, September 1987.

203. Gallium localization in the nucleous of osteoclasts in patients with Paget's disease of bone: Mills B. Masuoka L, Graham C, Singer F. and <u>Waxman AD</u>: Clin Nucl Med, Vol.12, No.9S:P22, September 1987.

204. Correlation of I-131 neck-chest scans with radioiodine uptakes in patients with differentiated thyroid cancer (DTC): Is there a correlation? Ramanna L, <u>Waxman AD</u>, Binney G. Chapman D, Brachman M, Tanasescu D, and Braunstein G: Clin Nucl Med, Vol.12, No.#9S:P24, September 1987.

Curriculum Vitae - Alan D. Waxman, M.D.
Page 25 of 48  *Sept 2015)*

205.  T1-201 (T1) scintigraphy in bone and soft tissue sarcOoma: Evaluation of tumor mass and viability. Ramanna L, Waxman AD, Waxman S. Binney G. Brachman MB, Tanasescu DE, and Rosen G. J Nucl med 29(5):854, May, 1988.

206.  T1-201 (T1) I-131 discordance in pts with differentiated thyroid CA (DTC): Is there a rationale for T1 thyroglobulin (Tg) screening? Ramanna L, Waxman AD, Brachman MB, Tanasescu D, and Braunstein G. J Nucl Med 29(5):753, May, 1988.

207.  High dose-delayed Ga-67 scintigraphy in soft tissue sarcoma: Comparison with CT and MRI. Tanasescu DE, Rosen G. and Waxman AD. J Nucl Med 29(5):749, May 1988.

208.  Pulmonary perfusion distribution patterns in patients with central pulmonary emboli. Ramanna L, Waxman AD, and Julien P. Clin Nucl Med ~ 14(9S):14, September 1989.

209.  Thallium scintigraphy in pediatric oncology. Tanasescu DE, Waxman AD, Rosen G. Ramanna L, and Hurvitz C. Clin Nucl Med 14(9S):14, September 1989.

210.  Evaluation of scrotal varicocele with blood pool scintigraphy: Correlation with contrast gonadal venography. Ramanna L, Waxman AD, Yoon Jae, Hyun M, and Rothman C. Clin Nucl Med 14(9S):13, September 1989.

211.  Thallium scintigraphy in primary carcinoma of the breast: Evaluation of primary and axillary metastasis. Waxman AD, Ramanna L, Brachman MB, Gleishman S. and Brenner RJ. Clin Nucl Med 14(9S):10, September 1989.

212.  Thallium scintigraphy in lymphoma: Relationship to gallium-67. Waxman AD, Ramanna L, and Said J. J Nucl Med, 30(5):915, May, 1989.

213.  Radionuclide evaluation of right ventricular function in patients with acute pulmonary emboli. Ramanna L, Waxman AD, Julien P. and Berman DS. J Nucl Med 30(5):844, May, 1989.

214.  Thallium scintigraphy in primary carcinoma of the breast: Evaluation of primary and axillargy metastasis. Waxman AD, Ramanna L, Brachman M, Gleishman S. and Brenner J. J Nucl med 30(5):844, May, 1989.

215.  Pulmonary perfusion distribution patterns in patients with central pulmonary emboli. Ramanna L, Waxman AD, and Julien P. J Nucl Med 30(5):735, May, 1989.

216.  Diagnostic significance of unilateral generalized perfusion defects: Ramanna L, Brachman M, Julien P. and Waxman AD: J Nucl Med, Vol.31, No.5:721, May 1990.

217.  Differentiation of normal residual thyroid tissue from differentiated thyroid cancer using T1-201 and I-131: Ramanna L, Waxman AD, and Braunstein G: J Nucl Med, Vol.31, No.5:P744, May 1990.

218.  Thallium scintigraphy in the differentiation of malignant from benign mass abnormalities of the breast: Waxman AD, Ramanna L, Memsic L, Silberman A, Brenner J: J Nucl Med, Vol.31, No.5:P767, May 1990.

219.  Gallium-67 citrate arthrography in the evaluation of the painful hip prosthesis: Waxman AD, Ramanna L, Penenberg B. Mink J, Deutsch A, Huddleston H. Harrison C, and Chapman D: J Nucl Med, Vol.31, No.5:P830, May 1990.

220.  The contribution of chest radiograph (CXR) in the scintigraphic evaluation of suspected acute pulmonary embolism (PE): Kiat H. Ramanna L, Miller S. Berman D, Wong J, and Waxman AD: J Nucl Med, Vol.31, No.5:P894, May 1990.

221.  Evaluation of scrotal variocele with blood pool scintigraphy: Correlation with contrast gonadal venography: Ramanna L, Waxman AD, Yoon J, Hyun M, and Rothman C: Century City Hospital and CSMC. J Nucl Med, Vol.31, No.5:P911, May 1990.

222.  Radionuclide evaluation of right ventricular function in patients with acute pulmonary emboli. Ramanna L, Waxman AD, Julien P. and Berman D. Clinical Nuclear Medicine, Vol.15, No.10:P758, October 1990.

223.  Pulmonary perfusion distribution patterns in patients with central pulmonary emboli. Ramanna L, Waxman AD, and Julien P. Clinical Nuclear Medicine, Vol.15, No.10:P760, October 1990.

224.  Rim sign in acute cholecystitis: Comparison of radionuclide, surgical, pathologic, and US findings: Brachman M, Goodman MD, and Waxman AD: Radiology, Vol.177 (P) Supplement to Radiology, No.206, P122, November 1990.

225.  Thallium-201 Scintigraphy in differentiated thyroid cancer: Comparison with radioiodine scintigraphy and serum thyroglobulin determinations. Ramanna L, Waxman AD, Braunstein G. Clin Nucl Med, Vol. 32, No. 3:P441-6. March 1991.

226. Scintigraphic findings mimicking focal nodular hyperplasia in a case of hepatoblastoma. Tanasescu DE, Waxman AD, Hurvitz C. Clin Nucl Med, Vol. 16, No. 4:P236-8, April 1991.

227. Characterization of lymphoma grade using thallium and gallium scintigraphy. Waxman AD,   Ramanna L, ar

228. Thallium-201 scan patterns in bone and soft tissue sarcoma. Ramanna L, Waxman AD, Weiss A, and Rosen G. J Nucl Med, Vol.33, No.78:P843, May 1992.

229. Evaluation of T1-201 uptake pattern in bune lesions: Differentiation of benign from maligant processes. Ramanna L, Waxman AD, and Rosen G. J Nucl Med, Vol.33, No.187:P869, May 1992.

230. Changes in Distribution of Lung Perfusion and ventilation at Rest During Exercise After Lung Transplantation. Ross DJ, Waxman AD, Waters P, Koerner SK, Mohsenifar Z. Carmel, WSCI:Clinical Research 40:66A, February 1992.

231. Regional Distribution of Lung Perfusion and Ventilation at  Rest During Exercise After Single Lung Transplantation. Ross DJ, Waxman AD, Waters P, Koerner SK, Mohsenifar Z. Am Rev Respir Dis 145: A701, 1992.

232. Regional Distribution of Lung Perfusion and Ventilation at Rest and During Exercise After Single Lung Transplantation. Ross DJ, Waters PF, Waxman AD, Koerner SK, Mohsenifar Z. Clin Research 40:66A, 1992.

233. Thallium Scintigraphy  in the evaluation of mass abnormalities of the breast.  Waxman AD, Ramanna L, Memsic LF, Foster CE, Silberman AW, Gleischman SH, Brenner RJ, Brachman MB, Kuhar CJ, Yadegar J.  J Nucl Med, Vol. 34, No. 1, P18-23, Jan 1993.

234. Intraoperative assessment of brain malignancies using T1-201. Waxman AD, Grode M, Ashok G. Kooba A, and Ramanna L. J Nucl Med, Vol.34, No.138:P37, May 1993.

233. Hepatobiliary Imaging Pattern in Patients Suspected of Biliary Leak. Ashok G. Ramanna, Springelmeyer J, and Waxman AD.  J Nucl Med, Vol.34, No.303:P77, May 1993.

234. The Use of Tc-99m-Methoxyisobutylisonitrile (MIBI) in Evaluation of Patients with Primary Carcinoma of the Breast: Comparison with T1-201. Waxman AD, Ashok G. Kooba A, Yadegar J, Van Scoy-Mosher M, Ramanna L, Silberman A, and Rosen G. J Nucl Med, Vol.34, No.557:P139, May 1993.

235. Clinical Utility of Tagged RBC Liver Blood Pool Imaging Study in Distinguishing Hemangiomas from Liver Metastasis. Ramanna L, Brown C, Sprengelmyer J, and Waxman AD. J Nucl Med, Vol.34, No.816:P168, May 1993.

236. Regional Distribution of Lung Perfusion and Ventilation at Rest and During Steady State Exercise After Unilateral Lung Transplantation. Ross DJ, Waters PF, Waxman AD, Koerner SK, Mohsenifar Z. Chest, Vol. 104, Vol. 1:P130-135. July 1993.

237. Serial Thallium-201 Scintigraphy in Osteosarcoma. Correlation with Tumor Necrosis after Preoperative Chemotherapy. Rosen G, Loren Gj, Brien EW, Ramanna L, Waxman AD, Lowenbraun S, Eckardt JJ, Eilber F, Menendez L, Mirra JM. Clin Orthopaedics & Related Research. No. 293, P 302-6. Aug 1993.

238. The Rim Sign in Acute Cholecystitis. Comparison of Radionuclide, Surgical and Pathologic Findings. Brachman MB, Goodman MD, Waxman AD.  Clin Nucl Med. Vol. 18, No. 10:P 863-6. Oct 1993.

238. Single photon emission computer tomography using a multiplane scanner: Garcia EV, Diaz J, Chapman D, Berman D, and Waxman AD: Proceedings of the IEEE 1979 Nuclear Science Symposium. Abstract I993.

239. The Safety and Pharmacokinetics in Adult Subjects of an Intravenously Administered Tc-99m Labeled    17 Amino Acid Peptide (CYT-379). Ben-Haim S, Kahn D, Weiner GJ, Madsen MT, Waxman AD, Williams CM, Clarke-Pearson DL. Nuclear Medicine and Biology.  Vol. 21, No. 2: P131-142, Feb 1994.

240. Optimization of Post Ablative I-131 Scintigraphy: Comparison of 2 day vs. 7 day Post Therapy   Study in Patients with Differentiated Thyroid Cancer. Khan S. Waxman AD, Nagaraj N, and Braunstein G. J Nucl Med, Vol.35, No.50:P15, May 1994.

241. Transient radiation effects following trig dose I-131 therapy for differentiated thyroid cancer (DTC). Khan s, Waxman AD, Ramanna L, Ashok G. Nagaraj N, and Braunstein G. J Nucl Med, Vol.35, No.51:P15, May 1994.

242. Sensitivity and specificity of Tc-99m methoxy isobutal isonitrile (MIBI) in the evaluation of primary carcinoma of the breast: Comparison of palpable and non-palpable lesions with mammography. Waxman AD, Nagaraj N, Ashok G. Khan S. Yadegar J, Memsic L, Siberman A, Jochelson M, Katz R. Phillips E. J Nucl Med, Vol.35, No.78:P22, May 1994.

243. Comparison of Tc-99m sestamibi (MIBI) and MRI in patients with dense breasts. Nagaraj N, Waxman AD, Silverman J, Jochelson M, Khan S. Memsic L, Yadegar J, Phillips E. J Nucl Med, Vol.35, No.908:P223, May 1994.

244. Comparison of Specs and Planar Tc-99m Sestamibi (MIBI) Imaging in Patients with Carcinoma of the  Breast. Nagaraj N, Waxman AD, Ashok G. Khan S. Memsic L, Yadegar J, Phillips E. J Nucl Med, Vol.35, No.934:P229, May 1994.

245. Enhanced Detection of Breast Cancer with Tc-99m Sestamibi. Katz RD, Waxman AD, Phillips E, Yadegar J, Ashok G. and Nagaraj N. J Nucl Med, Vol.35, No.1214:P274, May 1994.

246. Comparison of SPECT and Planar Tc-99m Sestamibi (MIBI) in the Evaluation of Primary Breast Carcinoma. Nagaraj, N, Waxman AD, Ashok G. Khan S. Memsic L, Yadegar J, Silberman A, Phillips E. Clinical Nuclear Medicine, Vol.I9, No.9:P843, Sept 1994.

247. Comparison of Tc-99m Sestamibi (MIBI) and MRI in Suspected Breast Cancer Patient with Dense Breasts. Nagaraj N, Waxman AD, Silverman J, Jochelson M, Khan S. Memsic L, Yadegar J, Phillips E. Clinical Nuclear Medicine, Vol.I9, No.9:P843, Sept 1994.

248. Tc-99m Sestamibi (MIBI) in the Evaluation of Lymphoma Comparison with Gallium 67 Citrate (GA-67). Waxman AD, Nagaraj N, Khan S. Heifetz L, McAndrews P. Avedon M. Clinical Nuclear Medicine, Vol.19, No.9:P843, Sept 1994.

249. Isogravitational Perfusion Gradients After Unilateral Lung Transplantation. Ross DJ, Waxman AD, Koerner SK, Elashoff J, Mohsenifar Z. Carmel, WSCI, Clinical Research 42:68, February 1994.

250. Isogravitational Heterogeneity of Lung Perfusion After Unilateral Lung Transplantation. Ross DJ, Waxman AD, Koerner SK, Elashoff J, Mohsenifar Z. Am Rev Respir Dis 149:A439, 1994.

251. Posterior-Anterior Distribution of Lung Perfusion by SPECT Scanning. Wu PG, Ross DJ, Waxman AD, Koerner SK, Mohsenifar Z.  UCLA Solomon Scholars, 1994.

251. Quantitative Evaluation of Indium-III (IN-111) Octreotide Pituitary Activity: Comparison in Patient with and Without Pituitary Tumors. Gupta P. Waxman AD, Nguyen K, Bonert V, Kamath S. Melmed S. J Nucl Med, Vol.36, No.53:P15, May 1995.

250. Comparison of Tc-99m Methoxyisobutylisonitrile (MIBI) T1-201and CT/MRI in the Evaluation of Primary Tumors of the Brain. Gupta P. Waxman AD, Nguyen K, Grode M, Forscher C, Rosen G. J Nucl Med, Vol.36, No.390:P96, May 1995.

