# Megan Davis

| | |
|---|---|
| **From:** | Meltzer, Carolyn <cmeltze@emory.edu> |
| **Sent:** | Friday, April 15, 2016 6:36 PM |
| **To:** | Megan Davis |
| **Cc:** | Anna Johnson |
| **Subject:** | Re: Civil Case Expert Retention |

Ms. Davis

As we discussed by phone earlier today, I would be glad to review the brain PET images and provide my expert opinion however the timeline you mentioned is just too short given the demands of my calendar.
Please let me know if I may be of further assistance.

Carolyn Cidis Meltzer, MD FACR
William P. Timmie Professor and Chair
Department of Radiology and Imaging Sciences
Associate Dean for Research
Emory University School of Medicine
Tel: 404-712-5287 (direct line: 2-9713)
Fax: 404-712-7839

EXHIBIT
H