IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT MARTINSBURG

WILLIAM L. TALBOTT, JR. and
PAMELA TALBOTT as husband and
wife,

               Plaintiffs,      CIVIL ACTION NO.  3:15-CV-105 (Groh)

v.

BEN W. HOOPER, III,
ADMINISTRATOR OF THE ESTATE
OF DAVID L. BOLING, FRONTIER
TRANSPORT CORPORATION,
ONLINE TRANSPORT SYSTEM, INC.
and ONLINE TRANSPORT, INC.,

               Defendants.

## JOINT PROPOSED MODIFIED SCHEDULING ORDER

Based upon the parties' submissions and by agreement of the parties, the scheduling order previously entered in this case is hereby modified as follows:

1. <u>Defendants' Expert Disclosures as to Defendants' Experts H. Gray Broughton, Dr. David Buchholz, and Dr. Alan Waxman</u>:   **May 23, 2016**

2. <u>Defendants' Expert Disclosures as to Defendants' Neuropsychological Expert Dr. Thomas Ryan</u>: **July 15, 2016**

3. <u>Examination/Inspection Deadline as to Dr. Thomas Ryan</u>: **June 16, 2016**

4. <u>Discovery Completion</u>: **July 1, 2016**

5. All other dates remain the same as previously set forth in the Court's Scheduling Order entered on October 5, 2015.

ENTERED: This _____ day of _____, 2016.

_____
United States District Court
Northern District of West Virginia

PRESENTED BY:

\_\_\_\_/s/Megan B. Davis_____
Robert L. Massie (WVSBN 5743)
Megan B. Davis (WVSBN 12502)
**Nelson Mullins Riley & Scarborough LLP**
P.O. Box 1856
Huntington, WV 25719-1856
Main Office Phone: (304) 526-3500
Fax: (304) 526-3541

**COUNSEL FOR DEFENDANTS BEN W. HOOPER, III, ADMINISTRATOR OF THE ESTATE OF DAVID L. BOLING, FRONTIER TRANSPORT CORPORATION, ONLINE TRANSPORT SYSTEM, INC. and ONLINE TRANSPORT, INC.**

APPROVED BY:

\_\_\_\_/s/Douglas A. Spencer (with permission by Megan B. Davis)\_\_\_\_
Douglas A. Spencer (WVSBN 9369)
C. Michael Bee (WVSBN 290)
Hill, Peterson, Carper, Bee & Deitzler PLLC
NorthGate Business Park
500 Tracy Way
Charleston, WV 25311
Telephone: (304) 345-5667
Fax: (304) 345-1519

James M. Kessel

Allen Allen Allen & Allen
1809 Staples Mill Road
Richmond, VA 23230

**COUNSEL FOR PLAINTIFFS WILLIAM L.
TALBOTT, JR. AND PAMELA TALBOTT**