IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT MARTINSBURG

WILLIAM L. TALBOTT, JR. and
PAMELA TALBOTT, as husband and
wife,

        Plaintiffs,

                      CIVIL ACTION NO.:  3:154-CV-105 (GROH)

BEN W. HOOPER, III,
ADMINISTRATOR OF THE ESTATE
OF DAVID L. BOLING, FRONTIER
TRANSPORT CORPORATION, ONLINE
TRANSPORT SYSTEM, INC. and
ONLINE TRANSPORT, INC.

        Defendants.

### NOTICE TO TAKE DEPOSITION *DUCES TECUM* OF ROBERT W. JACKSON, LMFT, LPC, CRC, CCM

      Please take notice that the Defendant, Frontier Transport Corporation, by and through the undersigned counsel, will take the oral examination of Robert W. Jackson, LMFT, LPC, CRC, CCM, on **Monday, May 9, 2016, beginning at 3:00p.m.,** at the offices of Allen, Allen, Allen & Allen, 2100 Rio Hill Center, Charlottesville, Virginia 22901. The deposition will continue from day to day until completed and will be taken before an officer authorized to administer oaths and to take such depositions by the laws of the West Virginia.  The deposition will be recorded by audio or stenographic means and will also be videotaped.  The deposition will be used for any purpose allowed pursuant to the West Virginia Rules of Civil Procedure in the trial of the above-captioned matter. You are invited to protect your interests as they may appear.

Mr. Jackson is to testify about and produce all documents more fully described in the list attached hereto as ***Exhibit A***.

                                      **FRONTIER TRANSPORT CORPORATION**

                                      /s/ Robert L. Massie
                                      Robert L. Massie (WV Bar No. 5743)
                                      Megan B. Davis (WV Bar No. 12502)
                                      **NELSON MULLINS RILEY &**
                                      **SCARBOROUGH LLP**
                                      949 Third Ave., Suite 200
                                      Huntington, WV 25701
                                      Phone:  (304) 526-3501
                                      Fax:  (304) 526-3541
                                      Email:  bob.massie@nelsonmullins.com
                                      Email: megan.davis@nelsonmullins.com

**COUNSEL FOR DEFENDANTS BEN
W. HOOPER, III, ADMINISTRATOR OF
THE ESTATE OF DAVID L. BOLING,
FRONTIER TRANSPORT CORPORATION,
ONLINE TRANSPORT SYSTEM, INC. and
ONLINE TRANSPORT, INC.**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT MARTINSBURG

WILLIAM L. TALBOTT, JR. and
PAMELA TALBOTT, as husband and
wife,

      Plaintiffs,

                                                CIVIL ACTION NO.:  3:154-CV-105 (GROH)

BEN W. HOOPER, III,
ADMINISTRATOR OF THE ESTATE
OF DAVID L. BOLING, FRONTIER
TRANSPORT CORPORATION, ONLINE
TRANSPORT SYSTEM, INC. and
ONLINE TRANSPORT, INC.

      Defendants.

## CERTIFICATE OF SERVICE

This undersigned attorney hereby certifies that the foregoing *"Notice to Take Deposition Duces Tecum of Robert W. Jackson, LMFT, LPC, CRC, CCM"* was filed with the court through the CM/ECF system and copies of the above will be sent to the following participants as identified on the notice of electronic filing on this 4th day of May, 2016:

Douglas A. Spencer, Esq. (W.Va. State Bar # 9369)
C. Michael Bee (W.Va. State Bar # 290)
HILL, PETERSON, CARPER, BEE & DEITZLER, P.L.L.C.
NorthGate Business Park
500 Tracy Way
Charleston, West Virginiu 25311

James M. Kessel, Esq. (W.Va. State Bar # 11222)
ALLEN ALLEN ALLEN & ALLEN
1809 Staples Mill Road
Richmond, Virginia 23230
*Counsel for Plaintiffs*

                                                     /s/ Robert L. Massie

# EXHIBIT "A"

## DEPOSITION OF REQUESTED DOCUMENTS

The following requested documents are limited, unless otherwise noted, to those documents maintained by Robert W. Jackson, LMFT, LPC, CRC, CCM, (hereinafter "Deponent,") in any capacity, including but not limited to his individual, personal and official capacity.

"Documents" mean all writings of any kind, including the originals and all non-identical copies, whether different from the originals by reason of any notation made on such copies or otherwise (including, without limitation, correspondence, memoranda, notes, diaries, statistics, letters, telegrams, minutes, contracts, reports, studies, checks, statements, receipts, returns, summaries, pamphlets, books, prospectuses, interoffice and intra office communications, notations of any sort on communications, bulletins, printed matters, computer printouts, teletypes, invoices, worksheets, and all drafts, alterations, modifications, changes and amendments to any of the foregoing), graphic or aural records or representations of any kind (including, without limitation, photographs, charts, graphs, microfiche, microfilm, videotape, recordings, and motion pictures) and electronic or mechanical records or representations or any kind (including, without limitation, tapes, cassettes, discs, and recordings).

The requested documents are as follows:

1. All documents contained in Deponent's files kept, maintained, used, or created and which are in the possession or subject to the control of Deponent or that relate in any way to this case.

2. Any documents or records of any kind relating to the above-captioned case.

3. All materials on which the Deponent relies in forming any opinions which he intends to file in this action.

4. All documents, including but not limited to, notes, manuals, articles, or publications relied upon, reviewed or consulted by Deponent in reference to his report in this case.

5. Copies of any articles, pamphlets, parts of books or books written by the Deponent or to which the Deponent contributed which are related to or supportive of the opinions which the Deponent intends to provide in this action.

6. Any and all correspondence from Plaintiff's counsel to Deponent or from the Deponent to Plaintiff's counsel or concerning any issue in this case.

7. Any and all material provided to Deponent by Plaintiff's counsel or any other person.

8. Any regulations, statutes, laws, standards, practices, manuals, resource materials or other documents that pertain to any of the subject matters discussed in Deponent's report that was prepared in this case.

9. An up-to-date copy of Deponent's curriculum vitae and copies all those used by Deponent in the last four years.

10. A listing of all cases in which you have testified as an expert at trial or by deposition within the preceding four years.

11. All documents relating to the compensation paid to you or to be paid to you for your testimony in this case, including but not limited to, fee arrangements, invoices, time sheets or correspondence between you and Counsel for Plaintiff.

12. Any and all correspondence, memoranda, notes, reports, and/or documents of any kind which evidence, reflect or relate to any communication between you and any other witness in this case, including any other witnesses offered by Plaintiff or Plaintiff's counsel as experts.

13. Any and all notes, memoranda, reports, correspondence, summaries, and/or documents of any kind which evidence or reflect your factual observations, mental impressions and/or expert opinions in this case.

15. Copies of transcripts of any and all depositions, hearings (including regulatory hearings) and/or trial testimony you have given on behalf of any party in the last four years.

16. Copies of any summaries of any testimony you have given in the last four years in any matter.

17. Copies of all professional certifications and/or professional licenses which you have.