IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT MARTINSBURG

WILLIAM L. TALBOTT, JR. and
PAMELA TALBOTT as husband and
wife,

                        Plaintiffs,        CIVIL ACTION NO.  3:15-CV-105 (Groh)

v.

BEN W. HOOPER, III,
ADMINISTRATOR OFTHE ESTATE
OF DAVID L. BOLING, FRONTIER
TRANSPORT CORPORATION,
ONLINE TRANSPORT SYSTEM, INC.
and ONLINE TRANSPORT, INC.,

                        Defendants.

## STIPULATION OF DISMISSAL

COME NOW the Plaintiffs, William L. Talbott, Jr. and Pamela Talbott, by counsel Douglas A. Spencer and the law firm of Hill, Peterson, Carper, Bee & Deitzler, and James M. Kessell and the law firm of Allen, Allen, Allen & Allen; the Defendants, Online Transport, Inc., Online Transport System, Inc., Frontier Transport Corporation, and Ben W. Hooper, III, Administrator of the Estate of David L. Boling, by counsel Robert L. Massie and Megan B. Davis and the law firm of Nelson Mullins Riley & Scarborough LLP; and the underinsured motorist carrier, ACE American Insurance Company, by counsel Michelle B. Skeens and the law firm of Dickie, McCamey & Chilcote, L.C. (collectively, "Parties"), and hereby represent to this Court that all matters in dispute between the Parties have been resolved, as evidenced by the signatures of their respective counsel below.

WHEREFORE, based on the resolution of the matters in dispute between the Parties, Plaintiffs hereby request that this Court dismiss their claims against Defendants, Online Transport, Inc., Online Transport System, Inc., Frontier Transport Corporation, and Ben W. Hooper, III, Administrator of the Estate of David L. Boling, as well as all matters in controversy between the Plaintiffs and the underinsured motorist carrier, ACE American Insurance Company, WITH PREJUDICE pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, to which all parties agree and consent; the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED AND ADJUDGED** that all claims of Plaintiffs William L. Talbott, Jr. and Pamela Talbott against the Defendants in the instant action, Online Transport, Inc., Online Transport System, Inc., Frontier Transport Corporation, and Ben W. Hooper, III, Administrator of the Estate of David L. Boling are hereby **DISMISSED WITH PREJUDICE**. Likewise, all matters in controversy between the Plaintiffs and the underinsured motorist carrier, ACE American Insurance Company are hereby **DISMISSED WITH PREJUDICE**.

This is a final Order and there is no just cause for delay in its entry. Each party shall bear its own costs.

ENTERED this _____ day of _____, 2016.

                                                        _____
                                                        HON. GINA M. GROH
                                                        United States District Court Judge

**SO STIPULATED**:

/s/Douglas A. Spencer
Douglas A. Spencer, Esq. (WVSBN 9369)
C. Michael Bee (WVSBN 290)
HILL, PETERSON, CARPER, BEE & DEITZLER, P.L.L.C.
NorthGate Business Park
500 Tracy Way
Charleston, West Virginia 25311
Phone: 304.345.5667
Fax: 304.345.1519
Email: doug@hpcbd.com

James M. Kessel, Esq. (WVSBN 11222)
ALLEN ALLEN ALLEN & ALLEN
1809 Staples Mill Road
Richmond, Virginia 23230
**COUNSEL FOR PLAINTIFFS WILLIAM L. TALBOTT, JR. AND PAMELA TALBOTT**

/s/Robert L. Massie
Robert L. Massie, Esquire (WVSBN 5743)
Megan B. Davis, Esquire (WVSBN 12502)
**Nelson Mullins Riley & Scarborough LLP**
P.O. Box 1856
Huntington, WV 25719-1856
Phone: 304.526.3500
Facsimile: 304.526.3599
Email: bob.massie@nelsonmullins.com
**COUNSEL FOR DEFENDANTS BEN W. HOOPER, III, ADMINISTRATOR OF THE ESTATE OF DAVID L. BOLING, FRONTIER TRANSPORT CORPORATION, ONLINE TRANSPORT SYSTEM, INC. and ONLINE TRANSPORT, INC.**

/s/Michelle Baldwin Skeens
Michelle Baldwin Skeens, Esquire (WVSBN 8058)
DICKIE, McCAMEY & CHILCOTE, L.C.
2001 Main Street, Suite 501
Wheeling, WV 26003
Phone: 304.233.1022
Facsimile: 888.811.7144
Email: mskeens@dmclaw.com
**COUNSEL FOR ACE AMERICAN INSURANCE COMPANY**