251. Tc-99m sestamibi (MIBI) in the evaluation of lymphoma: Comparison with gallium 67 citrate (GA-67). Waxman AD, Nagaraj N, Khan S. Heifetz L, McAndrews P. Bierman H. Avedon M. J Nucl Med, Vol.36, No.476:P117, May 1995.

252. Clinical Usefulness of Serial Tc-99m Sestamibi (MIBI) Scintigraphy in Evaluation Tumor Response to Preop Chemotherapy in Patients with Bone and Soft Tissue Sarcomas. Nagaraj N, Ashok G. Waxman AD, Kovalevsky M, Youssim C, Forscher C, Rosen G. J Nucl Med, Vol.36, No.527:P129, May 1995.

253. Detection of Primary Breast Malignancy with Tc-99m Methoxyisobutylisonitrile (MIBI) in Patients with Non-Palpable Primary Malignancies: The Importance of Lesion Size. Waxman AD, Nagaraj N, Kovalevsky M, Phillips E, Yadegar J, Silberman A, Memsic L. J Nucl Med, Vol.36, No.877:P194, May 1995.

254. Comparison of 100 mCi (3700 MBq) vs. 150 mCi (5550 MBq) I-133 for Ablation of Iodine Avid Tissue Following Near Total Thyroidectomy in Patients with Differential Thyroid Cancer (DTC). Slavin A, Khan S. Waxman AD, Nagaraj N, Braunstein G. J Nucl Med, Vol.36, No.913:P203, May 1995.

255. Tc-99m Methoxyisobutylisonitrile (MIBI) in Chestwall Neoplasms. Nguyen K, Waxman AD, Gupta P. Rosen G. Forscher C. Clinical Nuclear Medicine, Vol.20, No.9:P858, Sept 1995.

Curriculum Vitae - Alan D. Waxman, M.D.
Page 28 of 48 *Sept 2015)*

256.   Isogravitational Heterogeneity of Perfusion After Unilateral Lung Transplantion. Ross DJ, Koerner SK, Elashoff J, Waxman AD, Mohsenifar Z. Clinical Science, Vol. 89,  No.3,P285-291. Sept 1995.

257.   Comparison of Tc-99m Methoxyisobutylisonitrile (MIBI) and MRI in Breast Malignancy: The Significance of Concordant and Discordant Findings. Nguyen K, Waxman AD, Gupta P. Delriego J, Silverman J. J Nucl Med, Vol.37, No.290:P75, May 1996.

258.   Ictal SPECT as a Localizing Tool for Partial Seizures with Post Surgical Follow Up and Invasive Electrode Confirmation of Temporal and Extra-Temporal Focus; The Value of Minimizing Injection Delay Following Seizure Onset. Eliashiv SD, Gupta P. Engel J, Waxman AD. J Nucl Med, Vol.37, No.394:P101, May 1996.

259.   Correlation of Tc-99m Sestamibi Uptake with Histopathologic Characteristics in Patients with Benign Breast Disease. Gupta P. Waxman AD, Nguyen K, Phillips E, Yadagar J, Silberman A, Memsic L. J Nucl Med, Vol.37, No.1122:P250, May 1996.

260.   Characteristics of Tc-99m Methoxyisobutylisonitrile (MIBI) in the Evaluation of Multiple Myeloma: Significance of Diffuse Marrow Increase. Nguyen K, Waxman AD, Gupta P. Delriego J, Durie B. Look R. Lim S. Giles F. Jochelson M. J Nucl Med, Vol.37, No.1195:P267, May 1996.

261.   Comparison of Thallium/MIBI Brain SPECT Scan with RI in the Follow Up Assessment of Patients with Brain Tumors. Gupta P. Waxman AD, Nguyen K, Lanman T, Forsher C, Rosen G. J Nucl Med, Vol.37, No.1215:P272, May 1996.

262.   Optimization of Acquisition Time in the Performance of Tc-99m Brain SPECT Imaging. Gupta P. Waxman AD, Nguyen K, Tapnio P. J Nucl Med, Vol.37, No.1220:P273, May 1996.

263.   F-18 Deoxyglucose (FDG) And Tc-99m-MDP Simultaneous  Whole Body Spect Imaging In The Detection And Localization Of Tumors. AD Waxman, GA Francken, CC Chau, HG Gabbie, BB Woods and DR Chapman.

264.   Localization of Rapidly Propagating Seizures Using Ictal SPECT with Early Injection of ECD Following Seizure Onset: Surgical Outcome and Invasive Electrode Validation. Eliashiv SD, AD Waxman, Gupta P, Fried I, J Engel Jr, A Shewmon. J Nucl Med, Vol.38, No.15:P91, May 1997.

265.    The Role of Tc-99m Methoxyisobutylisonitrile in Imaging Breast Cancer. Waxman AD. Seminars  in Nuclear Medicine, Vol.27, No.1, P40-54, January 1997.

266.   Quantitation and Monitoring in Whole-Body Planar Technetium-99m-Sestamibi Imaging. Van Kriekinge SD, Germano G., Forscher C, Rosen G, Gupta P, Waxman AD. J Nucl Med, Vol.38, No.3, P356-361, March 1998.

267.   Relative Sensitivity of Ictal SPECT Versus FDG-PET in Intractable Partial Epilepsy Patients with InvasiveElectrode  and  Outcome  Confirmation. Eliashiv SD, Waxman AD. J Nucl Med, Vol.39, No.5:P68, May 1998.

268.   Improvement in Aerosol Delivery from a Standard NebulizerSystem: The Use of a Holding Compartment. Hyun M, Waxman AD, Potter R, King R. J Nucl Med, Vol.39, No.5:P117, May 1998.

269.   The Effect of Inertial Changes on particle Size Distribution in Nebulizers Systems:The Impact on Clinical Aerosol Studies.  Francken GA, Waxman AD, Potter R, King R. J Nucl Med, Vol.39, No.5:P118, June 1998.

270.   Whole Body Tc-99m MIBI Scanning in the Serial Evaluation of Multiple Myeloma (MM). Durie BGM, Waxman AD, D'Agnolo A. J Nucl Med, Vol.39, No.5:P138, June 1998.

271.   Diagnostic Imaging of Hepatocellular Carcinoma with Radiolabeled Anti-AFP Monoclonal Antibodies.  DE Goldman, D Winsor, AD Waxman, RR Lopez, AL Hoffman, WS Arnaout, JM Vierling, SE Rojter, LS Sher.  American Association for the Study of Liver Disease November 4-10, 1998.

272.   Whole Body Fluoro-Deoxyglucose (FDG) Scanning in Multiple Myeloma (MM). Durie BGM, Waxman AD, D'Agnolo A. J Nucl Med, Vol.40, No.5:P61, May 1999.

273.   Ictal SPECT as a Predictor of the Epileptogenic with Long Term Post-Resection Outcome and Invasive Electrode Confirmation in Patients Undergoing Resective Epilepsy Surgery: A Prospective Study. Eliashiv SD, Waxman AD, D'Agnolo A, Gupta P. J Nucl Med, Vol.40, No.5:P69, May 1999.

Curriculum Vitae - Alan D. Waxman, M.D.
Page 29 of 48 *Sept 2015)*

274.  Assessment of Cardiac Function During Renal Scintigraphy:Rediscovery of Renal Cardiac Output Failure as the Basis for Renal Dysfunction. D'Agnolo A, Waxman AD, Kao A, Williams CM, Cohen I. J Nucl Med, Vol.40, No.5:P94, June 1999.

275.  Comparison of Xenon and a Modified Nebulizer for Aerosol Ventilation in the Diagnosis of Pulmonary Embolus: Impact on the Intermediate pioped Category. Hyun MC, Waxman AD, D'Agnolo A, Potter R. J Nucl Med, Vol.40, No.5:P197, May 1999.

276.  Whole Body Tc-99m-MIBI Scanning in the Serial Evaluation of Multiple Myeloma (MM): Comparison with Other Imaging Techniques Including Whole Body FDG. Durie BGM, Waxman AD, D'Agnolo A., Williams CM. J Nucl Med, Vol.40, No.5:P215, May 1999.

277.  The Use of Methoxyisobutylisonitrile (MIBI) and Thallium-201 in the Evaluation of Intracranial Malignancy. Gupta P, Waxman AD, Williams CM, Lee CK, Pikul B, Black K. J Nucl Med, Vol.40, No.5:P267, May 1999.

278.  Serial Whole Body Fluoro-Deoxyglucose (FDG) Imaging For Non-Secretory Myeloma And Recurrent Plasmacytomata. Durie BGM, Waxman AD, D'Agnolo A.   J Nucl Med, Vol. 41, No. 5: p119, May 2000.

279.  The Effect of Low-Iodine Diet on the Ability to Achieve Ablation Following High Dose I-131 Therapy for Differentiated Thyroid Cancer. Waxman AD, Wilder MS, Massumi PP,  D'Agnolo A, Braunstein GD. J Nucl Med, Vol. 41, No. 5: p311, May 2000.

280.  The Use of Gallium-67 Citrate (Ga-67) and Tc-99mm Sestamibi (MIBI) in the Evaluation of Non Hodgkin's Lymphoma (NHL): Superiority of MIBI in Low Grade Lymphoma
Berkowitz M, Waxman AD, Williams CM, D'Agnolo A, Kao A, Nagaraj N, McAndrew P, Heifetz L, Lill M. J Nucl Med, Vol. 41, No. 5: p278, June 2000.

281.  Characterization of Anti-CD 22 Monoclonal Antibody (MOAB) in Non Hodgkins Lymphoma.
 Waxman AD, Williams CM, D'Agnolo A, Morales JA, Kao AW. J Nucl Med, Vol. 41,No. 5: p119,May 2000.

282.  Subtraction Ictal SPECT and Ictal SPECT with Visual Analysis as Compared to Invasive Electrode Localization and Post-Surgical Outcome in Intractable Partial Epilepsy: An Update on an Ongoing Prospective Study. Eliashiv DS, Waxman AD,  D'Agnolo A. J Nucl Med, Vol. 41, No. 5: p225, May 2000.

283.  Safety, Efficacy and Impact on Patient Management of [99m]Tc-Anti-CD15 Antigranulocyte Antibody (LeuTech[TM]) Imaging in Equivocal Appendicitis: Results of a Phase 3 Multicenter Trial. Kipper SL, Weiland FL, Carretta RF, Neal CE, Line BR, McDonald RJ, Klonecke A, Barron BJ, Palsetro CJ, Waxman AD, Bunker S, and Rypins EB. J Nucl Med, Vol. 41, No. 5: p10, June 2000.

284.  Prognostic Value of Whole Body FDG/PET Scanning in Patients with Large Cell Non-Hodgkin's Lymphoma. Lim SW, Waxman AD, Schmidt AN, Williams CM, D'Agnolo A, Rosenfelt F, Heifetz LJ, Decker RW, McAndrew PF, Hamburg S, Lill MC. J Nucl Med, Vol. 42, No. 5: p119:  May 2001.

285.  The Use of FDG-PET Scans for Preoperative Evaluation of Disease Distribution in Ovarian Cancer. Manuel MR, Holschneider CH, Williams CM, Masoodi M, Silagan N, Waxman AD.J Nucl Med,Vol.42, No. 5: p 286:  May 2001.

286.  Prognostic Value of Whole Body FDG-PET Scanning in Multiple Myeloma. Durie BG, Waxman AD, D'Agnolo A, Williams CM. J Nucl Med, Vol. 42, No. 5: p 31: May 2001.

287.  The Utility of NeoTect in the Evaluation of Pulmonary Malignancy. Berkowitz M, Waxman AD. J Nucl Med, Vol. 42, No. 5: p28:May 2001.

288.  FluoroDeoxyglucose (FDG) PET in Radiation Therapy (RT) Planning: Comparison of CT Planning Alone with CT/FDG-PET Fusion in Determining  Target Volume. Thompson R, Leu M, Waxman AD, Bernison CM, Rosemark PJ. J Nucl Med, Vol. 42, No. 5: p 296:May 2001.

289.  Co-Registration Of Ventilation And Perfusion SPECT Imaging : Comparison With Planar.  Hyun M, Corbilla R, D'Agnolo A, Waxman AD.  Western Regional Meeting.

290.  Assessing Cerebral Perfusion in a Patient with Moyamoya Using CT Perfusion (CTP) and SPECT. Cohen SN, Waxman AD. 5th World Stroke Congress, Vancouver, Canada. Jan 2004.

290.  Correlation Of FDG-PET Scans With Surgicopathologic Findings In Ovarian Cancers. MR Manuel, CH Holschneider, CM Williams, BY Karlan, AD Waxman.J Nucl Med Vol.43,No.5:29P, May 2002.

Curriculum Vitae - Alan D. Waxman, M.D.
Page 30 of 48 *Sept 2015)*

291. Brain Function & Blood Flow Changes in Back Pain: Brain PET & Xenon-133 to lumbar paraspinal muscles. Segil, C. Segil, CM. Waxman, AD. Williams, CM. D'Agnolo, A. J Nucl Med Vol. 43, No. 5: p 342P, May 2002.

292. Whole Body FDG/PET Scanning Identifies High Risk Myeloma. B. G. Durie*, A. D. Waxman, A. D'Agnolo and C. M. Williams. J Nucl Med Vol. 43, No. 5: p 31P, May 2002.

293. FDG-PET in Ovarian Cancer: Use of the Standardized Uptake Value (SUV) to Differentiate Physiological Bowel Activity from Intraperitoneal Metastatic Tumor. CH Holschneider, MR Manuel, CM Williams, BY Karlan, AD Waxman. J Nucl Med Vol. 43, No. 5: p 29P, May 2002.

294. The Detection of Inflammation and Infection Using Tc-99m Depreotide (NeoTect) AD. Waxman, DC Chan, C. M. Williams and A. D'Agnolo. J Nucl Med Vol. 43, No. 5: p 82P, May 2002.

295. PET Fluorodeoxyglucose (FDG) Imaging In Defining A Strategy For Mediastinoscopy. R. Artal, A. D. Waxman, C. M. Williams, O. Tcherniantchouk, A. D'Agnolo, Z. Mohsenifar, J. A. Morales, C. Fuller and R. McKenna  J Nucl Med Vol. 43, No. 5: p 303P, May 2002.

296. $^{18}$F-FDG PET Alters the Staging and Management of Breast Cancer: A Retrospective Analysis   KM Almo, CM Williams, AD Waxman, A D'Agnolo, N Silagan, EH Phillips J Nucl Med Vol. 43, No. 5: p 74P, May 2002.

297. Tc-99m Depreotide in the Staging of Lung Cancer: Mapping of Tumor Lymphatic Drainage.      A. D. Waxman, O. Tcherniantchouk, C. M. Williams, A  Marchevsky, R McKenna, C Fuller, and A. D'Agnolo. J Nucl Med Vol. 43, No. 5: p 113P, May 2002.

298. Co-Registration Of Ventilation And Perfusion SPECT Imaging : Comparison With Planar Robert Corbilla, CNMT,  Mark Hyun, CNMT, Alessandro D'Agnolo, MD, Alan Waxman, MD    J Nucl Med Vol. 43, No. 5:  May 2002.

299. $^{111}$In-Zevalin Biodistribution Assessment by a Nuclear Medicine Expert Panel. W. Carter, BR Leigh, AJ Fischman, MJ Janicek, MP Sandler, JH Thrall, AD Waxman, NP Alazraki, R Landin, CA White. J Nucl Med Vol. 43, No. 5: p 313P, May 2002.

300. Relative Sensititivy of Ictal SPECT versus FDG-PET in the Evaluation of Medically Refractory Partial Epilepsy. D Eliashiv, P Mullin, A D'Agnolo, AD Waxman. J Nucl Med Vol. 43, No. 5: p 254P, May 2002.

301. Comparison of FDG-PET and Tc-99m Depreotide in the Evaluation of Patients with Proven Lung Cancer D C Chan*, A D Waxman, C M Williams, A DAgnolo, O Tcherniamtchouk, A Marchevsky, C Fuller and R McKenna. J Nucl Med Vol. 44,No. 5, p135P, May 2003.

302. Comparison of FDG-PET with Tc-99m Depreotide (DEP) in the Evaluation of Primary and Metastatic Breast Cancer. O Lyass*, A D Waxman, C M Williams, K Almo, P F McAndrew, O Tcherniamtchouk, A DAgnolo and E H Phillips. J Nucl Med Vol. 44,No. 5, p170P, May 2003.

303. Tc-99m Depreotide (DEP) In The Evaluation Of Patients With Low Grade Lymphoma (LGL) A D Waxman*, C M Williams, O Lyass, O Tcherniamtchouk, B Winarko, R Alsabeh, F Rosenfelt, P F McAndrew, B E Rosenbloom, S Lim and M Lill.  J Nucl Med Vol. 44,No. 5, p420P, May 2003.

304. Prognosis Determination By Functional Imaging(Img) In Lung Cancer(Ca) With Tc-99m Depreotide (DEP) and FDG-PET (PET) : Comparison With Cross-Sectional Imaging And Pathology(Path) A D Waxman*, A Chan, B Winarko, C M Williams, O Tcherniantchouk, R Alsabeh, A DAgnolo, R McKenna, C Fuller and A Marchevsky.  J Nucl Med Vol. 44,No. 5, p393P, May 2003.

305. Evaluation Of Hilar And Mediastinal Lymph Nodes With Tc-99m Depreotide In Lung Cancer: Detection Of Micrometastases. O Tcherniantchouk*, A D Waxman, C M Williams, Y Kononov, R Alsabeh, A DAgnpolo, C Fuller, R McKenna and A Marchevsky. J Nucl Med Vol. 44,No. 5, p135P, May 2003.

306. Optimization Of A Prone Breast Imaging Protocol For Fluorodeoxyglucose (FDG) Positron Emission Tomography (PET) C M Williams, A D Waxman, P Barondess*, H Kiat, A DAgnolo, H Gabbie, P F McAndrew, K Almo and E H Phillips.  J Nucl Med Vol. 44,No. 5, p135P, May 2003.

Curriculum Vitae - Alan D. Waxman, M.D.
Page 31 of 48 *Sept 2015)*

307. Impact of Surgery/Biopsy on the FDG-PET scan in Patients with Primary Carcinoma of the Breast. DC Chan, AD Waxman, KM Pado, PF McAndrew, A D'Agnolo, EH Philips. JNM 45(5) (#1198), 380P, May 2004.

308. Improving Departmental Efficiency by Limiting HIDA Studies to Delayed (60-90 mins) Views: Is this an Appropriate Solution? R Corbilla, AD Waxman, A D'Agnolo, Y kononov. JNM 45(5) (#1527), 487P, May 2004.

309. Staging of Patients with Primary Lung Cancer Using F-18 Deloxyglucose Whole Body PET (FDG-PET) in an Extended Patient Population : Validation by Aggressive Surgical and Pathology Sampling. R Mc Kenna, W Houck, AD Waxman, S Sarebahi, DC Chan, C Fuller, A D'Agnolo, A Marchevsky.  JNM 45(5) (#69), 25P, May 2004.

310. Simulteneous Imaging of Thallium-201 and Tc-99m Sestamibi (MIBI) in Patients with Brain Tumors. B Winarko, AD Waxman, DC Chan, A D'Agnolo, B Pikul. JNM 45(5) (#854), 267P, May 2004.

311. Fluorodeoxyglucose PET in the Evaluation of the Solitary Pulmonary Nodule :Results of a Surgically Proven Large Population Series. AD Waxman, W Houck, C Fuller, S Sarebahi, A D'Agnolo, P Julien, R Mc Kenna, DC Chan.  JNM 45(5) (#237), 83P, May 2004.

312. Improvement of Target Volume Definition in Radiation Treatment Planning (RTP) Using FDG-PET and RTP CT Image Fusion. J Yap, J Fontanesi, AD Waxman, CM Burnison, RE Wallace, B Hakimian, A D'Agnolo, P Slomka. JNM 45(5) (#1157), 367P, May 2004.

313. Comparison of Visual Interpretation Of FDG-PET With Suv,&Delta; Suv And Suvr In The Staging Of Patients With Primary Lung Cancer Using F-18 Deoxyglucose PET. Liou D, Waxman AD, M.D., Chan DC, Sarebahi S, D'Agnolo A, Marchevsky A, Houck W, Fuller C, and McKenna R. Journal of Nuc Med. Vol 46, No.5, 377P, May 2005.

314. Prognostic Utility of FDG-PET Following High Dose Chemotherapy/Autologous Stem Cell Transplantation (HDC/ASCT) In Patients with Aggressive Non-Hodgkin's Lymphoma (NHL) Firouztale P, Waxman AD, Lim S, D'Agnolo A, Lill M. Journal of Nuc Med. Vol 46,No.5, 241P, May 2005.

315. Clinical Utility Of FDG-PET In Non-Secretory Myeloma. Waxman AD, Liou D, Durie BG, Kao A, [1] and D'Agnolo A. Journal of Nuc Med. Vol 46, No.5, 94P May 2005.

316. Comparison Of FDG-PET Before And After High Dose Chemotherapy/Autologous Stem-Cell Transplantation (HDC/ASCT) In Patients With Multiple Myeloma
 Kao A, Waxman AD, Durie BG, Lim S, D'Agnolo A and Lill M. Journal of Nuc Med. Vol 46, No.5, 232P, May 2005.

317. Positron Emission Tomography (PET) Prior To Mediastinoscopy (MS) is More Cost Effective Than Mediastinoscopy Prior To PET In Staging Of Non-Small Cell Lung Cancer (NSCLC) Bick-Forrester, Justin; Waxman, Alan D.; Liou, Douglas ; D'Agnolo, Alessandro ; Houck, Ward; Fuller, Clark; McKenna, Robert. (Oral)Journal of Nuc Med, p167P, Volume 47, Number 5, May 2006.

318. SPECT Brain Imaging In Patients(Pts)With Systemic Lupus Erythematosis(SLE) Detects Frontal Lobe Watershed Defects: Chronic Ischemia May Be The Basis For A cognitive Decline Waxman, Alan D.; Liou, Douglas; D'Agnolo, Alessandro; Wallace, Daniel J.; Weisman, Michael H.; Lewis, David H.; Minoshima, Satoshi. (Oral) Journal of Nuc Med, p206P, Volume 47, Number 5, May 2006.

319. The Role Of FDG-PET CT In The Evaluation Of Asymptomatic Skull Metastases : Comparison With Tc-99m MDP Bone Scans
Lyass, Olga; Waxman, Alan D.; D'Agnolo, Alessandro; Thomson, Louise.
(Oral)  Journal of Nuc Med, p226P, Volume 47, Number 5, May 2006

320. Comparison Of Measured Versus Calculated Attenuation Correction (AC) On FDG-PET Brain Studies: Barondess, Paula; Waxman, Alan D.; Liou, Douglas ; D'Agnolo, Alessandro .
(Poster) Journal of Nuc Med, p541P, Volume 47, Number 5, May 2006.

321. Preoperative FDG-PET Scan Detects Axillary Metastases in Patients with Breast Cancer
Alice Chung, M.D., Masanobu Hagiike,M.D., Kayo Fujimoto,Ph.D., Doug Liou, Scott Karlan, M.D., Alan Waxman, M.D., Edward Phillips, M.D. Archives of Surgery. 141(8):783-789, August 2006.

322. Clinical Validation of the Watershed Sign as a Marker for Neuropsychiatric Systemic Lupus Erythematosus and Correlation with MRI. Driver, CB., Lee, JC, Waxman, AD., Forbess,

31

CJ,Pourrabbani, S, Wallace, DJ, Liou, D, Minoshima, S, Weisman, MH. J Nucl Med 48: 258P-a. May 2007.

323. Pre-Operative PET Scanning For Lung Carcinoid Tumors Predicts Tumor Behavior And Patient Survival. Waxman, AD., et al J Nucl Med 48: 82P-a. May 2007.

324. FDG-PET Imaging for the Evaluation of Axillary Metastasis(AM) in Breast Cancer : Comparison with MRI, CT and Tumor Grade. Nguyen, Thomas[1]; Ih, Grace[1]; Lee, Jessica[1]; Karlan, Scott R.[2]; Dang, Catherine[2]; Saouaf, Rola[1]; Phillips, Edward[2]; Waxman, Alan D.[1]
JNM, Vol. 49 Suppl 1, 343P, May 2008

325. A Rapid Simplified Method for the Estimation of Glomerular Filtration Rate
Corbilla, Robert[1]; Waxman, Alan D.[1]; Lee, Jessica[1]; D'Agnolo, Alessandro[1]
JNM, Vol. 49 Suppl 1, 414P, May 2008

326. Metabolic and Receptor Imaging in Predicting a Clinical Outcomes for Patients(pts) with Neuroendocrine Tumors:Comparison of FDG-PET with Indium-111 Pentetreotide
Zalom, Martina[2]; Lee, Jessica[1]; Waxman, Alan D.[1]; D'Agnolo, Alessandro[1]; Nissen, Nicholas[2]; Cohen, Dara[2]; Yu, Run[2]; Lill, Michael[2]; Wolin, Edward[2]
JNM, Vol. 49 Suppl 1, 369P, May 2008.

327. 123 I- mIBG Scintigraphy in patients with known or suspected pheochromocytoma: Results from a prospective multi-center trial. G. Wiseman, P Karel, A Waxman, DR Neumann, D Mankoff, D McCaul, K O'Hern, AF Jacobson. JNM, Vol. 49 Suppl 1, 243P, May 2008.

328. FDG-PET Findings in Pathologically Identified Lymph Node, Adenoid or Splenic Hyperplasia . M. Edmunds[2], R. Chaisanguanthum[2], R. Alsabeh[2], A. Su[1], G. Ih[1], A. D. Waxman
JNM  168P, Vol. 50, Supplement2 May 2009

329. A Novel Method For Accurately Diagnosing Acute Cholecystitis
Nasseri, Yosef MD, Waxman Alan, ,  Berry, Cherisse MD, Kohanzedeh, Som MD, Philips, Edward, MD, D'Agnolo, Alessandro, MD, Haker Katherine, MD,  Kallman Cindy, Wachsman, Ashley, MD Margulies, Daniel MD. JNM  147P, Vol. 50, Abstract Book Supplement2 May 2009

330. Bone Pain As A Primary Predictor Of Bone Metastasis: A Retrospective Review. . D. Motamedi[1], N. Craig[1], J. Lee[1], O. Lyass[1], A. D'Agnolo[1], A. D. Waxman
JNM  358P, Vol. 50, Abstract Book Supplement2, May 2009

331. Comparison of Indium-111 Pentetreotide Spect, Indium-111 Pentetreotide Planar and Magnetic Resonance Imaging in Detecting Hepatic Metastasis in Patients with Neuroendocrine Tumors. G. Ih[1], M. Zalom[2], A. D.Waxman[1], A. Su[1], N. Craig[1], A. Wachsman[1], A. D'Agnolo
JNM  353, Vol. 50, Abstract Book Supplement2, May 2009.

332. Clinical Use and Utility of Metaiodobenzylguanidine Scintigraphy in Pheochromocytoma Diagnosis. Lev, Irina, Kelekar, Gauri, Waxman AD, Yu, Run. Endocrine Practice Vol 16, No. 3, 398-407; May/June 2010.

333. Comparison of Tc-99m Sestamibi/Pertechnetate Planar & SPECT Imaging(Img)with Ultrasound(U/S): Advantage of Combined Studies. Lev , Irina; Waxman, Alan D.; Ih, Grace; D'Agnolo, Alessandro; Thomson, Louise E.; Adashek, Kenneth; Melany, Michelle. Accepted for Oral Presentation in the 2010 Society of Nuclear Medicine National Meeting,Salt Lake City, Utah. June 2010. J Nucl Med. 2010; 51 (Supplement 2):205

334. Abnormal Renal Perfusion, GFR and Tubular Function Demonstrated with Tc-99m DTPA and Mag3 in Patients with Hepatorenal Syndrome. Izadi, Kamron; Waxman, Alan D.; D'Agnolo, Alessandro; Khan, Danyal; Lev , Irina; Ih, Grace; Rodriguez, Hector. Accepted for Oral Presentation in the 2010 Society of Nuclear Medicine National Meeting,Salt Lake City, Utah. June 2010.  J Nucl Med. 2010; 51 (Supplement 2):423

335. Are Two Heads Better Than One: Critical evaluation of Single Detector Versus Dual Detector Acquisition in the Performance of Gastric Emptying Studies. Corbilla, Robert; Waxman, Alan D; D'Agnolo, Alessandro; Chapman, Dennis R. Accepted for Poster Presentation in the 2010 Society of Nuclear Medicine National Meeting,Salt Lake City, Utah. June 2010. J Nucl Med. 2010; 51 (Supplement 2):2054

336. Optimization of therapeutic dose delivery of intrahepatic beta emitters in patients with liver metastases: The impact of residual activity in calculations of Y-90 microsphere dispensed dose

Stacey Arredondo, Alan D. Waxman, Alessandro D'Agnolo, Louise Thomson, Jim Kao, Marc L. Friedman. Accepted for Oral Presentation to be presented at the SNM National Meeting in San Antonio, Texas. June 2011.

337. The determination of specificity of PET and SPECT brain scans using a quantitative normal database approach. G. Ih, A.D. Waxman, C. Rowe, S. Minoshima. Accepted for Poster Presentation to be presented at the SNM National Meeting in San Antonio, Texas. June 2011.

338. (F18)FLT comparison with (F18)FDG in prediction of tumor response to radiation therapy(RT): Advantage of FLT in early assessment. Amin Mirhadi, Michele Burnison. Behrooz Hakimian, Howard Sandler, Irina Lev, Grace Ih, Alan Waxman, Louise Thomson, Alessandro D'Agnolo Accepted for Oral Presentation to be presented at the SNM National Meeting in San Antonio, Texas. June 2011. J Nucl Med. 52 (Supplement 1):1244, 2011.

339. Simplified protocol for FDG-PET in patients with suspected cholecystitis: technical aspects P Barondess, AD Waxman, A D'Agnolo, L Thomson. Oral Presentation at the Society of Nuclear Medicine, Western Regional Meeting, Seattle, WA. October 2011.

340. FDG-PET V. Volumetric MRI: direct comparison in the evaluation of Alzheimer's Disease. B Kightlinger, AD Waxman, G Ih, K Kohli, E Klein, F Moser. Poster Presentation at the Society of Nuclear Medicine, Western Regional Meeting, Seattle, WA. October 2011.

341. Correlation of FDG Brain PET (PET) with Hippocampal Volumetric MRI (VMRI) in Patients with Dementia: Non-Correlation in Alzheimer's Disease (AD). Kightlinger, Blake; Waxman, Alan D.; Ih, Grace; Kohli, Kanchan; Klein, Elizabeth; Moser, Franklin G.; Maya, Marcel; Pressman, Barry. J Nucl Med 2012; 53 (Supplement 1): 1933

342. FDG-PET to predict outcome of patients with liver metastasis treated with Yttrium –90 Radioembolization . Zalom, Martina; Ih, Grace; Friedman, Marc; Wolin, Edward; Yu, Run; Waxman, Alan D. J Nucl Med. 2012; 53 (Supplement 1):568

343. Evaluation of [F-18]HX4 (a hypoxic tumor marker) to Detect Hypoxia in Tumors: Correlation with FDG PET. Mirhadi, Amin; Waxman, Alan D.; D'Agnolo, Alessandro; Ih, Grace; Kolb, Hartmuth; Hakimian, Behrooz; Burnison, Michele; Sandler, Howard. J Nucl Med. 2012; 53 (Supplement 1):394

344. Simplified Protocol for FDG-PET in Patients with Suspected Cholecystitis: Technical Aspects Barondess, Paula; Waxman, Alan D; D'Agnolo, Alessandro; Thomson, Louise. J Nucl Med. 2012; 53 (Supplement 1): 2514.

345. A ROC analysis of hippocampal volumetric MRI (VMRI) in determining Alzheimer's disease (AD) in patients with positive FDG brain PET (PET). Blake Kightlinger, MD, Alan Waxman, Grace Ih, Kanchan Kohli, Elizabeth Klein, Frank Moser, Nebil Hassen, Marcel Maya, Barry Pressman. J Nucl Med. May 2013 (supplement).

346. Relative Perfusion Reductions in Watershed Regions of the Frontal Lobes: A Novel SPECT Imaging Findings in CNS Lupus. Avetis Azizyan, Paul Linesch, Alessandro D'Agnolo, Louise Thomson, Satoshi Minoshima, Alan Waxman. Oral presentation at the 2013 SNM-Midwinter Meeting in Pasadena, CA  October 2013.

347. Practice Performance Improvement:  Effect of Adoption of Procedure Guidelines for Sincalide Stimulated Hepatobiliary Scintigraphy. Louise E J Thomson, Alessandro D'Agnolo, Daniel S Berman, John D Friedman, Alan Waxman. Oral presentation at the 2013 SNM-Midwinter Meeting in Pasadena, CA  October 2013.

348. SPECT brain imaging in cognitively impaired subjects with a neuroborreliosis; watershed abnormalities suggest CNS vasculitis. Paul Linesch; Grace Ih; Francine Hanberg; Alan Waxman. Oral presentation at the 2014 SNM-Midwinter Meeting in Seattle, WA  October 2014.

349. SPECT brain imaging in cognitively impaired subjects with a neuroborreliosis; watershed abnormalities suggest CNS vasculitis. Paul Linesch, Alan Waxman, Grace Ih, Francine Hanberg. Poster Presentation at the Society of Nuclear Medicine National Meeting in June 2015, Baltimore, Maryland.


## PAPERS PRESENTED AT MEETINGS:

1. Improvement of Anger camera images by digital techniques: Southern California Chapter, Society of Nuclear Medicine Meeting, April 1970.

2. In vivo dynamic studies of hepatic function. 17th Annual Meeting of the Society of Nuclear Medicine, July 1970, Washington D.C.

Curriculum Vitae - Alan D. Waxman, M.D.
Page 34 of 48 *Sept 2015)*

3.   Improvement of Anger camera images by digital techniques: 17th Annual Meeting of the Society of Nuclear Medicine, July 1970, Washington, D.D.

4.   A low cost teleprocessing terminal for nuclear medicine: NorthernSouthern California chapters of the Society of Nuclear Medicine Conjoint Meeting, September 1970, San Francisco, CA.

5.   Computers in nuclear medicine: UCLA Seminars in Nuclear Medicine, September 1970, Los Angeles, CA.

6.   Static image processing in nuclear medicine: Wadsworth VA Hospital, Semin in Nuclear Med, October 1970, Los Angeles, CA.

7.   Processing of dynamic information in nuclear medicine: Wadsworth VA Hospital, Semin in Nuclear Med, April 1971, Los Angeles, CA.

8.   The use of computers in nuclear medicine: Cedars-Sinai Medical Center, Semin in Nuclear Med, April 1971, Los Angeles, CA.

9.   The hepatic scintiangiogram, a valuable aid in the differential diagnosis of liver disease: 18th Annual Meeting of the Society of Nuclear Medicine, July 1971, Miami, Florida.

10.   Rapid sequential evaluation of hepatic lesions using isotope imaging: American Federation for Clinical Research, Western Section, January 1972, Atlantic City, New Jersey.

11.   Statistical considerations in nuclear medicine: Radiology staff, LAG/USC Medical Center, March 1972, Los Angeles, CA.

12.   Liver flow techniques: Southern California Chapter, Society of Nuclear Medicine, Technologists section, Annual Meeting, June 1972, Palm Springs, CA.

13.   Rapid sequential hepatic imaging: 19th Annual Meeting of the Society of Nuclear Medicine, July 1972, Boston Mass.

14.   Bone and bone marrow imaging: Radiopharmacy Summer Institute, USC School of Pharmacy, June 1972, Los Angeles, CA.

15.   Fundamentals of liver scanning: Intercommunity Hospital staff conference, November 1972, Covina, CA.

16.   Computing perspective in nuclear medicine, Part I, Wadsworth VA Hospital, Semin in Nuclear Med, December 1972, Los Angeles, CA.

17.   Computing perspective in nuclear medicine, Part II: Wadsworth VA Hospital, Semin in Nuclear Med, January 1973, Los Angeles, CA.

18.   Gallium brain scanning: Southern California Chapter, Society of Nuclear Medicine, February 1973, Los Angeles, CA.

19.   Gallium brain scanning and the differential diagnosis of brain tumors: 20th Annual Meeting of the Society of Nuclear Medicine, July 1973, Miami, Florida.

20.   Dynamic imaging of the spleen. 20th Annual Meeting of the Society of Nuclear Medicine, July 197 3, Miami, Florida.

21.   Multi-nuclide studies of cerebral lesions: Pho-Gamma Imaging Symposium by Searle Radiographic, Inc., July 1973, Beverly Hills, CA.

22.   Gallium scanning of the gallbladder: 21st Annual Meeting of the Society of Nuclear Medicine, July 174, San Diego, CA.

23.   A combined Radionuclide approach in the evaluation of post-craniotomy patienvts: 21st Annual Meeting of the Society of Nuclear Medicine, July 1974, San Diego, CA.

24.   Reliability of gallium brain scanning in the detection and differentiation of central nervous system lesions: Sixtieth Scientific Assembly and Annual Meeting of the Radiology Society of North America, Chicago, IL, December 1974.

25.   Radionuclide studies in neurology: Intensive review course of internal medicine, USC, Los Angeles, CA, April 1975.

26.   Gallium scanning of cranial and intracranial infections: 28th Annual Meeting of the American Federation for Clinical Research, February 1975, Carmel, California.

27.   Are all gallium citrate preparations the same? 22nd Annual Meeting of the Society of Nuclear Medicine, June 1975, Philadelphia, PA.

28.   Gallium scanning of intracranial infections: 22nd Annual Meeting of the Society of Nuclear Medicine, June 1975, Philadelphia, PA.

29. Tc-99m glucoheptonate as a brain scanning agent: 22nd Annual Meeting of the Society of Nuclear Medicine, July 1975, Philadelphia, PA.

30. Gallium as a tumor scanning agent: UCLA Seminar on Recent Advances in Nuclear Medicine. September 1975, Los Angeles, CA.

31. Evaluation of technetium-99m diphosphonate bone scans and kinetics in Paget's disease of bone before and after calcitonin treatment. Society of Nuclear Medicine 1st Annual Western Regional Meeting, October 1976, San Francisco, CA.

32. Correlation of contrast angiography and histologic patterns with gallium uptake in primary liver cell carcinoma. Society of Nuclear Medicine, 1st Annual Regional Meeting, October 1976, San Francisco, CA.

33. Gallium scanning in Paget's disease of bone: A superior parameter in following the respolnse to calcitomin therapy. Society of Nuclear Medicine, 24th Annual Meeting, June 1977, Chicago, IL.

34. Critical evaluation of Tc-99m glucoheptonate as a brain scanning agent. Society of Nuclear Medicine, 24th Annual Meeting, June 1977, Chicago, Illinois.

35. Correlation of contrast angiography and histologic pattern with gallium uptake in primary liver cell carcinoma. Society of Nuclear Medicine, 24th Annual Meeting, June 1977, Chicago, Illinois.

36. Steroid induced suppression of gallium uptake in tumors of the central nervous system. Waxman AD, Beldon JR, Richli WR, Tanasescu DE, and Siemsen JK. Presented at the 24th Annual Meeting, Society of Nuclear Medicine, June 1977, Chicago, Illinois.

37. A critical comparison of Tc-99m glucoheptonate and I-131 hippuran in the evaluation of renal function. Brachman MB, Tanasescu DE, Wolfstein RS, and Waxman AD. Presented at Society of Nuclear Medicine Second Annual Regional Meeting, October 1977, Las Vegas, Nevada.

38. Evaluation of the early Tc-99m glucoheptonate brain scan. Tanasescu DE, Wolfstein RS, Brachman MB, and Waxman AD. Presented at the 25th Annual Meeting of the Society of Nuclear Medicine, June 1978, Anaheim, CA.

39. Clinical and parametric evaluation of three large field-of-view cameras. Chapman D, Brachman MB, Tanasescu DE, Wolfstein RS, Bermaan DS, and Waxman AD. Presented at Society of Nuclear Medicine, 3rd Annual Western Regional Meeting, October 1978, Vancouver.

40. The significance of gallium uptake in hilar and mediastinal structures in patients with pulmonary tumors. Waxman AD, Julien P. Komaiko M, Brachman MB, Tanasescu DE, Wolfstein RS, and Berman DS. Presented at the Society of Nuclear Medicine, 3rd Annual Western Regional Meeting, Vancouver, October 1978.

41. A critical comparison of Tc-99m glucoheptonate and I-131 hippuran in the evaluation of renal function. Brachman MB, Tanasescu DE, Wolfetein RS, and Waxman AD. Presented at Society of Nuclear Medicine, 26th Annual Meeting, Atlanta, Georgia, June 26-29, 1979.

42. Gallium uptake in hilar and mediastinal structures in patients with pulmonary tumors: The significance of location and cell type on sensitivity and specificity. Waxman AD, Julien P. Komaiko M, Brachman MB, Tanasescu DE, Wolfstein R. Berman DS. Presented at Society of Nuclear Medicine, 26th Annual Meeting, Atlanta, Georgia, June 26-29, 1979.

43. Variable time to redistribution in Tl-201 exercise myocardial scintigraphy: Inverse relationship to degree of coronary stenosis. Berman D, Maddahi J, Freeman M, Staniloff H. Elkayam U. Charuzi Y. Tanasescu D, Brachman M, Swan HJC, Forrester J, and Waxman AD. Presented at Society of Nuclear Medicine, 26th Annual Meeting, Atlanta, Georgia, June 26-29, 1979.

44. Apparent worsening of thallium-201 myocardial defects during redistribution - what does it mean? Tanasescu D, Berman D, Staniloff H. Brachman M, Ramanna L, and Waxman AD. Presented at Society of Nuclear Medicine, 26th Annual Meeting, Atlanta, Georgia, June 26-29, 1979.

45. Optimization of I-131 scan dose in patients with thyroid cancer. Waxman AD, Ramanna L, Sensel N, Brachman M, Tanasescu D, Berman D, Catz B. and Braunstein G. Presented at Society of Nuclear Medicine, 4th Annual Western Regional Meeting, Monterey, California, October, 1979.

46. Regional cerebral blood flow measurements in patients with transient ischemic attacks and stroke: A critical comparison of xenon and technetium techniques. Waxman AD, Siegel E, Brachman M, Tanasescu D, Berman D, Ramanna L, Newcomer K, Chapman D, Swan HJC, and Rose H. Presented at the Society of Nuclear Medicine 27th Annual Meeting, Detroit, Michigan, June 24-27, 1980.

47.   Rheumatoid arthritis: Can quantitative joint scanning be used to evaluate the response to therapy? Brachman MB, Wallace DJ, Tanasescu DE, Ramanna L, and Waxman AD. Presented at the Society of Nuclear Medicine, 5th Annual Western Regional Meeting, Los Angeles, CA, October 9-12, 1980.

48.   Comparison of noninvasive methods in the evaluation of patients with cerebral vascular insufficiency syndromes: The importnace of xenon quantitative techniques. Waxman AD, Siegel E, Brachman M, Tanasescu D, Berman D, Ramanna L, Newcomer K, Chapman D, Swan HJC, and Rose H. Presented at the Society of Nuclear Medicine, 5th Annual Western Regional meeting, Los Angeljes, CA, October 9-12, 1980.

49.   Assessment of right ventricular Tl-201 stress and early redistribution scintigraphy: A method for detecting proximal right coronary artery stenosis. Brachman M, Gutman J, Rozanski A, Tanasescu D, Ramanna L, Abdulla A, Maddahi J, Waxman AD, and Berman D. Presented at the Society~of Nuclear Medicine, 28th Annual Meeting, Las Vegas, NV, June 16-19, 1981.

50.   The definition of ablation in patients with thyroid cancer: The effects of instrumentation and I-131 scan dose. Waxman AD, Ramanna L, Chapman N, Chapman D, Brachman M, Tanasescu D, Berman D, Katz B. and Braunstein G. Presented at the Society of Nuclear Medicine, 28th Annual Meeting, Las Vegas, June 16-19, 1981.

51.   Cholescintigraphy in common bile cut (CBD) stone detection; Comparison with operative cholangiography (OC). Ramanna L, Berci G. Brachman M, Tanasescu D, Berman D, and Waxman AD. Presented at the Society of Nuclear Medicine, 28th Annual Meeting, Las Vegas, NV, June 16-19, 1981.

52.   Scintigraphic determination of pulmonary embolism: The value of aerosol in indeterminate studies. Ramanna L, Waxman AD, Brachman M, Julien P. Berman D, Tanasescu D, and Koerner S. Presented at the Society of Nuclear Medicine, 28th Annual Meeting, Las Vegas, NV, June 16-19, 1981.

53.   Evaluation of low (29.9 mCi) vs. high dose (100 mCl) I-131 therapy in thyroid carcinoma patients. Ramanna L, Waxman AD, Sensel N, Brachman M, Tanasescu D, Berman D, and Braunstein G. Presented at the Society of Nuclear Medicine, 28th Annual Meeting, Las Vegas, NV, June 16-19, 1981.

54.   The value of exercise ventricular scintigraphy in patients with previous myocardial infarction. Society of Nuclear Medicine 27th Annual Meeting, Detroit, Michigan, June 1980.

55.   Use of thallium-201 redistribution scintigraphy in the preoperative differentiation of reversible and nonreversible myocardial asynergy. Rozanski A, Berman D, Gray R. Levy R. Raymond M, Maddahi J, Pantaleo N, Waxman AD, Swan HJC, and Matloff J. Circulation, Vol.64, No.5, November 1981.

56.   Improved noninvasive assessment of coronary artery disease by quantitative analysis of regional stress myocardial distribution and washout of thallium. Maddahi J, Garcia E, Berman D, Waxman AD, Swan HJC, and Forrester J. Circulation 64, No.5, 1981.

57.   Assessment of efficacy of intracoronary thrombolysis in evolving myocardial infarction by thallium-201 scintigraphy. Maddahi J, Ganz W. Geft I, Mondkar A, Shah PK, Buchbinder N, Hulse S. Swan HJC, Waxman AD, and Berman D. Presented at 29th Annual Meeting, The Society of Nuclear Medicine, Miami Beach, Florida, June 15-18, 1982.

58.   Improved segmental analysis of thallium-201 myocardial scintigrams: Quantitation of stress distribution, washout and redistribution. Van Train K, Areeda J, Brown D, Maddahi J, Rozanski A, Waxman AD, Berman D, and Garcia E. Presented at 29th Annual Meeting, The Society of Nuclear Medicine, Miami Beach, Florida, June 15-18, 1982.

59.   Liver scintigraphy in colon carcinoma: Correlation with modified Duke's pathologic classification. Tanasescu D, Brachman M, Drickman M, Ramanna L, Berman D, Waisman J, and Waxman AD. Presented at 29th Annual Meeting, The Society of Nuclear Medicine, Miami Beach, Florida, June 15-18, 1982.

60.   A comprehensive method for automatic analysis of rest/exercise ventricular function from Radionuclide ventriculography. Garcia E, Areeda J, Van Train K, Brown D, Rozanski A, Waxman AD, and Berman D. Presented at 29th Annual Meeting, The Society of Nuclear Medicine, Miami Beach, Florida, June 15-18, 1982.

Curriculum Vitae - Alan D. Waxman, M.D.
Page 37 of 48  *Sept 2015)*

61.  Treatment rationale in thyroid carcinoma: Effect of scan dose. Ramanna L, <u>Waxman AD</u>, Chapman N,  Brachman M, Tanasescu D, Berman D, Chapman D, and Braunstein G. Presented at 29th Annual Meeting, The Society of Nuclear Medicine, Miami Beach, Florida, June 15-18, 1982.

62.  Special techniques for detection and treatment of metastases. <u>Waxman AD</u>, New England Chapter, Society of Nuclear Medicine, 18th Annual Fall Meeting, Newport, RI, October 22-24, 1982.

63.  Regional cerebral blood flow using Xenon-133. <u>Waxman AD</u>, New England Chapter, Society of Nuclear Medicine, 18th Annual Fall Meeting, Newport, RI, October 22-24, 1982.

64.  The gallium-67 lung scan. <u>Waxman AD</u>, New England Chapter, Society of Nuclear Medicine, 18th Annual Fall Meeting, Newport, RI, October 22-24, 1982.

65.  Criterion for abnormality in regional cerebral blood flow studies using the inhalation xenon technique. <u>Waxman AD</u>, Wong C, Waxman R. Waxman T, Siegel E, Wynn K, Rose H. Society of Nuclear Medicine, 7th Annual Western Regional Meeting, San Diego, CA, October 7-10, 1982.

66.  Noncorrelation of thyroglobulin levels with 2 and 10 mCi I-131 scans in thke follow-up evaluation of thyroid cancer patients. Ramanna L, <u>Waxman AD</u>, Chapman N, Brachman M, Tanasescu D, Berman D, Catz B. and Braunstein G. 7th Annual Western Regional Meeting, San Diego, CA, October 7-10, 1982.

67.  A method for measuring changes in pulmonary blood flow follow-up intervention: Effect of exercise on normal subjects. <u>Waxman AD</u>, Mohsenifar Z. Goldbach P. Brown D, Brown H. Goldberg H. Berman D, and Koerner S. Society of Nuclear Medicine, 7th Annual Western Regional Meeting, San Diego, CA, October 7-10, 1982.

68.  The effect of patient positioning on the quantitative analysis of myocardial thallium-201. Brown D, Tapnio P. Van Train K, <u>Waxman AD</u>, Berman D, Garcia E. Society of Nuclear Mediicne, 7th Annual Western Regional Meeting, San Diego, CA, October 7-10, 1982.

69.  Comparison of two populations to obtain the normal limits used in the quantification off myocardial thallium-201 scintigrams. Van Train K. Garcia E, Maddahi J, Brown D, <u>Waxman AD</u>, Areeda J, and Berman D. Society of Nuclear Medicine, 7th Annual Western Regional Meeting, San Diego, CA, October 7-10, 1982.

70.  The effect of severity of stress defect on accuracy of thallium-201 scintigraphy for detection of coronary artery disease. Becerra A, Maddahi J, Steuer M, Rozanski A, <u>Waxman AD</u>, Berman D. Society of Nuclear Medicine, 7th Annual Western Regional Meeting, San Diego, CA, October 7-10, 1982.

71.  Non-invasive imaging of the brain. <u>Waxman AD</u>, Pressman B. Turner R. Imaging Week at CSMC, December 13-17, 1982.

72.  Lung cancer update on imaging, methods and diagnosis. <u>Waxman AD</u>, Julien P. Imaging Week at CSMC, December 13-17, 1982.

73.  Immediate assessment of viability and necrosis of reperfused myocardium following thrombolysis using dual intracoronary injection of thallium-201 and technetium-99m pyrophosphate. Maddahi J, Geft I, Ganz W. Hulse S. <u>Waxman AD</u>, and Berman D. Society of Nuclear Medicine, 30th Annual Meeting, June 7-10, 1983, St. Louis, Missouri.

74.  Comparison of rotational tomography with planar imaging for thaliulm201 stress myocardial scintigraphy. Prigent F. Friedman J, Maddahi J, Bietendorf J, Garcia E, Areeda J, Van Train K, and <u>Waxman AD</u>. Society of Nuclear Medicine, 30th Annual Meeting, June 7-10, 1983, St. Louis, Missouri.

75.  A comprehensive method for the 4-dimensional quantification of rotational thallium-201 myocardial tomograms. Garcia E, Van Train K, Maddahi J, Areeda J, Frieudman J, Bietendorf J, <u>Waxman AD</u>, and Berman D. Society of Nuclear Medicine, 30th Annual Meeting, June 7-10, 1983, St. Louis Missouri.

76.  Comparison of technetium-99m red blood cells and technetium-99m sulfur colloid in the detection of gastrointestinal hemorrhage. Tanasescu D, Rigby J, Brachman M, Ramanna L, and <u>Waxman AD</u>. Society of Nuclear Medicine, 30th Annual Meeting, June 7-10, 1983, St. Louis, Missouri.

77.  Clinical validation of a totally automated method for assessing regional left ventricular function from rest/exercise radionuclide ventriculography. Garcia E, Areeda J, Rozanski A,

Van Train K, Prigent F. Weiss T, <u>Waxman AD</u>, and Berman D. Society of Nuclear Medicine, 30th Annual Meeting, Jun 7-10, 1983, St. Louis, Missouri.

78. A Method for Measuring Changes in Distribution of Pulmonary Blood Flow at Rest and During Exercise. Waxman AD, Mohsenifar Z, Goldbach PD, etal. Western Nuclear Medicine Meeting, 1983.

79. Paradoxic improvement of resting myocardial wall motion abnormalities during exercise. Kimchi A, Rozanski A, Fletcher C, Maddahi J, <u>Waxman AD</u>, Swan HJC, and Berman D. Society of Nuclear Medicine, 30th Annual Meeting, June 7-10, 1983, St. Louis, Missouri.

80. Noncorrelation of thyroglobulin levels with 2 and 10 mCi I-131 scans in the follow-up evaluation of thyroid cancer patients. Ramanna L, <u>Waxman AD</u>, Chapman N, Brachman M, Tanasescu D, Berman D, Catz B. and Braunstein G. Society of Nuclear Medicine, 30th Annual Meeting, June 7-10, 1983, St. Louis, Missouri.

81. Quantitation of pulmonary gallium uptake in patients with interstitial lung disease using emission computed tomography. <u>Waxman AD</u>, Van Train K, Garcia E, Waxman S. Leigh B. Areeda J, Chappel M, Berman D, Julien P. and Koerner S. Society of Nuclear Medicine, 30th Annual Meeting, June 7-10, 1983, St. Louis, Missouri.

82. An overview of nuclear oncology . <u>Waxman AD</u>. Pittsburgh Chapter Society of Nuclear Medicine Meeting, March 1996.

83. Current status of scintimamography. <u>Waxman AD</u>. High Country Nuclear Medicine Meeting, Vail, Colorado, March 1996.

84. Neurospect in head trauma and toxic exposure. <u>Waxman AD</u>. Brain Imaging Group of Canada. Toronto, Canada, May 1996.

85. The Use of Methoxyisobutylisonitrile in Nuclear Oncology. <u>Waxman AD</u>. Brigham and Women's Hospital-The Harvard Course, April 23, 1996.

86. A Practical Approach to Brain SPECT Imaging. <u>Waxman AD</u>. L.A. Radiologic Society, January 1996.

87. Sestamibi imaging of breast cancer. <u>Waxman AD</u>. South Western Chapter Society of Nuclear Medicine Meeting, April 1996.

88. The role of Tl-201 and Tc-99m MIBI in nuclear oncology. <u>Waxman AD</u>. Southwestern Chapter Society Nuclear Medicine Meeting, April 1996.

89. The role of nuclear medicine in the diagnosis and staging of cancer. <u>Waxman AD</u>. American College of Nuclear Physicians, June 1996.

90. Nuclear oncology in the female population. <u>Waxman AD</u>. Technologist Section Society of Nuclear Medicine, June 1996.

91. A collimator approach to 511 kEv imaging using the Anger camera. <u>Waxman AD</u>. Society of Nuclear Medicine National Meeting, June 1996.

92. Forensic considerations in brain SPECT imaging. <u>Waxman AD</u>. Society of Nuclear Medicine National Meeting, June 1996.

93. Scan reading with the experts: Nuclear Oncology. <u>Waxman AD</u>. Society of Nuclear Medicine National Meeting, June 1996.

94. **F**-18 Deoxyglucose (FDG) And Tc-99m-MDP Simultaneous Whole Body SPECTImaging In The Detection And Localization Of Tumors. <u>AD Waxman</u>, GA Francken, CC Chau, HG Gabbie, BB Woods and DR Chapman. Society of Nuclear Medicine National Meeting, June 1997.

95. Localization Of Rapidly Propagating Seizures Using Ictal Spect With Early Injection Of Ecd Following Seizure Onset: Surgical Outcome And Invasive Electrode Validation. SD Eliashiv, <u>AD Waxman</u>, P Gupta, I Fried, J Engel Jr., A Shewmon. JNM Volume 38, No. 5, 337:p 91 May 1997

96. Impact of FDG on Patient Management : <u>Waxman AD</u>. Society of Nuclear Medicine, Western Regional Meeting, Sept 1997.

97. F-18 Deoxyglucose (FDG) and Tc-99m-MDP Simultaneous Whole Body SPECT Imaging in the Detection and Localization of Tumors : <u>Waxman AD</u>. Society of Nuclear Medicine, Western Regional Meeting, Sept 1997.

98. The Effect of Inertial Changes on Particle Size Distribution in Nebulizer Systems: The Impact on Clinical Aerosol Studies. GA Francken, AD Waxman, R Potter, R King  Society of Nuclear Medicine June 1997.

99. Improvement in Aerosol Delivery From a Standard Nebulizer System: The Use of a Holding Compartment. M Hyun, AD Waxman, R Potter, R King. Society of Nuclear Medicine Annual Meeting 1998.

100. Invasive Electrode Assessment and Surgical Outcome Confirmation of Ictal SPECT as a Predictor for Epileptogenic Zone. SD Eliashiv, AD Waxman,  I Fried, J Jr Engel. Society of Nuclear Medicine Annual Meeting 1998.

101. Relative Sensitivity of Ictal SPECT versus FDG-PET in Intractable Partial Epilepsy Patients with Invasive Electrode and Outcome Confirmation.
SD Eliashiv, AD Waxman.  Society of Nuclear Medicine Annual Meeting 1998.

102. Whole Body Tc-99m-MIBI Scanning in the Serial Evaluation of Multiple Myeloma (MM).
BGM Durie, AD Waxman, AD Agnolo, Society of Nuclear Medicine Annual Meeting 1998.

103. Ictal SPECT as a predictor of the Epileptogenic Region with Long term Pos-resection Outcone and Invasive Electrode Confirmation in Patients Undergoing resective Epilepsy Surgery: A Prospective Study. D Eliashiv, AD Waxman, AD Agnolo, P Gupta. Society of Nuclear Medicine Annual Meeting 1999.

104. Assessment of Cardiac Function during Renal Scintigraphy: Rediscovery of Renal Cardiac Output Failure as the Basis for renal Dysfunction. A D'Agnolo, AD Waxman, A Kao, CM Williams, I Cohen. Society of Nuclear Medicine Annual Meeting 1999.

105. Whole Body Fluoro-Deoxyglucose (FDG) Scanning in Multiple Myeloma.
BGM Durie, AD Waxman, A'Dagnolo.  Society of Nuclear Medicine Annual Meeting 1999.

106. The Use of Methoxyisobutylisonitrile (MBI) and Thallium-201 in the Evaluation of Intrabranial Malignancy. P Gupta, AD Waxman, CM Williams, C Kim Lee, R Pikul, K Black. Society of Nuclear Medicine Annual Meeting 1999.

107. Whole Body Tc-99m  MIBI Scanning in the Seria Evaluation of Multiple Myeloma (MM): Comparison with Other Imaging techniques Including Whole Body FDG.
BGM Durie, AD Waxman, A D'agnolo, CM Williams. Society of Nuclear Medicine Annual Meeting 1999.

108. Comparison of Xenon and a Modified Nebulizer for Aerosol Ventilation in the Diagnosis of Pulmonary Embolus: Impact on the Intermediate Pioped Category.
C Hyun, AD Waxman, A D'Agnolo, R Potter. Society of Nuclear Medicine Annual Meeting 1999.

110. The Effect of Low-Iodine Diet on the Ability to Achieve Ablation Following High Dose I-131 Therapy for Differentiated Thyroid Cancer
AD Waxman, MS Wilder, PP Massumi, A D'Agnolo, GD Braunstein. Society of Nuclear Medicine Annual Meeting 2000.

111. The Use of Gallium-67 Citrate (Ga-67) and Tc-99mm Sestamibi (MIBI) in the Evaluation of Non Hodgkin's Lymphoma (NHL): Superiority of MIBI in Low Grade Lymphoma
M Berkowitz, AD Waxman, CM Williams, A D'Agnolo, A Kao, N Nagaraj, P McAndrew, L Heifetz, M Lill. Society of Nuclear Medicine Annual Meeting 2000.

112. Serial Whole Body Fluoro-Deoxyglucose (FDG) Imaging For Non-Secretory Myeloma And Recurrent Plasmacytomata. Brian G. M. Durie, AD Waxman, A. D'Agnolo.  Society of Nuclear Medicine Annual Meeting 2000.

113. Characterization of Anti-CD 22 Monoclonal Antibody (MOAB) in Non Hodgkins Lymphoma
AD Waxman, CM Williams, A D'Agnolo, JA Morales, AW Kao. Society of Nuclear Medicine Annual Meeting 2000.

114. Subtraction Ictal SPECT and Ictal SPECT with Visual Analysis as Compared to Invasive Electrode Localization and Post-Surgical Outcome in Intractable Partial Epilepsy: An Update on an Ongoing Prospective Study. DS Eliashiv, AD Waxman, A D'Agnolo. Society of Nuclear Medicine Annual Meeting 2000.

115. Safety, Efficacy and Impact on Patient management of Tc-anti CD15 Antigranulocyte antibody (LeuTech) Imaging om Equivocal Appendicitis:
Results of Phase 3 Multicenter Trial. Society of Nuclear Medicine Annual Meeting 2000.

116. The Utility of NeoTect in the Evaluation  of Pulmonary Malignancy

M Berkowitz, <u>AD Waxman</u>, CM Williams, MS Wilder, A D'Agnolo, MC Lill. Society of Nuclear Medicine Annual Meeting 2001.

117. Prognostic Value of Whole Body FDG/PET Scanning in Patients with Large-Cell Non-Hodgkin's Lymphoma. SW Lim, <u>AD Waxman</u>, AN Schmidt, CM Williams, A D'Agnolo, F Rosenfelt, LJ Heifetz, RW Decker, PF McAndrew, S Hamburg, MC Lill. Society of Nuclear Medicine Annual Meeting 2001.

118. F-18 Deoxyglucose (FDG) PET in Radiation Therapy (RT) Planning: Comparison of CT Planning Alone with CT/FDG-PET Fusion in Determining Target Volume. R. Thompson, M Leu, <u>AD Waxman</u>, CM Bernison, PJ Rosemark. Society of Nuclear Medicine Annual Meeting 2001.

119. Prognostic value of Whole Body FGD/PET Scanning in Multiple Myeloma. BG Durie, <u>AD Waxman</u>, A D'Agnolo, CM Williams. Society of Nuclear Medicine Annual Meeting 2001.

120. The Use of FDG-PET Scans for Preoperative Evaluation of Disease Distribution in Ovarian Cancer. MR Manuel, CH Holschneider, CM Williams, M Masoodi, N Silagan, <u>AD Waxman</u>, BY Karlan. Society of Nuclear Medicine Annual Meeting 2001.

121. Brain Function & Blood Flow Changes in Back Pain: Brain PET & Xenon-133 to lumbar paraspinal muscles. Segil, C. Segil, CM. <u>AD Waxman,</u> Williams, CM. D'Agnolo, A. Society of Nuclear Medicine National Meeting, June 2002.

122. Whole Body FDG/PET Scanning Identifies High Risk Myeloma. B. G. Durie, <u>A. D. Waxman</u>, A. D'Agnolo and C. M. Williams. Society of Nuclear Medicine National Meeting, June 2002.

123. Co-Registration Of Ventilation And Perfusion SPECT Imaging : Comparison With Planar. Hyun M, Corbilla R, D'Agnolo A, <u>Waxman AD</u>. Western Regional Meeting, 2002.

124. FDG-PET in Ovarian Cancer: Use of the Standardized Uptake Value (SUV) to Differentiate Physiological Bowel Activity from Intraperitoneal Metastatic Tumor. CH Holschneider, MR Manuel, CM Williams, BY Karlan, <u>AD Waxman</u>. Society of Nuclear Medicine National Meeting, June 2002.

125. The Detection of Inflammation and Infection Using Tc-99m Depreotide (NeoTect) <u>AD. Waxman</u>, DC Chan, C. M. Williams and A. D'Agnolo. Society of Nuclear Medicine National Meeting, June 2002.

126. PET Fluorodeoxyglucose (FDG) Imaging In Defining A Strategy For Mediastinoscopy. R. Artal, <u>A. D. Waxman,</u> C. M. Williams, O. Tcherniantchouk, A. D'Agnolo, Z. Mohsenifar, J. A. Morales, C. Fuller and R. McKenna. Society of Nuclear Medicine National Meeting, June 2002.

127. [18]F-FDG PET Alters the Staging and Management of Breast Cancer: A Retrospective Analysis KM Almo, CM Williams, <u>AD Waxman</u>, A D'Agnolo, N Silagan, EH Phillips. Society of Nuclear Medicine National Meeting, June 2002.

128. Tc-99m Depreotide in the Staging of Lung Cancer: Mapping of Tumor Lymphatic Drainage. <u>A. D. Waxman,</u> O. Tcherniantchouk, C. M. Williams, A Marchevsky, R McKenna, C Fuller, and A. D'Agnolo. Society of Nuclear Medicine National Meeting, June 2002.

129. Co-Registration Of Ventilation And Perfusion SPECT Imaging : Comparison With Planar Robert Corbilla, CNMT, Mark Hyun, CNMT, Alessandro D'Agnolo, MD, <u>AD Waxman, MD.</u> Society of Nuclear Medicine National Meeting, June 2002.

130. Correlation Of FDG-PET Scans With Surgicopathologic Findings In Ovarian Cancers. MR Manuel, CH Holschneider, CM Williams, BY Karlan, <u>AD Waxman.</u> Society of Nuclear Medicine National Meeting, June 2002.

131. Comparison of FDG-PET and Tc-99m Depreotide in the Evaluation of Patients with Proven Lung Cancer:D C Chan*, A D Waxman, C M Williams, A DAgnolo, O Tcherniamtchouk, A Marchevsky, C Fuller and R McKenna. Oral Presentation at the 2003 SNM Annual Meeting, New Orleans , Louisiana.

132. Comparison of FDG-PET with Tc-99m Depreotide (DEP) in the Evaluation of Primary and Metastatic Breast Cancer. O Lyass*, A D Waxman, C M Williams, K

Almo, P F McAndrew, O Tcherniamtchouk, A DAgnolo and E H Phillips. Oral Presentation at the 2003 SNM Annual Meeting, New Orleans , Louisiana.

133.   Evaluation Of Hilar And Mediastinal Lymph Nodes With Tc-99m Depreotide In Lung Cancer: Detection Of Micrometastases.
O Tcherniantchouk*, A D Waxman, C M Williams, Y Kononov, R Alsabeh, A DAgnpolo, C Fuller, R McKenna and A Marchevsky. Oral Presentation at the 2003 SNM Annual Meeting, New Orleans , Louisiana.

134.   Optimization Of A Prone Breast Imaging Protocol For Fluorodeoxyglucose (FDG) Positron Emission Tomography (PET)
C M Williams, A D Waxman, P Barondess*, H Kiat, A DAgnolo, H Gabbie, P F McAndrew, K Almo and E H Phillips.  Oral Presentation at the 2003 SNM Annual Meeting, New Orleans , Louisiana.

135.   Improving Departmental Efficiency by Limiting HIDA Studies to Delayed (60-90 mins) Views: Is this an Appropriate Solution? R Corbilla, AD Waxman, A D'Agnolo, Y kononov. Oral Presentation at the 2004 SNM Annual Meeting, Philadelphia, Pennsylvania.

136.   Staging of Patients with Primary Lung Cancer Using F-18 Deloxyglucose Whole Body PET (FDG-PET) in an Extended Patient Population : Validation by Aggressive Surgical and Pathology Sampling. R Mc Kenna, W Houck, AD Waxman, S Sarebahi, DC Chan, C Fuller, A D'Agnolo, A Marchevsky.  Oral Presentation at the 2004 SNM Annual Meeting, Philadelphia, Pennsylvania.

137.   Fluorodeoxyglucose PET in the Evaluation of the Solitary Pulmonary Nodule :Results of a Surgically Proven Large Population Series. AD Waxman, W Houck, C Fuller, S Sarebahi, A D'Agnolo, P Julien, R Mc Kenna, DC Chan.  Oral Presentation at the 2004 SNM Annual Meeting, Philadelphia, Pennsylvania.

138.   Improvement of Target Volume Definition in Radiation Treatment Planning (RTP) Using FDG-PET and RTP CT Image Fusion. J Yap, J Fontanesi, AD Waxman, CM Burnison, RE Wallace, B Hakimian, A D'Agnolo, P Slomka. Oral Presentation at the 2004 SNM Annual Meeting, Philadelphia, Pennsylvania.

139.   Clinical Utility Of FDG-PET In Non-Secretory Myeloma. Waxman AD, Liou D, Durie BG, Kao A, [1] and D'Agnolo A. Journal of Nuc Med. Vol 46, No.5, 94P May 2005. Oral Presentation at the 2005 SNM Annual Meeting : Toronto, Canada.

140.   Positron Emission Tomography (PET) Prior To Mediastinoscopy (MS) is More Cost Effective Than Mediastinoscopy Prior To PET In Staging Of Non-Small Cell Lung Cancer (NSCLC)
Bick-Forrester, Justin; Waxman, Alan D.; Liou, Douglas ; D'Agnolo, Alessandro ; Houck, Ward; Fuller, Clark; McKenna, Robert. Oral Presentation at the 2006 Annual SNM  National Meeting San Diego, CA.

141.   SPECT Brain Imaging In Patients(Pts)With Systemic Lupus Erythematosis(SLE) Detects Frontal Lobe Watershed Defects: Chronic Ischemia May Be The Basis For A Cognitive Decline
Waxman, Alan D.; Liou, Douglas; D'Agnolo, Alessandro; Wallace, Daniel J.; Weisman, Michael H.; Lewis, David H.; Minoshima, Satoshi. Oral Presentation at the 2006 Annual SNM  National Meeting San Diego, CA.

142.   The Role Of FDG-PET CT In The Evaluation Of Asymptomatic Skull Metastases: Comparison With Tc-99m MDP Bone Scans: Lyass, Olga; Waxman, Alan D.; D'Agnolo, Alessandro; Thomson, Louise. Oral Presentation at the 2006 Annual SNM  National Meeting San Diego, CA.

143.   Pre-Operative PET Scanning For Lung Carcinoid Tumors Predicts Tumor Behavior And Patient Survival. DeArmond Daniel, Mahtabifard Ali, Lee, Jessica, Waxman, Alan, Marchevsky Alberto, Fuller, Clark, McKenna, Robert. Oral presentation SNM National Meeting, June 2007, Washington DC.

144.   Clinical Validation of the Watershed Sign as a Marker for Neuropsychiatric Systemic Lupus Erythematosus and Correlation with MRI. Driver, Catherine B.; Lee, Jessica C.; Waxman, Alan D.; Forbess, Chelsey J.; Pourrabbani, Shahram[2]; Wallace, Daniel J.; Liou, Douglas; Minoshima, Satoshi[3]; Weisman, Michael H. poster presentation June 2007, Washington DC.

145.   A Rapid Simplified Method for the Estimation of Glomerular Filtration Rate
       Corbilla, Robert; Waxman, Alan D.; Lee, Jessica; D'Agnolo, Alessandro
       Oral Presentation SNM  National Meeting, June 2008. New Orleans.:   JNM, Vol. 49 Suppl 1, 414P, May 2008.

146.   FDG-PET Imaging for the Evaluation of Axillary Metastasis(AM) in Breast Cancer : Comparison with MRI, CT and Tumor Grade. Nguyen, Thomas ; Ih, Grace; Lee, Jessica; Karlan, Scott R.; Dang, Catherine; Saouaf, Rola; Phillips, Edward; Waxman, Alan D.
       Poster Presentation :  June   2008,   New Orleans: JNM, Vol. 49 Suppl 1, 343P, May 2008

147.   Metabolic and Receptor Imaging in Predicting a Clinical Outcomes for Patients(pts) with Neuroendocrine Tumors:Comparison of FDG-PET with Indium-111 Pentetreotide
       Zalom, Martina ; Lee, Jessica; Waxman, Alan D.; D'Agnolo, Alessandro; Nissen, Nicholas; Cohen, Dara; Yu, Run; Lill, Michael; Wolin, Edward
       Poster Presentation :  June   2008,   New Orleans: JNM, Vol. 49 Suppl 1, 369P, May 2008

148.   123 I- mIBG Scintigraphy in patients with known or suspected pheochromocytoma: Restuls from a prospective multi-center trial. G. Wiseman, P Karel, A Waxman, DR Neumann, D Mankoff, D McCaul, K O'Hern, AF Jacobson. JNM, Vol. 49 Suppl 1, 243P, May 2008.

149.   FDG-PET Findings in Pathologically Identified Lymph Node, Adenoid or Splenic Hyperplasia . M. Edmunds, R. Chaisanguanthum, R. Alsabeh, A. Su, G. Ih, A. D. Waxman. *Oral Presentation SNM National Meeting, June 2008, Toronto, Canada:* JNM 168P, Vol. 50, Supplement2 May 2009.

150.   A Novel Method For Accurately Diagnosing Acute Cholecystitis
       Nasseri, Yosef  MD, Waxman Alan, ,   Berry, Cherisse MD, Kohanzedeh, Som MD, Philips, Edward, MD, D'Agnolo, Alessandro, MD, Haker Katherine, MD,   Kallman Cindy, Wachsman, Ashley, MD Margulies, Daniel MD. *Oral Presentation SNM  National Meeting, June 2008, Toronto, Canada:* JNM  147P, Vol. 50, Abstract Book Supplement2 May 2009.

151.   Bone Pain As A Primary Predictor Of Bone Metastasis: A Retrospective Review. . D. Motamedi, N. Craig, J. Lee, O. Lyass, A. D'Agnolo, A. D.  *Poster Presentation SNM  National Meeting, June 2008, Toronto, Canada:* JNM  358P, Vol. 50, Abstract Book Supplement2 May 2009.

152.   Comparison of Indium-111 Pentetreotide SPECT, Indium-111 Pentetreotide Planar and Magnetic Resonance Imaging in Detecting Hepatic Metastasis in Patients with Neuroendocrine Tumors. G. Ih, M. Zalom, A. D. Waxman, A. Su, N. Craig, A. Wachsman, A. D'Agnolo;  *Poster Presentation SNM  National Meeting, June 2008, Toronto, Canada:*  JNM  353, Vol. 50, Abstract Book Supplement2 May 2009

153.   Comparison of Tc-99m Sestamibi/Pertechnetate Planar & SPECT Imaging(Img)with Ultrasound(U/S): Advantage of Combined Studies. Lev , Irina; Waxman, Alan D.; Ih, Grace; D'Agnolo, Alessandro; Thomson, Louise E.; Adashek, Kenneth; Melany, Michelle. Accepted for Oral Presentation in the 2010 Society of Nuclear Medicine National Meeting,Salt Lake City, Utah. June 2010. J Nucl Med. 2010; 51 (Supplement 2):205

154.   Abnormal Renal Perfusion, GFR and Tubular Function Demonstrated with Tc-99m DTPA and Mag3 in Patients with Hepatorenal Syndrome. Izadi, Kamron; Waxman, Alan D.; D'Agnolo, Alessandro; Khan, Danyal; Lev , Irina; Ih, Grace; Rodriguez, Hector. Accepted for Oral Presentation in the 2010 Society of Nuclear Medicine National Meeting,Salt Lake City, Utah. June 2010.  J Nucl Med. 2010; 51 (Supplement 2):423

155.   Are Two Heads Better Than One: Critical evaluation of Single Detector Versus Dual Detector Acquisition in the Performance of Gastric Emptying Studies. Corbilla, Robert; Waxman, Alan D; D'Agnolo, Alessandro; Chapman, Dennis R. Accepted for Poster Presentation in the 2010 Society of Nuclear Medicine National Meeting,Salt Lake City, Utah. June 2010. J Nucl Med. 2010; 51 (Supplement 2):2054

156.   Optimization of therapeutic dose delivery of intrahepatic beta emitters in patients with liver metastases: The impact of residual activity in calculations of Y-90 microsphere dispensed dose Stacey Arredondo, Alan D. Waxman, Alessandro D'Agnolo, Louise Thomson, Jim Kao, Marc L. Friedman. Accepted for Oral Presentation to be presented at the SNM National Meeting in San Antonio, Texas. June 2011.

157.   The determination of specificity of PET and SPECT brain scans using a quantitative normal database approach. G. Ih, A.D. Waxman, C. Rowe, S. Minoshima. Accepted for Poster Presentation to be presented at the SNM National Meeting in San Antonio, Texas. June 2011.

158.   (F18)FLT comparison with (F18)FDG in prediction of tumor response to radiation therapy(RT): Advantage of FLT in early assessment. Amin Mirhadi, Michele Burnison. Behrooz Hakimian, Howard Sandler, Irina Lev, Grace Ih, Alan Waxman, Louise Thomson, Alessandro D'Agnolo Accepted for Oral Presentation to be presented at the SNM National Meeting in San Antonio, Texas. June 2011.

159.   The role of dopaminergic imaging in patients with symptoms of dopaminergic system Neurodegeneration Jeffrey L. Cummings,Claire Henchcliffe,Sharon Schaier,Tanya Simuni, Alan Waxman and Paul Kemp. Brain. 8/2/2011.

160.   [18]FDG PET-CT:  A Novel Approach for the Diagnosis of Cholecystitis for Equivocal Diagnoses After Ultrasound Imaging.Yosef Nasseri, MD, Ariel J. Ourian, Alan Waxman, MD, Alessandro D'Angolo, MD, Louise E. Thomson, MBChB, Daniel R. Margulies, MD.Cedars-Sinai Medical Center, Los Angeles, California. January 2012

161.   Correlation of FDG Brain PET (PET) with Hippocampal Volumetric MRI (VMRI) in Patients with Dementia: Non-Correlation in Alzheimer's Disease (AD). Kightlinger, Blake; Waxman, Alan D.; Ih, Grace; Kohli, Kanchan; Klein, Elizabeth; Moser, Franklin G.; Maya, Marcel; Pressman, Barry *Poster Presentation at the Annual Meeting of the Society of Nuclear Medicine, June 12,/2012; Miami, Florida.*

162.   FDG-PET to predict outcome of patients with liver metastasis treated with Yttrium –90 Radioembolization . Zalom, Martina; Ih, Grac[1]; Friedman, Marc; Wolin, Edward; Yu, Run; Waxman, Alan D. *Oral Presentation at the Annual Meeting of the Society of Nuclear Medicine, June 13,2012; Miami, Florida.*

163.   Evaluation of [F-18]HX4 (a hypoxic tumor marker) to Detect Hypoxia in Tumors: Correlation with FDG PET. Mirhadi, Amin; Waxman, Alan D.; D'Agnolo, Alessandro; Ih, Grace; Kolb, Hartmuth; Hakimian, Behrooz; Burnison, Michele; Sandler, Howard. *Oral Presentation at the Annual Meeting of the Society of Nuclear Medicine, June 12,2012; Miami, Florida.*

164.   Simplified Protocol for FDG-PET in Patients with Suspected Cholecystitis: Technical Aspects Barondess, Paula; Waxman, Alan D; D'Agnolo, Alessandro; Thomson, Louise. *Oral Presentation at the Annual Meeting of the Society of Nuclear Medicine, June 10,2012; Miami, Florida.*

165.   ROC Analysis of Hippocampal Volumetric MRI (VMRI) in Determining Alzheimer's Disease (AD) in Patients with Positive FDG Brain PET (PET). Blake Kightlinger, MD, Alan Waxman, MD, Grace Ih, BS, KanchanKohli, BS, Elizabeth Klein, Frank Moser, MD, Marcel Maya, MD, Barry Pressman, MD. For oral presentation at the Society of Nuclear Medicine Western Regional Meeting in October 2012, Monterey, CA.

166.   FDG-PET Brain Imaging in a Normal Volunteer Population: Comparison of 3DSSP Quantitation (3DSSP) with Surface Rendered Imaging (SRI). Stacey Arredondo, Grace Ih, Alan Waxman. For poster presentation at the Society of Nuclear Medicine Western Regional Meeting in October 2012, Monterey, CA.

167.   A ROC analysis of hippocampal volumetric MRI (VMRI) in determining Alzheimer's disease (AD) in patients with positive FDG brain PET (PET). Blake Kightlinger, MD, Alan Waxman, Grace Ih, Kanchan Kohli, Elizabeth Klein, Frank Moser, Nebil Hassen, Marcel Maya, Barry Pressman. Poster Presentation at the 2013 SNM. June 2013 in Vancouver, BC.

168.   Frontal Watershed Sign: A Novel SPECT Imaging Finding in CNS LUPUS.
       A Azizyan, MD, P Linesch A D'Agnolo; A D Waxman.Poster Presentation in RSNA, Dec 2013.

169..   SPECT brain imaging in cognitively impaired subjects with a neuroborreliosis; watershed abnormalities suggest CNS vasculitis. Paul Linesch, BS; Grace Ih, BS; Francine Hanberg, MD; Alan Waxman, MD. Oral presentation at the Society of Nuclear Medicine Western Regional Meeting in October 2014, Seattle, WA.


**SCIENTIFIC EXHIBITS:**

Curriculum Vitae - Alan D. Waxman, M.D.
Page 44 of 48  *Sept 2015)*

1. Multiple gated equilibrium cardiac blood pool scintigraphy. Validation of the technique and the clinical application. Berman DS, Maddahi J, Waxman AD, Gray R. Shah PK, and Forrester JS. Society of Nuclear Medicine, 25th Annual Meeting, Anaheim, Calif., June 2730, 1978 (Certificate of Merit).

2. Right ventricular ejection fraction assessment by rapid multiple gated equilibrium scintigraphy: Description, validation, and application of a new technique at rest and during exercise. Maddahi J, Berman DS, Matsuoka D, Swan HJC, Forrester JS, and Waxman AD. Society of Nuclear Medicine, 26th Annual Meeting, Atlanta, Georgia, June 26-30, 1979.

3. A comparison of four mobile cameras in one institution: Quantitated performance parameters at Tc-99m   and Tl-201 energies. Chapman D, Newcomer K, and Waxman AD. Society of Nuclear Medicine, 26th Annual Meeting, Atlanta, Georgia, June 26-30, 1979.

4. Noncorrelation of thyroglobulin levels with 2 and 10 mCi I-131 scans in the follow-up evaluation of thyroid cancer patients. Ramanna L, Waxman AD, Chapman N, Brachman M, Tanasescu D, Berman D, Catz B. and Braunstein G. Society of Nuclear Medicine, 30th Annual Meeting, St. Louis, Missouri, June 7-10, 1983   (Poster).

5. Effects and correction of misaligned x-y gains and offsets in dual detector SPECT imaging. Chapman D,Areeda J, Van Train K, Waxman AD, Berman D, and Garcia E. Society of Nuclear Medicine, 32nd Annual Meeting, Houston, Texas, June 2-5, 1985.

6. Gastric emptying in patients with supraventricular tachycardia. Tanasescu DE, Hamer AW, Marks JW, Mandel WJ, Brown DE, Chappel ME, Chapman DR and Waxman AD., The Society of Nuclear Medicine, 32nd Annual Meeting, Albert Thomas Convention Center, Houston, Texas, June 2-5, 1985 (Poster).

7. Tc-99m Depreotide (DEP) In The Evaluation Of Patients With Low Grade Lymphoma (LGL)
A D Waxman*, C M Williams, O Lyass, O Tcherniamtchouk, B Winarko, R Alsabeh, F Rosenfelt, P F McAndrew, B E Rosenbloom, S Lim and M Lill.  Poster Presentation at the 2003 SNM Annual Meeting, New Orleans , Louisiana.

8. Prognosis Determination By Functional Imaging(Img) In Lung Cancer(Ca) With Tc-99m Depreotide (DEP) and FDG-PET (PET) : Comparison With Cross-Sectional Imaging And Pathology(Path)
A D Waxman*, A Chan, B Winarko, C M Williams, O Tcherniantchouk, R Alsabeh, A DAgnolo, R McKenna, C Fuller and A Marchevsky.  Poster Presentation at the 2003 SNM Annual Meeting, New Orleans , Louisiana.

9. Impact of Surgery/Biopsy on the FDG-PET scan in Patients with Primary Carcinoma of the Breast. DC Chan, AD Waxman, KM Pado, PF McAndrew, A D'Agnolo, EH Philips. JNM 45(5) (#1198), 380P, May 2004. Poster Presentation at the 2004 SNM Annual Meeting, Philadelphia, Pennsylvania.

10. Simultaneous Imaging of Thallium-201 and Tc-99m Sestamibi (MIBI) in Patients with Brain Tumors. B Winarko, AD Waxman, DC Chan, A D'Agnolo, B Pikul. Poster Presentation at the 2004 SNM Annual Meeting, Philadelphia, Pennsylvania

11. Comparison Of Visual Interpretation Of FDG-PET With $Suv_{,\Delta}$ Suv And Suvr In The Staging Of Patients With Primary Lung Cancer Using F-18 Deoxyglucose PET. Liou D, Waxman AD, M.D., Chan DC, Sarebahi S, D'Agnolo A, Marchevsky A, Houck W, Fuller C, and McKenna R.
Poster Presentation at the 2005 SNM Annual Meeting : Toronto, Canada

12. Prognostic Utility of FDG-PET Following High Dose Chemotherapy/Autologous Stem Cell Transplantation (HDC/ASCT) In Patients with Aggressive Non-Hodgkin's Lymphoma (NHL). Firouztale P, Waxman AD, Lim S, D'Agnolo A, Lill M. Poster Presentation at the 2005 SNM Annual Meeting : Toronto, Canada

13. Comparison Of FDG-PET Before And After High Dose Chemotherapy/Autologous Stem-Cell Transplantation (HDC/ASCT) In Patients With Multiple Myeloma
Kao A, Waxman AD, Durie BG, Lim S, D'Agnolo A and Lill M.
Poster Presentation at the 2005 SNM Annual Meeting : Toronto, Canada

14. Comparison Of Measured Versus Calculated Attenuation Correction (AC) On FDG-PET Brain Studies: Barondess, Paula; Waxman, Alan D.; Liou, Douglas ; D'Agnolo, Alessandro .
Poster Presentation at the 2006 Annual SNM  National Meeting San Diego, CA

**RESEARCH CLINICAL TRIALS:**

1.    Phase II Study of Cyt-103-111 Indium in the detection of primary and Metastatic Colorectal Carcinoma in Pre-Surgical Patients.
      Sponsor: Cytogen
2.    Evaluation of the Safety, Performance characterisitcs and Clinical utility of Tc-99m Labeled T2G1's Antifibrin Fab Monoclonal Antibody in patients at high Risk for Developing Deep venous Thrombosis
      Sponsor: Centocor
3.    Detection of Colorectal Carcinoma by Diagnostic Imaging of Fab Fragment of the Anti-CEA Antibody Immu-4 Labeled with Tc-99m
4.    Detection of Occult Colorectal Carcinoma by Diagnostic Imaging of Fab Fragment of the Anti CEA Antibody IMMU-4 Labeled with Tc-99m
      Sponsor: Immunomedics
5.    Adrenergic Tumor Imaging with I-131 Labeled MIBG
6.    Use of Tc-99m HMPAO Labeled White Blood Cells in Localizing Sites of Infection in Children.
      Sponsor: Amersham
7.    Detection of Hepatocellular Carcinoma by Diagnostic Imaging of FAB Fragment of the Anti-AFP Antibody Immu-31 Labeled with Tc-99
      Sponsor: Immunomedics
8.    Multicenter Study of Intravenously Administered III-in-Cyt-356 in the Evaluation of Patients with Primary Prostate Cancer Prior to Staging Pelvic Lymph Node Dissection
      Sponsor: Cytogen
9.    Assessment of the Clinical Value of Neurolite (Tc-99m Bicisate) Imaging in Patients with either Suspected Dementia, or Cerebrovascular Disease (i.e. Transient Ischemic Attack)
      Sponsor: DuPont Merck
10.   Indium-111 Pentetreotide for Compassionate Use on Patients with Suspected Tumors Containing Somatostatin Receptors
      Sponsor: Mallinkrodt
11.   Fluoro-Deoxyglucose(FDG) Assessment of Tumors or FDG Assessment of Myocardial Perfusion
      Sponsor: Scinticor Corp.
12.   An Open Label Multicenter Trial to Evaluate the Diagnostic Accuracy of Technetium Tc-99m Sestamibi Scintigraphic Images in Identifying Malignant Breast Lesions in Subjects with Mammographically Detected Non-Palpable Breast Abnormalities
      Sponsor: DuPont-Merck
13.   An Open Label Multicenter Trial to Evaluate Diagnostic Accuracyof Tc-99m Sestamibi Scintigraphic Images in Identifying Malignant Breast Lesions in Subjects with Breast Abnormalities Detected by Palpation
      Sponsor: DuPont-Merck
14.   Phase III Study of Intravenously Administered 111 in Carpromab Pendetide in the Evaluation of Patients with Suspected Residual or Recurrent Prostate Cancer Following Radical Prostatectomy Who are Scheduled to Undergo Biopsy of the Prostatic Fossa
      Sponsor: Cytogen
15.   An Open-Label, Multicenter, Clinical Study Assessing the Safety and Efficacy of Indium in 111 Pentetrotide in Patients with Hodgkin's and non-Hodgkin's Lymphoma
      Sponsor: Mallinckrodt, Inc.
16.   Clinical Evaluation of Technetium-99m Bicisate Brain Imaging in the Assessment of Patients with Acute Stroke
      Sponsor: DuPont Merck
17.   Phase IIIB Study of Intravenously Administered 111-in Capromab Pendetide in the Evaluation of Patients with Prostate Cancer
      Sponsor: Cytogen
18.   A Randomized Multicenter Study to Assess Clinical Impact of Technetium-99m Exametazime-Labeled Leukocyte Imaging on the Management of Patients with Atypical Presentations of Suspected Acute Appendicitis

Curriculum Vitae - Alan D. Waxman, M.D.
Page 46 of 48 *Sept 2015)*

        Sponsor: Medi-Physics/Amersham

19. A Blinded, Multicenter,Clinical Study Assessing the Safety and efficacy of Indium in 111 Pentetreotide for Staging Patients before and after Chemotherapy for Small Cell Lung Cancer
Sponsor: Mallinckrodt Medical, Inc

20. Detection of Hepatocellular Carcinoma by Diagnostic Imaging FAB' Fragment of the Anti-AFP Antibody Immu-31 Labeled with Tc-99m
Sponsor: Immunomedics, Inc.

21. The Use of Molecular Coincidence Detection Fluoro-Deoxyglucose (MCD-FDG) in Management of Patients with Non-Small Cell Lung Carcinoma.
Sponsor: ADAC Laboratories

22. A Multicenter Study Evaluating the Safety and Efficacy of Tc-99m P829 for the Detection and Localization of Cancer in the lung.
Sponsor: Diatide, Inc.

23. A Multicenter Trial to Characterize Lesions which were not Detected bby Physical Examination or Mammography but which were Identified by Tc-99m Sestamibi Scintigraphic Images of DuP 843-044 and DuP 843-045 Subjects.
Sponsor: DuPont-Merck Pharmaceutical Co

24. (IM-D-LL2-06) The Utility of LymphoScan Imaging in the Detection of Residual Tumor After Chemotherapy and/or Radiotherapy in Patients with Non-Hodgkin's Lymphoma.
Sponsor: Immunomedics, Inc.:

25. (IM-D-LL2-05) The Utility of LymphoScan Imaging in the Localization nd Staging of Patients with Non-Hodgkin's Lymphoma.
Sponsor: Immunomedics, Inc.

26. The Effect of Attenuation Correction (AC) on the Use of Molecular Coincidence Detection Fluoro-Deoxyglucose (MCD-FDG) in Management of Patients with Suspected Carcinoma
Sponsor: ADAC Laboratories.

27. The Effect of Attenuation Correction (AC) on the Use of Molecular Coincidence Detection Fluoro-Deoxyglucose (MCD-FDG) in Management of Patients with Suspected Carcinoma

28. A Multicenter Clinical Study of technetium Tc-99m P483H in Patients with Suspected Abdominal Infection
Sponsor: Diatide, Inc.

29. (Protocol IM-D-CEA-B04) CEA Scan Immunoscintigraphy of Non-Palpable, Mammographically Suspicious Breast Lesions.
Sponsor: Immunomedics.

30. Phase II- Evaluation of the Safety and Efficacy of I-123-Altropane for the Detection of Parkinson's Disease In-Patients with Established Disease and Normal Volunteers
Sponsor: Boston Life Sciences, In c

31. An Open Label, Multicenter Clinical Study to Evaluate the Efficacy and Safety of Technetium Tc-99m LeuTech<sup>TM</sup> Scintigraphy for the Detection of Appendicitis in Patients Presenting with Equivocal Signs and Symptoms
Sponsor: Palatin, Inc.

32. Phase III-Evaluation of the Safety and Efficacy of IU-123 Altropane for the Detection of Parkinsonian Syndrome in Patients with Movement Disorders
Sponsor: Boston Life Sciences, Inc.

33. P483H-23 Evaluation of Technetium Tc-99m P483H for the Scintigraphic Imaging of Inflammatory Processes
Sponsor: Diatide, Inc.

34. A Non Invasive Adjunct Treatment to Conventional Treatment of Back and Neck

35. The Comparison of Dedicated PET with Molecular Coincidence Detection (M in Patients with Primary Carcinoma of the Lung.
Sponsor: ADAC Laboratories, Inc

36. Comparison of the Tumor Seeking Agent NeoTect with F-18 Deoxyglucose (FDG) PET Scanning for the Detection and Localization of Lung Cancer.
Sponsor: Diatide Inc.

Curriculum Vitae - Alan D. Waxman, M.D.
Page 47 of 48 *Sept 2015)*

37.   829-40 A Multicenter Study of the Diagnostic Accuracy of NeoTect Imaging in
      Patients with Solitary Pulmonary Nodules Suspicious for Malignancy
      Sponsor: Diatide Inc.

38.   The Use of FluoroDeoxyglucose (FDG) Imaging in Breast Cancer
      Sponsor:  ADAC/PET-Net Pharmaceuticals

39.   The Use of FluoroDeoxyglucose (FDG) Imaging in Infection
      Sponsor:  ADAC Laboratories

40.   The Use of  NeoTect  in Infection
      Sponsor: Diatide Inc.

41.   Screening and Treatment of Ovarian Cancer Using Hormonal Receptor Analogue
      Sponsor: Non-funded

42.   Scintigraphic Swallow Evaluation (SSE)
      Sponsor: : non-funded

43.   The Use Of Neotect® In Evaluation Of of Low Grade Non-Hodgkin's Lymphoma (LGNHL).
      Sponsor: Diatide Inc.

45.   Screening and Treatment of Ovarian Cancer Using Hormonal Receptor Analogue
      Sponsor: : non-funded

46.   The Use Of Neotect® In Evaluation Of Breast Cancer :
      Evaluation Of Primary, Staging Or Restaging Breast Cancer.
      Sponsor: Diatide Inc.

47.   The Use Of Neotect ® In Evaluation Of Prostate Cancer
      Sponsor: Diatide

48.   The Use Of Neotect® In Cardiac Transplantation
      Sponsor:  Diatide Inc.

49.   Phase II/III Study Of Apomate™ (Kit For The Preparation Of $^{99m}$Tc Rh-Annexin V For Injection)  For
      Imaging Of Apoptosis In Patients With Non-Small-Cell Lung Cancer
      Sponsor: Theseus Imaging

50.   The Use of NeoTect in Infection and inflammation of the Gallbladder
      Sponsor: Diatide, Inc.

51.   A Multi-Center Phase 2 Study of Altropane in Adult Subjects with And Without Diagnosis of
      Attention Deficit Hyperactivity Disorder (ADHD)
      Sponsor: Boston Life Sciences, Inc.

52.   Evaluation of the Efficacy and Safety of ALTROPANE for Differentiating Parkinsonian
      Syndromes from Non-Parkinsonian Syndromes in Patients with Tremors
      Sponsor:  Boston Life Sciences, Inc.

53.   The Utility of Surface Rendered PET and SPECT Brain Imaging in Patients with Systemic Lupus
      Erythematosus (SLE): Discoverey of Frontal Watershed Defects
      Sponsor: non-funded

54.   The Utility of Positron Emission Tomography (PET) Imaging in Patients with Myeloma
      Sponsor: non-funded.

55.   The Impact of MRI and PET/CT on Breast Cancer Therapy. Sponsor: Dept of Surgery

56.   An Open-Label, Multicentre, Phase 3 Scintigraphy Study Assessing I123-mIBG Uptake in Subjects
      Being Evaluated for Phaeochromocytoma or Neuroblastoma.
      Sponsor; G.E. Healthcare

57.   Comparison of the Tumor Seeking Agent NEOTECT with F-18 Deoxyglucose (FDG) PET Scanning
      for the Detection and Localization of Lung Cancer.
      Sponsor: Diatide, Inc.

58.   The Utility of 18FDG-PET and PET/CT in the Evaluation of Patients with Suspected Cholecystitis.
      Sponsor: Cardinal Health

59.   The Utility of NeutroSpec Imaging in the Evaluation of Patients with Suspected Cholecystitis.
      Sponsor:  Tyco, Inc.

60.   The Utility of Positron Emission Tomography (PET) Imaging in Patients with Myeloma

61.   An Open-Label, Multicenter, Phase 3 Scintigraphy Study Assessing I123-mIBG Uptake in Subjects
      Being Evaluated for Pheochromocytoma or Neuroblastoma

Curriculum Vitae - Alan D. Waxman, M.D.
Page 48 of 48  *Sept 2015)*

62.    Comparison of Octreotide Imaging with FDG-PET in the Evaluation of Patients With Neuroendocrine Tumors

63.    An Open-Label, Phase 2 Study to Assess the Safety and Efficacy of 99mTc-NC100697 Injection in Detecting or Excluding Striatal Dopaminergic Deficits in Subjects With 1 or More Signs of a Parkinsonian Syndrome